IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>Defendants. | ))))))))))))))))))))) | Civil Action No. 04-1436 JJF |

**STIPULATION EXTENDING TIME TO ANSWER**
**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, L.P. (collectively "Samsung") must move, answer or otherwise reply to the First Amended Complaint for Patent Infringement, dated January 3, 2005, in the above-captioned action be extended up to and including April 15, 2005.

47162v1

| | |
|---|---|
| SEITZ, VAN OGRTOP & GREEN, P.A. | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| /s/ Patricia P. McGonigle | /s/ Josy W. Ingersoll |
| By:_____<br>George H. Seitz, III (DE #667)<br>Patricia P. McGonigle (DE #3126)<br>222 Delaware Avenue, 15th Floor<br>P.O. Box 68<br>Wilmington, DE 19899<br>Tel: 302-888-0600<br>Fax: 302-888-0606<br>Attorneys for Plaintiff | By:_____<br>Josy W. Ingersoll (DE #1088)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>Tel: 302-571-6672<br>Fax: 302-576-3301<br>Attorneys for Defendants, Samsung |
| Dated:  March  21, 2005 | Dated:  March 21, 2005 |

**SO ORDERED** this _____ day of _____, 2005

_____
J.
United States District Court

47162v1

**CERTIFICATE OF SERVICE**

I, Patricia P. McGonigle, hereby certify that on this 21st day of March 2005, a copy of the foregoing ***Plaintiff St. Clair Intellectual Property Consultants, Inc.'s Stipulation Extending Time to Answer First Amended Complaint for Patent Infringement*** was served on counsel of record as follows:

**Via U.S. Mail**
Mark D. Selwyn, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr, LLP
60 State Street
Boston, MA  02109

*Counsel for Eastman Kodak Company*

**Via Hand Delivery**
Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

*Counsel for Eastman Kodak Company*

**Via Hand Delivery**
Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

Counsel for Defendants Samsung

**Via U.S. Mail**
Donald L. Rhoads, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Counsel for Nokia Corporation and Nokia Inc.

47162v1

**Via U.S. Mail**
Stuart Lubitz, Esquire
2049 Century Park East
Los Angeles, CA  90067

*Counsel to Defendants Matsushita Electric Industrial Co., Matsushita Electric Corporation of America, Victor Company of Japan, Ltd., and JVC Company of America*


_____
Patricia P. McGonigle, III (ID No. 3126)

47162v1