IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1436 JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which NOKIA CORPORATION and NOKIA, INC. (collectively "Nokia") must move, answer or otherwise respond to the First Amended Complaint for Patent Infringement, dated January 3, 2005, in the above-captioned action be extended up to and including April 15, 2005.

47223v1

SEITZ, VAN OGRTOP & GREEN, P.A.

/s/ Patricia P. McGonigle

By:_____

    George H. Seitz, III (DE #667)
    Patricia P. McGonigle (DE #3126)
    222 Delaware Avenue, 15th Floor
    P.O. Box 68
    Wilmington, DE 19899
    Tel: 302-888-0600
    Fax: 302-888-0606
    Attorneys for Plaintiff

Dated:  March  24, 2005


MORRIS NICHOLS ARSHT & TUNNELL

/s/ Jack B. Blumenfeld

By:_____

    Jack B. Blumenfeld (DE #1014)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    Tel: 302-575-7291
    Fax: 302-658-3989
    Attorneys for Nokia Defendants

Dated:  March 24, 2005


**SO ORDERED** this _____ day of _____, 2005


_____

J.
United States District Court

47223v1

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, hereby certify that on this 24th day of March 2005, a copy of the

foregoing *Stipulation and Order* was served on counsel as follows:

**Via U.S. Mail**
Mark D. Selwyn, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr, LLP
60 State Street
Boston, MA  02109

*Counsel for Eastman Kodak Company*

**Via Hand Delivery**
Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

*Counsel for Eastman Kodak Company*

**Via Hand Delivery**
Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

*Counsel for Samsung Defendants*

**Via U.S. Mail**
Donald L. Rhoads, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*Counsel for Nokia Corporation and Nokia Inc.*

47223v1

**<u>Via Hand Delivery</u>**
Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Counsel for Nokia Corporation and Nokia Inc.*


**<u>Via U.S. Mail</u>**
Stuart Lubitz, Esquire
2049 Century Park East
Los Angeles, CA  90067

*Counsel to Defendants Matsushita Electric Industrial Co.,*
*Matsushita Electric Corporation of America, Victor Company of*
*Japan, Ltd., and JVC Company of America*


/s/  Patricia P. McGonigle
_____
Patricia P. McGonigle, III (ID No. 3126)

47223v1