IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1436 JJF |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which MATSUSHITA ELECTRIC INDUSTRIAL CO., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD. and JVC COMPANY OF AMERICA (collectively "Matsushita") must move, answer or otherwise respond to the First Amended Complaint for Patent Infringement, dated January 3, 2005, in the above-captioned action be extended up to and including April 15, 2005.

47271v1

| SEITZ, VAN OGRTOP & GREEN, P.A. | HOGAN & HARTSON, L.L.P. |
|---|---|
| /s/ Patricia P. McGonigle | /s/ Stuart Lubitz |

By:_____    By:_____
   George H. Seitz, III (DE #667)              Stuart Lubitz
   gseitz@svglaw.com                              slubitz@hhlaw.com
   Patricia P. McGonigle (DE #3126)         Pursuant to D.Del. LR 83.5(e)
   pmcgonigle@svglaw.com                      500 S. Grand Avenue
   222 Delaware Avenue, 15th Floor           P.O. Box 68
   Wilmington, DE 19899                          Los Angeles, CA 90071
   Tel: 302-888-0600                                Tel: 213-337-6700
   Fax: 302-888-0606                               Fax: 213-337-6701
   Attorneys for Plaintiff                            Attorneys for Matsushita Defendants

Dated: March 29, 2005                              Dated: March 29, 2005


**SO ORDERED** this _____ day of _____, 2005

_____
J.
United States District Court

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, hereby certify that on this 29th day of March 2005, a copy of the foregoing *Stipulation and Order* was served on counsel as follows:

**Via U.S. Mail**
Mark D. Selwyn, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr, LLP
60 State Street
Boston, MA  02109

*Counsel for Eastman Kodak Company*

**Via U.S. Mail**
Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

*Local Counsel for Eastman Kodak Company*

**Via U.S. Mail**
Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

*Local Counsel for Samsung Defendants*

**Via U.S. Mail**
Donald L. Rhoads, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*Counsel for Nokia Corporation and Nokia Inc.*

**Via U.S. Mail**
Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Local Counsel for Nokia Corporation and Nokia Inc.*

**Via U.S. Mail**
Stuart Lubitz, Esquire
2049 Century Park East
Los Angeles, CA  90067

*Counsel to Defendants Matsushita Electric Industrial Co., Matsushita Electric Corporation of America, Victor Company of Japan, Ltd., and JVC Company of America*

**Via U.S. Mail**
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

*Local Counsel to Defendants Matsushita Electric Industrial Co., Matsushita Electric Corporation of America, Victor Company of Japan, Ltd., and JVC Company of America*

/s/  Patricia P. McGonigle
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

47271v1