IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1436 JJF |

**STIPULATION EXTENDING TIME TO ANSWER**
**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, L.P. (collectively "Samsung") must move, answer or otherwise reply to the First Amended Complaint for Patent Infringement, dated January 3, 2005, in the above-captioned action be extended up to and including April 29, 2005.

47559v1

| | |
|---|---|
| SEITZ, VAN OGRTOP & GREEN, P.A. | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| /s/ Patricia P. McGonigle | /s/ Josy W. Ingersoll |
| By:_____ | By:_____ |
|    George H. Seitz, III (DE #667) |    Josy W. Ingersoll (DE #1088) |
|    Patricia P. McGonigle (DE #3126) |    1000 West Street, 17th Floor |
|    222 Delaware Avenue, 15th Floor |    P.O. Box 391 |
|    P.O. Box 68 |    Wilmington, DE 19899 |
|    Wilmington, DE 19899 |    Tel: 302-571-6672 |
|    Tel: 302-888-0600 |    Fax: 302-576-3301 |
|    Fax: 302-888-0606 |    Attorneys for Defendants, Samsung |
|    Attorneys for Plaintiff | |
| Dated: April 12, 2005 | Dated: April 12, 2005 |

 

**SO ORDERED** this _____ day of _____, 2005

_____
J.
United States District Court

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, hereby certify that on this 12th day of April 2005, a copy of the foregoing *Stipulation Extending Time to Answer First Amended Complaint for Patent Infringement* was served on counsel via United States Mail, postage prepaid, as follows:

> Mark D. Selwyn, Esquire
> Wilmer, Cutler, Pickering, Hale and Dorr, LLP
> 60 State Street
> Boston, MA  02109
>
> *Counsel for Eastman Kodak Company*
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> Potter, Anderson & Corroon, LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE  19801
>
> *Counsel for Eastman Kodak Company*
>
>
> Josy W. Ingersoll, Esquire
> Young, Conaway, Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE  19899
>
> *Counsel for Samsung Defendants*
>
>
> Donald L. Rhoads, Esquire
> Kramer Levin Naftalis & Frankel LLP
> 919 Third Avenue
> New York, NY 10022
>
> *Counsel for Nokia Corporation and Nokia Inc.*

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Counsel for Nokia Corporation and Nokia Inc.*


Stuart Lubitz, Esquire
2049 Century Park East
Los Angeles, CA  90067

*Counsel to Defendants Matsushita Electric Industrial Co., Matsushita Electric Corporation of America, Victor Company of Japan, Ltd., and JVC Company of America*


/s/  Patricia P. McGonigle
_____
Patricia P. McGonigle, III (ID No. 3126)

47559v1