IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1436 JJF |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which NOKIA CORPORATION and NOKIA, INC. (collectively "Nokia") must move, answer or otherwise respond to the First Amended Complaint for Patent Infringement, dated January 3, 2005, in the above-captioned action be extended up to and including April 29, 2005.

47639v1

| | |
|---|---|
| SEITZ, VAN OGRTOP & GREEN, P.A. | MORRIS NICHOLS ARSHT & TUNNELL |
| /s/ Patricia P. McGonigle | /s/ Jack B. Blumenfeld |
| By:_____ | By:_____ |
|    George H. Seitz, III (DE #667) |    Jack B. Blumenfeld (DE #1014) |
|    Patricia P. McGonigle (DE #3126) |    1201 N. Market Street |
|    222 Delaware Avenue, 15th Floor |    P.O. Box 1347 |
|    P.O. Box 68 |    Wilmington, DE 19899 |
|    Wilmington, DE 19899 |    Tel: 302-575-7291 |
|    Tel: 302-888-0600 |    Fax: 302-658-3989 |
|    Fax: 302-888-0606 |    Attorneys for Nokia Defendants |
|    Attorneys for Plaintiff | |
| Dated: April 15, 2005 | Dated: April 15, 2005 |

      **SO ORDERED** this _____ day of _____, 2005

                                                          _____
                                                          J.
                                                          United States District Court

**CERTIFICATE OF SERVICE**

I, Patricia P. McGonigle, hereby certify that on this 15th day of April 2005, a copy of the foregoing *Stipulation and Order* was served on counsel via United States Mail, postage prepaid, as follows:

>Mark D. Selwyn, Esquire
>Wilmer, Cutler, Pickering, Hale and Dorr, LLP
>60 State Street
>Boston, MA  02109
>*Counsel for Eastman Kodak Company*
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter, Anderson & Corroon, LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Wilmington, DE  19801
>*Counsel for Eastman Kodak Company*
>
>Josy W. Ingersoll, Esquire
>Young, Conaway, Stargatt & Taylor, LLP
>1000 West Street, 17th Floor
>P. O. Box 391
>Wilmington, DE  19899
>*Counsel for Samsung Defendants*
>
>Donald L. Rhoads, Esquire
>Kramer Levin Naftalis & Frankel LLP
>919 Third Avenue
>New York, NY 10022
>*Counsel for Nokia Corporation and Nokia Inc.*
>
>Jack B. Blumenfeld, Esquire
>Morris Nichols Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>*Counsel for Nokia Corporation and Nokia Inc.*

47639v1

Stuart Lubitz, Esquire
2049 Century Park East
Los Angeles, CA 90067
*Counsel to Defendants Matsushita Electric Industrial Co., Matsushita Electric Corporation of America, Victor Company of Japan, Ltd., and JVC Company of America*

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Counsel to Defendants Matsushita Electric Industrial Co., Matsushita Electric Corporation of America, Victor Company of Japan, Ltd., and JVC Company of America*

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle, III (ID No. 3126)
pmcgonigle@svglaw.com

47639v1