IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRONIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>Defendants. | Civil Action No. 04-1436 (JJF)<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT HEWLETT-PACKARD COMPANY'S**
**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hewlett-Packard Company ("Hewlett-Packard") states that it has no parent corporation and that no publicly-held corporation owns more than ten percent of its stock.

| | |
|---|---|
| Of Counsel: | **POTTER ANDERSON & CORROON LLP** |
| Sharon R. Barner<br>Sheldon Karon<br>Marianne C. Holzhall<br>**FOLEY & LARDNER LLP**<br>321 North Clark Street, Suite 2800<br>Chicago, Illinois 60610-4764<br>Telephone: 312.832.4500<br>Facsimile: 312.832.4700 | By: _/s/ signature_<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Bruce Kuyper<br>**LATHAM & WATKINS LLP**<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007 | *Attorneys for Defendant*<br>*Hewlett-Packard Company* |
| Dated: April 15, 2005 | |

678362v1

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 15, 2005, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

George H. Seitz, III
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
Email: gseitz@svglaw.com

Patricia Pyles McGonigle
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
Email: pmcgonigle@svglaw.com

Steven J. Balick (No.2114)
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19801
Telephone: (302) 654-1888
sbalick@ashby-geddes.com

/s/ David E. Moore

David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: dmoore@potteranderson.com

678366v1