IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRONIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 04-1436-JJF ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.'S, VICTOR COMPANY OF JAPAN, LTD.'S, PANASONIC CORPORATION OF AMERICA'S, AND JVC COMPANY OF AMERICA'S FED. R. CIV. P. 7.1. DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Matsushita Electric Industrial Co., Ltd., Victor Company of Japan, Ltd., Panasonic Corporation of America (formerly known as Matsushita Corporation of America), and JVC Company of America state the following:

No publicly held company owns 10% or more of the stock of Matsushita Electric Industrial Co., Ltd. ("MEI"). MEI is the parent company for Victor Company of Japan, Ltd. and owns more than 50% of its stock. MEI is the parent company for Panasonic Corporation of America and owns 100% of its stock. JVC Company of America is a division of JVC Americas

Corporation. Victor Company of Japan, Ltd. is the parent company for JVC Americas Corporation and owns 100% of its stock.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Matsushita Electric Industrial Co., Ltd,. Victor Company of Japan, Ltd., Panasonic Corporation of America, and JVC Company of America*

*Of Counsel:*

Stuart Lubitz
Bruce G. Chapman
David A. Ben-Meir
HOGAN & HARTSON LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
(310) 789-5100

Dated: April 20, 2005
156140.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day April, 2005, the attached **DEFENDANTS MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.'S, VICTOR COMPANY OF JAPAN, LTD.'S, PANASONIC CORPORATION OF AMERICA'S, AND JVC COMPANY OF AMERICA'S FED. R. CIV. P. 7.1. DISCLOSURE STATEMENT** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| George H. Seitz, III, Esquire<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O Box 68<br>Wilmington, DE  19899 | **HAND DELIVERY** |
| Ronald J. Schutz, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402 | **VIA FEDERAL EXPRESS** |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | **HAND DELIVERY** |
| Mark D. Selwyn, Esquire<br>Wilmer, Cutler, Pickering, Hale & Dorr, LLP<br>60 State Street<br>Boston, MA  02109 | **VIA FEDERAL EXPRESS** |
| Sharon R. Barner, Esquire<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL  60610-4764 | **VIA FEDERAL EXPRESS** |
| Bruce Kuyper, Esquire<br>Latham & Watkins LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA  90071-2007 | **VIA FEDERAL EXPRESS** |

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | <u>HAND DELIVERY</u> |
| Jack B. Blumenfeld, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | <u>HAND DELIVERY</u> |
| Donald L. Rhoads, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | <u>VIA FEDERAL EXPRESS</u> |

*/s/ John G. Day*
John G. Day