**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1436 (JJF) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**RULE 7.1 STATEMENT OF DEFENDANTS
<u>NOKIA CORPORATION AND NOKIA, INC.</u>**

Pursuant to Fed. R. Civ. P. 7.1, defendants Nokia Corporation and Nokia, Inc. state that Nokia, Inc. is a subsidiary of Nokia Corporation, and that no publicly held corporation owns 10% or more of the stock of Nokia Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for Defendants
  Nokia Corporation and Nokia, Inc.

May 4, 2005

## **CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on May 4, 2005 I electronically filed Rule 7.1 Statement of Defendants Nokia Corporation and Nokia, Inc. with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> George H. Seitz, III, Esquire
> Seitz, Van Ogtrop & Green
>
> Patricia Pyles McGonigle
> Seitz, Van Ogtrop & Green
>
> Steven J. Balick
> Ashby & Geddes
>
> John G. Day
> Ashby & Geddes
>
> Richard L. Horwitz
> Potter Anderson & Corroon
>
> David E. Moore
> Potter Anderson & Corroon

I also certify that copies were caused to be served on May 4, 2005 upon the following in the manner indicated:

> BY HAND
>
> George H. Seitz, III, Esquire
> Seitz, Van Ogtrop & Green
> 222 Delaware Avenue
> Suite 1500
> P.O. Box 68
> Wilmington, DE  19899
>
> Patricia Pyles McGonigle
> Seitz, Van Ogtrop & Green
> 222 Delaware Avenue
> Suite 1500
> P.O. Box 68
> Wilmington, DE  19899

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

Richard L. Horwitz
Potter Anderson & Corroon
1313 N. Market Street
Wilmington, DE  19801

David E. Moore
Potter Anderson & Corroon
1313 N. Market Street
Wilmington, DE  19801

/s/     Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com