# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

May 5, 2005

George H. Seitz III, Esquire
Seitz, Van Ogtrop & Green, P.A.
P. O. Box 68
Wilmington, DE 19899

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
P. O. Box 1150
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David Ellis Moore, Esquire
Potter Anderson & Corroon, LLP
P. O. Box 951
Wilmington, DE 19899

Karen Elizabeth Keller, Esquire
Young, Conaway, Stargatt & Taylor
P. O. Box 391
Wilmington, DE 19899

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
P. O. Box 1347
Wilmington, DE 19899

RE: St. Clair Property v. Samsung Electronics, et al.
Civil Action No. 04-1436 JJF

Dear Counsel:

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.2, the Court requests that counsel confer and submit to the Court a Proposed Pretrial Scheduling Order on or before **Monday, May 23, 2005**. If, as of the date of this letter, the Defendant(s) has not yet entered an appearance and/or answered or otherwise pled, it shall be the responsibility of counsel for the Plaintiff to notify the Defendant(s) of this request.

George H. Seitz III, Esquire
Steven J. Balick, Esquire
Richard L. Horwitz, Esquire
Karen Elizabeth Keller, Esquire
Jack B. Blumenfeld, Esquire
May 5, 2005
Page 2

   Enclosed is a sample form of Order which should serve as a basis for your discussions. The Court schedules jury trials to commence within sixteen (16) months from the date of filing. If there is no demand for a jury trial or if the parties waive trial by jury, trial can be scheduled within four (4) to nine (9) months from the date the case was filed. When discussing the schedule of this matter, please account for all the events that can adversely affect your preparation for the trial.

   If either party believes that a conference with the Court is needed, please direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk
Enclosure
cc: Clerk, U.S. District Court