IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>Defendants. | C.A. No. 04-1436 (JJF)<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, L.P. (collectively "Samsung Defendants") submit the following corporate disclosure statement:

Defendants Samsung Electronics America, Inc. and Samsung Telecommunications America, L.P. are wholly owned by Defendant Samsung Electronics Co., Ltd. Defendant Samsung Electronics Co., Ltd. has no parent company and is the only publicly held company that owns 10% or more of its stock.

|  |  |
|---|---|
| | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| | By: /s/ Karen E. Keller |
| Of Counsel: | Josy W. Ingersoll (#1088) |
| | John W. Shaw (#3362) |
| John M. Desmarais | Karen E. Keller (#4489) |
| Gregory S. Arovas | The Brandywine Building |
| Thomas D. Pease | 1000 West Street, 17th Floor |
| Jordan N. Malz | P.O. Box 391 |
| **KIRKLAND & ELLIS LLP** | Wilmington, DE 19899-0391 |
| 153 East 53rd Street | (302) 571-6600 |
| New York, New York 10022-4675 | kkeller@ycst.com |
| (212) 446-4800 | |
| | *Attorneys for Defendants/Counterclaim-Plaintiffs* |
| Dated May 13, 2005 | *Samsung Electronics Co., Ltd., Samsung* |
| | *Electronics America, Inc., and Samsung* |
| | *Telecommunications America, L.P.* |

## **CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on May 13, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>George H. Seitz, III, Esquire
>Seitz Van Ogtrop & Green, P.A.
>222 Delaware Avenue, Suite 1500
>Wilmington, DE  19801
>
>Steven J. Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE  19801
>
>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street, Hercules Plaza
>Wilmington, DE  19801
>
>Jack B. Blumenfeld, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>Wilmington, DE  19899-1347

I further certify that on May 13, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Donald L. Rhoads, Esquire
>Kramer Levin Naftalis & Frankel LLP
>1177 Avenue of the Americas
>New York, NY 10036

Ronald J. Schutz, Esquire
Jake M. Holdreith, Esquire
Becky R. Thorson, Esquire
Carrie M. Lambert, Esquire
Kimberly G. Miller, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Karen E. Keller  (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecom America, L.L.P