## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C. A. No. 04 -1436 JJF |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY and EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## DEFENDANTS' JOINT MOTION TO STAY ACTION PENDING RESOLUTION OF PATENT OWNERSHIP DISPUTE BETWEEN PLAINTIFF AND MIRAGE SYSTEMS, INC.

Defendants Samsung Electronics Co., Ltd, Samsung Electronics America, Inc.,

Samsung Telecommunications America, L.P., Matsushita Electric Industrial Co., Ltd.,

Matsushita Electric Corporation of America, Victor Company of Japan, Ltd., JVC

Company of America, Nokia Corporation, Nokia, Inc., Hewlett-Packard Company, and

Eastman Kodak Company (collectively, "Defendants"), respectfully move this Court for

an Order staying the above-captioned action pending resolution of the patent ownership

dispute between Plaintiff and Mirage Systems, Inc. The grounds for this Motion are fully

set forth in the accompanying Opening Brief In Support Of Defendants' Joint Motion To

Stay Action Pending Resolution Of Patent Ownership Dispute Between Plaintiff and

Mirage Systems, Inc. A proposed Order granting the Motion is attached hereto as Exhibit A.

**Rule 7.1.1 Certification:** Counsel for movants Eastman Kodak Company and Hewlett-Packard Corporation, on behalf of the joint movants, discussed this Motion with counsel for Plaintiff. Plaintiff would not agree to the requested relief.

OF COUNSEL:

William F. Lee
Donald R. Steinberg
Mark D. Selwyn
Joseph F. Haag
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

William P. DiSalvatore
Nora Q.E. Passamaneck
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY  1002
(212) 230-8800

*Attorneys for Defendants
Eastman Kodak Company*

Dated: May 19, 2005

POTTER ANDERSON & CORROON LLP

By: _____
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Wilmington, DE 19801
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants Eastman Kodak
Company and Hewlett-Packard Corporation*

OF COUNSEL:

Sharon R. Barner
Sheldon Karon
Marianne C. Holzhall
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60610-4764
Telephone: 312.832.4500

Bruce Kuyper
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007

*Attorneys for Defendants
Hewlett-Packard Corporation*

OF COUNSEL:

Stuart Lubitz
Bruce G. Chapman
David A. Ben-Meir
HOGAN & HARTSON LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
(310) 789-5100

ASHBY & GEDDES


By:   /s/ Steven J. Balick
      Steven J. Balick
      John G. Day
      222 Delaware Avenue, 17th Floor
      Wilmington, DE  19801
      (302) 654-1888
      sbalick@ashby-geddes.com
      jday@ashby-geddes.com

*Attorneys for Defendants
Matsushita Electric Industrial Co., Ltd., Victor
Company of Japan, Ltd., Panasonic Corporation
of America and JVC Company of America*

OF COUNSEL:

John E. Daniel
Donald L. Rhoads
Vito J. DeBari
KRAMER LEVIN NAFTALIS &
    FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100

MORRIS, NICHOLS, ARSHT & TUNNELL


By:   /s/ Jack B. Blumenfeld
      Jack B. Blumenfeld
      1201 N. Market Street
      P. O. Box 1347
      Wilmington, DE  19899
      (302) 575-7291
      jblumenfeld@mnat.com

*Attorneys for Defendants
Nokia Corporation and Nokia, Inc.*

OF COUNSEL:

John M. Desmarais
Gregory S. Arovas
Thomas D. Pease
Jordan N. Malz
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY  10022-4675
(212) 446-4800

YOUNG CONAWAY STARGATT & TAYLOR LLP


By:   /s/ Josy W. Ingersoll
      Josy W. Ingersoll
      1000 West Street, 17th Floor
      P. O. Box 391
      Wilmington, DE  19899
      (302) 571-6600
      jingersoll@ycst.com

*Attorneys for Defendants Samsung Electronics
Co., Ltd., Samsung Electronics America, Inc. and
Samsung Telecommunications*

682995

3

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY and EASTMAN KODAK COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) C. A. No. 04 -1436 JJF ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

Upon consideration of Defendants' Joint Motion To Stay Action Pending

Resolution Of Patent Ownership Dispute Between Plaintiff and Mirage Systems, Inc.:

It is hereby ORDERED this _____ day of _____, 2005 that Defendants'

Motion is GRANTED.

_____
United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 19, 2005, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

George H. Seitz, III
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899

Josy W. Ingersoll
Young Conaway Stargatt & Taylor Llp
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

I hereby certify that on May 19, 2005, I have Federal Expressed the attached document to the following non-registered participants:

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402

Stuart Lubitz
Bruce G. Chapman
David A. Ben-Meir
Hogan & Hartson LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067

John E. Daniel
Donald L. Rhoads
Vito J. DeBari
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

John M. Desmarais
Gregory S. Arovas
Thomas D. Pease
Jordan N. Malz
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY  10022-4675



_____
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com


678366