# Key Dates In Defendants' Proposed Scheduling Order

| Date | Defendants' Proposal |
|---|---|
| 14 days of agreed-upon conclusion of Rule 26(f) conference | **Initial Disclosures** |
| 6/10/2005 | **Commencement of Ownership Fact Discovery** (commencement of document production, interrogatories, and identification of fact witnesses regarding ownership issue) |
| 8/26/2005 | **Close of Certain Ownership Fact Discovery** (close of document production, contention interrogatories, and identification of fact witnesses regarding ownership issue) |
| 8/26/2005 | **Commencement of Ownership Fact Depositions** |
| 11/18/2005 | **Close of Remaining Ownership Fact Discovery** (close of remaining fact discovery regarding ownership issue) |
| 12/9/2005 | **Joinder of Parties** |
| 12/9/2005 | **Amendment of Pleadings** |
| January 2006 | **Trial of Ownership Issue** |
| 2/13/2006 | **Commencement of Non-Ownership Fact Discovery** (commencement of document production, interrogatories, and identification of fact witnesses) |
| 5/16/2006 | **Asserted Claims and Infringement Contentions** (identification by plaintiff of each claim asserted against each defendant and production of infringement charts) |
| 5/29/2006 | **Willfulness Election** (election by defendants whether to rely on opinion of counsel) |
| 5/29/2006 | **Waiver Election** (election by plaintiff whether to waive privilege regarding patent applications) |
| 6/28/2006 | **Willfulness Motion** (filing by defendants of any motion to bifurcate) |
| 7/17/2006 | **Close of Certain Non-Ownership Fact Discovery** (close of document production, contention interrogatories, and identification of fact witnesses) |
| 7/17/2006 | **Commencement of Non-Ownership Fact Depositions** |
| 7/31/2006 | **Prior Art Disclosures** (disclosure by defendants of prior art) |
| 8/15/2006 | **Claim Construction** (identification by each party of the terms, clauses or phrases to be construed) |
| 8/31/2006 | **Claim Construction** (exchange by the parties of the proposed constructions of the terms, clauses or phrases to be construed) |

| Date | Defendants' Proposal |
|---|---|
| 9/8/2006 | **Claim Construction** (meet-and-confer by the parties regarding proposed claim constructions) |
| 9/15/2006 | **Claim Construction** (filing of pre-claim construction statement) |
| 10/6/2006 | **Claim Construction** (filing of opening claim construction briefs) |
| 10/27/2006 | **Claim Construction** (filing of rebuttal briefs) |
| November 2006 | **Markman Hearing** |
| 12/20/2006 | **Close of Remaining Ownership Fact Discovery** |
| 1/22/2007 | **Experts** (filing of initial reports) |
| 2/19/2007 | **Experts** (filing of rebuttal reports) |
| 4/18/2007 | **Experts** (close of expert discovery/depositions) |
| 5/18/2007 | **Case Dispositive Motions** (filing of summary judgment and other case dispositive motions) |