IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOM AMERICA, L.L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., PANASONIC AVC NETWORKS COMPANY, MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC AMERICAS CORPORATION, JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA MOBILE PHONES, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, <br><br> Defendants. | C.A. No. 04-1436 JJF <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jake M. Holdreith, Esquire, Ronald J. Schutz, Esquire, Annie Huang, Esquire, Becky R. Thorson, Esquire, David B. Zucco, Esquire, Kimberly G. Miller, Esquire, and Carrie M. Lambert of the law firm of Robins, Kaplan, Miller & Ciresi LLP, to represent Plaintiff St. Clair Intellectual Property Consultants, Inc. in the above matter.

48297 v1

SEITZ, VAN OGTROP & GREEN, P.A.

BY: _____
GEORGE H. SEITZ, III, ID #667
PATRICIA P. MCGONIGLE, ID #3126
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorneys for St. Clair Intellectual
Property Consultants, Inc.
gseitz@svglaw.com

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* counsel's motion for admission pro hac vice is granted.

DATED: _____    _____
                                   United States District Court Judge

48297 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admissions to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of Court

☑ will be submitted to the Clerk's Office upon the filing of this motion.

BY: _____
Ronald J. Schutz, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

DATED: 5-24-05

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admissions to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of Court

☒ will be submitted to the Clerk's Office upon the filing of this motion.

BY: _____
Becky R. Thorson, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

DATED: May 24-05

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admissions to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐     has been paid to the Clerk of Court

☒     will be submitted to the Clerk's Office upon the filing of this motion.

BY: _____
David B. Zucco, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

DATED: 5/24/05

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admissions to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of Court

☑ will be submitted to the Clerk's Office upon the filing of this motion.

BY: _____
Annie Huang, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

DATED: May 24, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admissions to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐    has been paid to the Clerk of Court

☒    will be submitted to the Clerk's Office upon the filing of this motion.

BY: _____
Carrie M. Lambert, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

DATED: May 24, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admissions to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of Court

☒ will be submitted to the Clerk's Office upon the filing of this motion.

BY: *Kimberly Miller*
Kimberly G. Miller, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

DATED: 05/24/05

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admissions to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of Court

☒ will be submitted to the Clerk's Office upon the filing of this motion.

BY: /s/ Jake M. Holdreith
Jake M. Holdreith, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

DATED: 5/24/05

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, hereby certify that on this 25th day of May 2005, a copy of the foregoing *Plaintiff St. Clair Intellectual Property Consultants, Inc.'s Motion and Order for Admission Pro Hac Vice* was served on counsel via United States Mail, postage prepaid, as follows:

Mark D. Selwyn, Esquire
Wilmer, Cutler, Pickering, Hale and Dorr, LLP
60 State Street
Boston, MA  02109
*Counsel for Eastman Kodak Company*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Counsel for Eastman Kodak Company*

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899
*Counsel for Samsung Defendants*

Donald L. Rhoads, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
*Counsel for Nokia Corporation and Nokia Inc.*

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
*Counsel for Nokia Corporation and Nokia Inc.*

48325 v1

Stuart Lubitz, Esquire
Hogan & Hartson L.L.P.,
2049 Century Park East
Los Angeles, CA 90067
*Counsel to Defendants Matsushita Electric Industrial Co.,
Matsushita Electric Corporation of America, Victor Company of
Japan, Ltd., and JVC Company of America*

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Counsel to Defendants Matsushita Electric Industrial Co.,
Matsushita Electric Corporation of America, Victor Company of
Japan, Ltd., and JVC Company of America*

/s/ George H. Seitz
_____
George H. Seitz, III (ID No. 667)
gseitz@svglaw.com

48325 v1