IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br>    Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOM AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 04-01436 JJF <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Stuart Lubitz, Bruce G. Chapman, and David A. Ben-Meir of the law firm of Hogan & Hartson, LLP, to represent Defendants Matsushita Electric Industrial Co., Ltd., Victor Company of Japan, Ltd., JVC Company of America, and Matsushita Electric Corporation of America (now known as Panasonic Corporation of America).

ASHBY & GEDDES

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
*Attorneys for Matsushita Electric Industrial Co., Ltd., Matsushita Corporation Of America, Victor Company Of Japan, Ltd., and JVC Company of America*

Dated: June 2, 2005

\\\LA - 88570/0001 - 238154 v1

## **ORDER GRANTING MOTION**

*IT IS HEREBY ORDERED* counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> of Stuart Lubitz, Bruce G. Chapman and David A. Ben-Meir is granted.

Dated:_____               _____
                                       United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admissions to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/15/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of Court

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Stuart Lubitz
HOGAN & HARTSON LLP
2049 Century Park East
Suite 700
Los Angeles, CA 90067
(310) 789-5100

Dated: May 26, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admissions to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California, the Commonwealth of Pennsylvania and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/15/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of Court

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Bruce G. Chapman
HOGAN & HARTSON LLP
2049 Century Park East
Suite 700
Los Angeles, CA 90067
(310) 789-5100

Dated: May 31, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admissions to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/15/05, I further certify that the annual fee of $25.00:

☐   has been paid to the Clerk of Court

☒   will be submitted to the Clerk's Office upon the filing of this motion.

David A. Ben-Meir
HOGAN & HARTSON LLP
2049 Century Park East
Suite 700
Los Angeles, CA  90067
(310) 789-5100

Dated: May 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day June, 2005, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899 | HAND DELIVERY |
| John M. Desmarais, Esquire<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY  10022-4675 | VIA FEDERAL EXPRESS |
| George H. Seitz, III, Esquire<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O Box 68<br>Wilmington, DE  19899 | HAND DELIVERY |
| Ronald J. Schutz, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402 | VIA FEDERAL EXPRESS |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | HAND DELIVERY |
| Mark D. Selwyn, Esquire<br>Wilmer, Cutler, Pickering, Hale & Dorr, LLP<br>60 State Street<br>Boston, MA  02109 | VIA FEDERAL EXPRESS |
| Sharon R. Barner, Esquire<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL  60610-4764 | VIA FEDERAL EXPRESS |

| | |
|---|---|
| Naikang Tsao, Esquire<br>Foley & Lardner LLP<br>150 East Gilman Street<br>Verex Plaza<br>Madison, WI 53703 | <u>VIA FEDERAL EXPRESS</u> |
| Bruce Kuyper, Esquire<br>Latham & Watkins LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007 | <u>VIA FEDERAL EXPRESS</u> |
| Jack B. Blumenfeld, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | <u>HAND DELIVERY</u> |
| Donald L. Rhoads, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | <u>VIA FEDERAL EXPRESS</u> |

                                                      */s/ John G. Day*  
                                                      John G. Day

155267.1