IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1436 JJF |
| Defendants. | ) ) ) ) | |

**PLAINTIFF ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.'S MOTION TO BIFURCATE AND EXPEDITIOUSLY PROCEED WITH THE <u>OWNERSHIP ISSUE IN THE PRESENT ACTION</u>**

Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") respectfully moves this Court for an Order granting St. Clair's Motion to Bifurcate and Expeditiously Proceed with the Ownership Issue in the Present Action. The grounds for this Motion are fully set forth in St. Clair's Opening Brief filed herewith.

48459 v1

| | |
|---|---|
| Of Counsel: | SEITZ, VAN OGTROP & GREEN |
| Ronald J. Schutz, Esquire<br>Jake M. Holdreith, Esquire<br>Becky R. Thorson, Esquire<br>Carrie M. Lambert, Esquire<br>Kimberly G. Miller, Esquire<br>ROBINS, KAPLAN, MILLER &<br>  CIRESI LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8500 | By: /s/ Patricia P. McGonigle<br>George H. Seitz, III, Esquire (No. 667)<br>James S. Green, Esquire (No. 481)<br>Patricia P. McGonigle, Esquire (No. 3126)<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>(302) 888-0600<br>pmcgonigle@svglaw.com<br><br>**Attorneys for St. Clair Intellectual Property Consultants, Inc.** |

48459 v1

## CERTIFICATION PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, counsel for Plaintiff has consulted with counsel for Defendants concerning the subject matter of the attached Motion. As of the filing of the Motion, counsel for Defendants had not advised of their position. Accordingly, the Motion is be deemed opposed and Plaintiff requests the Court entertain the Motion at the Court's convenience.

/s/ George H. Seitz, III

---

George H. Seitz, III, Esquire (No. 667)
gseitz@svglaw.com

48459 v1

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 3rd day of June 2005, I electronically filed the *Plaintiff's Motion to Bifurcate and Expeditiously Proceed with the Ownership Issues in the Present Action* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

48480 v1