IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-1436 JJF |

**[PROPOSED] ORDER**

The above-entitled matter came before the Honorable Joseph J. Farnan on _____, 2005 on Plaintiff St. Clair Intellectual Property Consultants, Inc.'s ("St. Clair") Motion. Based upon the briefs and affidavits filed herein, the arguments of counsel, and all the files, records, and proceedings herein, and the Court being fully advised,

IT IS HEREBY ORDERED THAT:

St. Clair's Motion to Bifurcate and Expeditiously Proceed with the Ownership Issue in the Present Action is granted.

_____
United States District Judge

48460 v1