IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-1436 JJF |

### [PROPOSED] ORDER

The above-entitled matter came on before the Honorable Joseph J. Farnan on _____, 2005 on Plaintiff St. Clair Intellectual Property Consultants, Inc.'s ("St. Clair's") Motion for Leave to File a Supplemental Brief. Based upon the motion filed herein and all the files, records, and proceedings herein, and the Court being fully advised,

IT IS HEREBY ORDERED that:

St. Clair's Motion for Leave to File a Supplemental Brief to Plaintiff's Answering Brief to Defendants' Joint Motion to Stay Action Pending Resolution of Patent Ownership Dispute Between St. Clair and Mirage Systems, Inc. and Plaintiff's Memorandum in Support of its

Motion to Bifurcate and Expeditiously Proceed with the Ownership Issues in the Present Action is GRANTED.

SO ORDERED this ____ day of _____, 2005.

_____
Honorable Joseph J. Farnan
United States District Judge