IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1436 JJF |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AFFIDAVIT OF PATRICIA P. MCGONIGLE IN SUPPORT OF ST. CLAIR'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF TO PLAINTIFF'S ANSWERING BRIEF TO DEFENDANTS' JOINT MOTION TO STAY ACTION PENDING RESOLUTION OF PATENT OWNERSHIP DISPUTE BETWEEN ST. CLAIR AND MIRAGE SYSTEMS, INC. AND PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION TO BIFURCATE AND EXPEDITIOUSLY PROCEED WITH THE OWNERSHIP ISSUES IN THE PRESENT ACTION**

I, Patricia P. McGonigle, declare as follows:

1.       I am an attorney with the law firm of Seitz, Van Ogtrop & Green, counsel representing Plaintiff in the above-captioned action.

2.       I am admitted to practice before this Court.

3.       This Affidavit is submitted in support of St. Clair's Motion for Leave to File a Supplemental Brief to Plaintiff's Answering Brief to Defendants' Joint Motion to Stay Action Pending Resolution of Patent Ownership Dispute Between St. Clair and Mirage Systems, Inc.

and Plaintiff's Memorandum in Support of its Motion to Bifurcate and Expeditiously Proceed with the Ownership Issues in the Present Action, dated June 15, 2005.

4.    Attached to this Affidavit as **Exhibit A** is a true and correct copy of a letter from Ronald J. Schutz to William DiSalvatore, dated June 13, 2005.

6.    Attached to this Affidavit as **Exhibit B** is a true and correct copy of a letter from William DiSalvatore to Ronald Schutz, dated June 13, 2005.

7.    Attached to this Affidavit as **Exhibit C** is a true and correct copy of Ronald J. Schutz to William DiSalvatore, dated June 14, 2005.


Dated: 6/15/05 _____


By _____
Patricia P. McGonigle  (No. 3126)
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
pmcgonigle@svglaw.com


48695 v1                                    2

**EXHIBIT A**

ROBINS KAPLAN MILLER & CIRESI LLP

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

RONALD J. SCHUTZ
(612) 349-8435

June 13, 2005

*Via Facsimile & U.S. Mail*

Mr. William P. DiSalvatore, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

    Re:    *St. Clair v. Samsung, et al.*
           Our File No. 121865.0011

Dear Mr. DiSalvatore:

I had a chance to review Kodak's June 10, 2005 Reply Brief in Support of Defendants' Joint Motion to Stay in which Kodak, along with its co-Defendants, demanded that the Court stay the *St. Clair v. Samsung et al.* case because it is "preferable" that the ownership issue be resolved in a direct action between St. Clair and Mirage. I understand that on the same day Kodak filed its Reply Brief, Kodak acquired all rights, title and interest to any invention claimed by Mirage that relates to the patents-in-suit, yet Kodak made no mention of this material fact in its submission to the Court. We believe that Kodak should have notified the Court of this and that Kodak must supplement its Reply Brief with this information and the circumstances surrounding the acquisition of the Mirage rights. If Kodak refuses, St. Clair will inform the Court of Kodak's purchase and subsequent omission.

                    Very truly yours,

                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                    Ronald J. Schutz

RJS/CML
cc:    William F. Lee, Esq.
       Richard Horwitz, Esq.
       Sharon R. Barner, Esq.
       Bruce Kuyper, Esq.
       Stuart Lubitz, Esq.
       Steven J. Balick, Esq.

MP3 20138753.1

Mr. William P. DiSalvatore, Esq.
June 13, 2005
Page 2


    John E. Daniel, Esq.
    Jack B. Blumenfeld, Esq.
    John M. Desmarais, Esq.
    Josy W. Ingersoll, Esq.

**EXHIBIT B**

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

June 13, 2005

*Via Facsimile*

William DiSalvatore

399 PARK AVENUE
NEW YORK, NY 10022
+1 212 937 7202
+1 212 230 8888 fax
william.disalvatore@wilmerhale.com

Ronald J. Schutz, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Re:  *St. Clair Property Consultants, Inc. v. Samsung Electronics Co., Ltd. et al.,*
     Civil Action No. 04-1436 JJF

Dear Ron:

While I appreciate the free legal advice concerning our client's responsibilities to the Court in the above-referenced action, your conclusion about the sequence of events is inaccurate and surprising to us because your "understanding" is based on what we believed were confidential settlement meetings with St. Clair. Since you have decided to publish only half of your "understanding" to the parties in this case, let me complete the circle for our readers. As late as this past Wednesday, you personally participated in a confidential set of meetings with Eastman Kodak Company where you and Messrs. Holdreith, Chung and Baumgarten were explicitly told that if the transaction were to close, it would happen at the close of business West Coast time on Friday, June 10, 2005 — well after the filing in the District of Delaware.

Nevertheless, we are pleased to report that Eastman Kodak's transaction with Mirage did close, and we will be making the appropriate notifications to the Court and counsel in the above-referenced action and the other actions as soon as possible once conflict issues are resolved around respective local counsel.

Very truly yours,

William DiSalvatore

cc:   George H. Seitz, III, Esq.
      Richard Horwitz, Esq.
      Sharon Barner, Esq.
      Bruce Kuyper, Esq.
      Stuart Lubitz, Esq.
      Steven J. Balick, Esq.
      John E. Daniel, Esq.

BALTIMORE  BEIJING  BERLIN  BOSTON  BRUSSELS  LONDON
MUNICH  NEW YORK  NORTHERN VIRGINIA  OXFORD  WALTHAM  WASHINGTON

06/13/2005 19:39 FAX   212 230 8888          WILMER CUTLER PICKERING                    ☑004/004

Ronald J. Schutz, Esq.
May 17, 2005
Page 2


Jack B. Blumenfeld, Esq.
John M. Desmarais, Esq.
Josy W. Ingersoll, Esq.

06/13/2005 19:38 FAX   212 230 8888        WILMER CUTLER PICKERING                ☑ 001/004

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

FACSIMILE

399 PARK AVENUE
NEW YORK, NEW YORK 10022
+1 212 230 8800
+1 212 230 8888 fax
wilmerhale.com

**DATE**
June 13, 2005

| TO | FAX |
|---|---|
| Ronald J. Schutz, Esq.<br>Robins, Kaplan, Miller & Ciresi, LLP | fax: (612) 339-4181<br>phone: (612) 349-8500 |
| Bruce D. Kuyper, Esq.<br>Latham & Watkins LLP | fax: (213) 891-8763<br>phone: (213) 891-8001 |
| Stuart Lubitz, Esq.<br>Hogan & Hartson LLP | fax: (213) 337-6701<br>phone: (213) 337-6700 |
| Steven J. Balick, Esq.<br>Ashby & Geddes | fax: (302) 654-2067<br>phone: (302) 654-1888 |
| John E. Daniel, Esq.<br>Kramer Levin Naftalis & Frankel LLP | fax: (212) 715-8195<br>phone: (212) 715-9195 |
| Jack B. Blumenfeld, Esq.<br>Morris, Nichols, Arsht & Tunnell | fax: (302) 658-3989<br>phone: (302) 658-9200 |
| John M. Desmarais, Esq.<br>Kirkland & Ellis LLP | fax: (212) 446-4900<br>phone: (212) 446-4739 |
| Josy W. Ingersoll, Esq.<br>Young Conaway Stargatt & Taylor LLP | fax: (302) 576-3301<br>phone: (302) 571-6600 |
| Sharon R. Barner, Esq.<br>Foley & Lardner LLP | fax: (312) 832-4700<br>phone: (312) 832-4500 |
| George H. Seitz, III, Esq.<br>Seitz, Van Ogtrop & Green | fax: (302) 888-0606<br>phone: (302) 888-0600 |
| Richard Horwitz, Esq.<br>Potter Anderson & Corroon LLP | fax: (302) 658-1192<br>phone: (302) 984-6027 |

| FROM | NUMBER OF PAGES, INCLUDING COVER |
|---|---|
| Nora Q.E. Passamaneck | 3 |

**MESSAGE**

Please see the attached correspondence in the St. Clair v. Samsung, et al. action.

This facsimile transmission is confidential and may be privileged. If you are not the intended recipient, please immediately call the sender or, if the sender is not available, call +1 212 230 8800 and destroy all copies of this transmission. If the transmission is incomplete or illegible, please call the sender or, if the sender is not available, call +1 212 230 8800. Thank you.

|  | BALTIMORE | BEIJING | BERLIN | BOSTON | BRUSSELS | LONDON |
|---|---|---|---|---|---|---|
| MUNICH | NEW YORK |  | NORTHERN VIRGINIA | OXFORD | WALTHAM | WASHINGTON |

**EXHIBIT C**

ROBINS KAPLAN MILLER & CIRESI LLP

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

RONALD J. SCHUTZ
612-349-8435
RJSchutz@rkmc.com

June 14, 2005

**VIA FACSIMILE & U.S. MAIL**

William P. DiSalvatore, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

Re:   *St. Clair v. Samsung, et al*
      File No.: 121865.0011

Dear William:

I got your letter of June 13th.

I had no intention of offering any free legal advice.  I was just wondering why Kodak hadn't been forthright with the Court when it filed its brief.  Your letter has now set me straight.  I was unaware of the three hour time difference rule to the candor requirement.

Finally, would you be so kind as to send us copies of the Kodak-Mirage deal documents.  Thank you in advance.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Ronald J. Schutz

RJS/ll
cc:   William F. Lee, Esq.
      Richard Horwitz, Esq.
      Sharon R. Barner, Esq.
      Bruce Kuyper, Esq.
      Stuart Lubitz, Esq.
      Steven J. Balick, Esq.
      John E. Daniel, Esq.
      Jack B. Blumenfeld, Esq.

William P. DiSalvatore, Esq.
June 14, 2005
Page 2


    John M. Desmarais, Esq.
    Josy W. Intersoll, Esq.
    Mr. Ed Chung
    Mr. Thomas Baumgarten, Jr.

```
** JOB STATUS REPORT **              AS OF  JUN 14 2005 12:09    PAGE. 01

                                          R. K. M. & C.  LLP

      JOB #449

      DATE   TIME        TO/FROM        MODE   MIN/SEC   PGS     STATUS
001   6/14  11:57        12129377300    G3--S  00' 46"   003     OK
002         11:58        16175265000    EC--S  00' 40"   003     OK
003         11:59        13026581192    EC--S  00' 21"   003     OK
004         12:00        13128324700    EC--S  00' 22"   003     OK
005         12:01        12138918763    G3--S  00' 52"   003     OK
006         12:02        12133376701    EC--S  00' 24"   003     OK
007         12:03        13026542067    EC--S  00' 18"   003     OK
008         12:04        12127158195    G3--S  00' 58"   003     OK
009         12:06        13026583989    EC--S  00' 40"   003     OK
010         12:07        12124464900    EC--S  00' 41"   003     OK
011         12:08        13025763301    EC--S  00' 40"   003     OK
```

## ROBINS, KAPLAN, MILLER & CIRESI LLP

2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN 55402-2015
TEL:612-349-8500 FAX:612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**FROM:   Ronald J. Schutz**

The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee listed below and no one else. If you are not the intended recipient or the employee or agent responsible to deliver this message to the intended recipient, please do not use this transmission in any way, but contact the sender by telephone.

**DATE:**    June 14, 2005

| TO: | NAME: | FACSIMILE NO.: | TELEPHONE NO.: |
|-----|-------|----------------|----------------|
|     | William P. DiSalvatore, Esq. | 212.937.7300 | 212.937.7202 |
|     | William F. Lee, Esq. | 617.526.5000 | 617.526.6556 |
|     | Richard L. Horwitz, Esq. | 302.658.1192 | 302.658.6027 |
|     | Sharon R. Barner, Esq. | 312.832.4700 | 312.832.4500 |
|     | Bruce D. Kuyper , Esq. | 213.891.8763 | 213.891.8001 |
|     | Stuart Lubitz, Esq. | 213.337.6701 | 213.337.6700 |
|     | Steven J. Balick, Esq. | 302.654.2067 | 302.654.1888 |
|     | John B. Daniel, Esq. | 212.715.8195 | 212.715.9195 |
|     | Jack B. Blumenfeld, Esq. | 302.658.3989 | 302.658.9200 |
|     | John M. Desmarais, Esq. | 212.446.4900 | 212.446.4739 |
|     | Josy W. Ingersoll, Esq. | 302.576.3301 | 302.571.6600 |

**FILE NO.:**    121865.0011

**NUMBER OF PAGES INCLUDING COVER SHEET:    3**

If transmission problems occur, or you are not the intended recipient, please call 612-349-8730 or contact Sharon George at 612.349.8216.

**MESSAGE:**

ATLANTA    BOSTON    LOS ANGELES    MINNEAPOLIS    NAPLES    SAINT PAUL    SANTA ANA    WASHINGTON, D.C.

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 15th day of June 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.


/s/ *Patricia P. McGonigle*
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

48469 v1