IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. : | |
| : | |
| Plaintiff, : | |
| v. : | C. A. No. 04-1436 (JJF) |
| : | |
| SAMSUNG ELECTRONICS CO., LTD., : | |
| SAMSUNG ELECTRONICS AMERICA, : | |
| INC., SAMSUNG TELECOMMUNICATIONS : | |
| AMERICA, L.P., MATSUSHITA ELECTRIC : | |
| CORPORATION OF AMERICA, VICTOR : | **JURY TRIAL DEMANDED** |
| COMPANY OF JAPAN, LTD., JVC COMPANY : | |
| OF AMERICA, NOKIA CORPORATION, : | |
| NOKIA, INC., HEWLETT-PACKARD : | |
| COMPANY, EASTMAN KODAK COMPANY, : | |
| : | |
| Defendants. : | |

**SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Richard L. Horwitz, Esquire, of Potter Anderson & Corroon LLP, hereby withdraws his appearance as counsel for EASTMAN KODAK COMPANY in this matter. Paul M. Lukoff, Esquire, of Prickett, Jones & Elliott, P.A., hereby enters his appearance as counsel for EASTMAN KODAK COMPANY as attorney of record.

POTTER ANDERSON & CORROON LLP

By:  /s/ Richard L. Horwitz
   Richard L. Horwitz (I.D. No. 2246)
   1313 North Market Street
   P. O. Box 951
   Wilmington, DE 19899-0951
   Tel: 302.984.6000
   Fax: 302.658.1192

Date: June 21, 2005

9999.9999\277342v1

                PRICKETT, JONES & ELLIOTT, P.A.

                BY: /s/ Paul M. Lukoff
                    PAUL M. LUKOFF (I.D. #96)
                    DAVID E. BRAND (I.D. #201)
                    1310 King Street
                    P. O. Box 1328
                    Wilmington, DE 19899
                    Tel. 302.888.6500
                    Fax: 302.888-6331

                    *Attorneys for Defendant,*
                    *Eastman Kodak Company*

DATE: June 21, 2005

9999.9999\277342v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2005, I electronically filed a **Substitution of Counsel** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

George H. Seitz, III, Esquire
Seitz, Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

*Attorneys for Plaintiff*

Richard L. Horwitz, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899

*Attorneys for Defendant,*
*Hewlett-Packard Co.*

David E. Moore, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899

*Attorneys for Defendants,*
*Samsung Electronics Co., Ltd.,*
*Samsung Electronics America, Inc.*
*Samsung Telecom America LLP*
*Nokia Corporation & Nokia, Inc.*

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

*Attorneys for Defendants,*
*Matsushita Electric Industrial Co., Ltd.,*
*Victor Company of Japan LTD*
*JVC Company of America*

Jack B. Blumfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

*Attorneys for Counter Claimants,,*
*Nokia Corporation & Nokia, Inc.*

_____
PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
E-MAILS: PMLukoff@prickett.com
         DEBrand@prickett.com

9999.9999\276279v1