IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 04-1436 (JJF) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRONIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as lead Delaware counsel on behalf of defendant Hewlett-Packard Company.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Sharon R. Barner<br>Sheldon Karon<br>Marianne C. Holzhall<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, Illinois 60610-4764<br>Telephone: (312) 832-4500 | By: _/s/ illegible signature_<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Naikang Tsao<br>Foley & Lardner LLP<br>150 East Gilman Street<br>Verex Plaza<br>Madison, WI 53703<br>Telephone: (608) 257-5035 | *Attorneys for Defendant<br>Hewlett-Packard Company* |

Bruce D. Kuyper
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 891-8001

Dated: June 27, 2005

688147

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on June 27, 2005, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

George H. Seitz, III
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Josy W. Ingersoll
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899

Paul M. Lukoff
Prickett Jones & Elliott
1310 King Street
P. O. Box 1328
Wilmington, DE 19899

I hereby certify that on June 27, 2005, I have Federal Expressed the attached document to the following non-registered participants:

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Stuart Lubitz
Bruce G. Chapman
David A. Ben-Meir
Hogan & Hartson LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067

| | |
|---|---|
| John E. Daniel<br>Donald L. Rhoads<br>Vito J. DeBari<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 | John M. Desmarais<br>Gregory S. Arovas<br>Thomas D. Pease<br>Jordan N. Malz<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY  10022-4675 |
| William F. Lee<br>Donald R. Steinberg<br>Mark D. Selwyn<br>Joseph F. Haag<br>Wilmer Cutler Pickering Hale<br>    and Dorr LLP<br>60 State Street<br>Boston, MA  02109 | William P. DiSalvatore<br>Nora Q.E. Passamaneck<br>Wilmer Cutler Pickering Hale<br>    and Dorr LLP<br>399 Park Avenue<br>New York, NY  10022 |

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

678366