IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. : <br><br> Plaintiff, : <br> v. : <br><br> SAMSUNG ELECTRONICS CO., LTD., : <br> SAMSUNG ELECTRONICS AMERICA, : <br> INC., SAMSUNG TELECOMMUNICATIONS : <br> AMERICA, L.P., MATSUSHITA ELECTRIC : <br> INDUSTRIAL CO., LTD., MATSUSHITA : <br> ELECTRIC CORPORATION OF AMERICA, : <br> VICTOR COMPANY OF JAPAN, LTD., : <br> JVC COMPANY OF AMERICA, NOKIA : <br> CORPORATION, NOKIA, INC., HEWLETT- : <br> PACKARD COMPANY, EASTMAN KODAK : <br> COMPANY, : <br><br> Defendants. : | C. A. No. 04-1436 (JJF) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission <u>pro hac vice</u> of **NORA Q. E. PASSAMANECK, WILLIAM P. DiSALVATORE and CAREN K. KHOO** of Wilmer Cutler Pickerin Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, and **LOUIS W. TOMPROS, MARK D. SELWYN and WILLIAM F. LEE** of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109, to represent defendant Eastman Kodak Company in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

BY: /s/ David E. Brand
PAUL M. LUKOFF (I.D. #96)
DAVID E. BRAND (I.D. #201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
Tel.  302.888.6500
Fax: 302.888-6331

*Attorneys for Defendant,
Eastman Kodak Company*

DATE:  June 28, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Nora Q. E. Passamaneck, William P. DiSalvatore, Caren K. Khoo, Louis W. Tompros, Mark D. Selwyn and William F. Lee is granted.

_____
United States District Judge

19660.2\278137v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Massachusetts and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 24, 2005    Signed: _____
Nora Q.E. Passamaneck
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Connecticut, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 27, 2005    Signed: _____
William P. DiSalvatore
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

      In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☐ has been paid to the Clerk of the Court

    ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 24, 2005      Signed: _____
                                             Caren K. Khoo
                                             Wilmer Cutler Pickering Hale and Dorr LLP
                                             399 Park Avenue
                                             New York, NY 10022
                                             (212) 230-8800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 24, 2005          Signed: _____
                                      Louis W. Tompros
                                      Wilmer Cutler Pickering Hale and Dorr LLP
                                      60 State Street
                                      Boston, MA  02109
                                      Telephone: (617) 526-6000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Massachusetts and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 24, 2005          Signed: _____
                                     Mark D. Selwyn
                                     Wilmer Cutler Pickering Hale and Dorr LLP
                                     60 State Street
                                     Boston, MA  02109
                                     Telephone: (617) 526-6000

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 24, 2005          Signed: _William F. Lee_____
                                     William F. Lee
                                     Wilmer Cutler Pickering Hale and Dorr LLP
                                     60 State Street
                                     Boston, MA 02109
                                     Telephone: (617) 526-6000

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2005, I electronically filed a **Motion for Admission Pro Vice** of Nora Q. E. Passamaneck, William P. DiSalvatore, Caren K. Khoo, Louis W. Tompros, Mark D. Selwyn and William F. Lee with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

George H. Seitz, III, Esquire
Seitz, Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

*Attorneys for Plaintiff*

David E. Moore, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899

*Attorneys for Defendants,
Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc.
Samsung Telecom America LLP
Nokia Corporation & Nokia, Inc.*

Jack B. Blumfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

*Attorneys for Counter Claimants,,
Nokia Corporation & Nokia, Inc.*

Richard L. Horwitz, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899

*Attorneys for Defendant,
Hewlett-Packard Co.*

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

*Attorneys for Defendants,
Matsushita Electric Industrial Co., Ltd.,
Victor Company of Japan LTD
JVC Company of America*

_____
PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899-1328
TEL: 302-888-6500
E-MAILS:  PMLukoff@prickett.com
                   DEBrand@prickett.com

9999.9999\276279v1