IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRONIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>Defendants. | Civil Action No. 04-1436 (JJF)<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF RICHARD L. HORWITZ IN SUPPORT OF SUPPLEMENTAL BRIEF OF DEFENDANTS SAMSUNG, MATSUSHITA, NOKIA, AND HEWLETT-PACKARD IN SUPPORT OF MOTION TO STAY ACTION

I, Richard L. Horwitz, do declare as follows:

1. I am a member of the bar of the State of Delaware and partner in the law firm of Potter Anderson & Corroon LLP, counsel for Defendant Hewlett-Packard Company in the above-captioned case. I submit this declaration in support of Defendants Samsung, Matsushita, Nokia, and Hewlett-Packard's Motion To Stay Action.

2. Attached hereto as Exhibit A is a true and correct copy of materials obtained from the U.S. PTO June 20, 2005 Office Action in connection with U.S. Patent No. 6,233,010.

3.   Attached hereto as Exhibit B is a true and correct copy of materials obtained from the U.S. PTO June 20, 2005 Office Action in connection with U.S. Patent No. 6,323,899.

4.   Attached hereto as Exhibit C is a true and correct copy of the April 21, 2005 statement of Jon W. Dudas, Director of the PTO, to the Senate Subcommittee on Intellectual Property.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 13, 2005.

_____
Richard L. Horwitz

690339

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on July 13, 2005, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

George H. Seitz, III
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899

Josy W. Ingersoll
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

Paul M. Lukoff
Prickett Jones & Elliott
1310 King Street
P. O. Box 1328
Wilmington, DE  19899

I hereby certify that on July 13, 2005, I have Federal Expressed the attached document to the following non-registered participants:

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402

Stuart Lubitz
Bruce G. Chapman
David A. Ben-Meir
Hogan & Hartson LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067

John E. Daniel
Donald L. Rhoads
Vito J. DeBari
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

William F. Lee
Donald R. Steinberg
Mark D. Selwyn
Joseph F. Haag
Wilmer Cutler Pickering Hale
    and Dorr LLP
60 State Street
Boston, MA  02109

John M. Desmarais
Gregory S. Arovas
Thomas D. Pease
Jordan N. Malz
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY  10022-4675

William P. DiSalvatore
Nora Q.E. Passamaneck
Wilmer Cutler Pickering Hale
    and Dorr LLP
399 Park Avenue
New York, NY  10022

_____
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

678366