IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | C.A. No. 04-1436-JJF |
| SAMSUNG ELECTRONICS CO., LTD., ) SAMSUNG ELECTRONICS AMERICA, INC., ) SAMSUNG TELECOMMUNICATIONS ) AMERICA, L.P., MATSUSHITA ELECTRIC ) INDUSTRIAL CO., LTD., MATSUSHITA ) ELECTRONIC CORPORATION OF ) AMERICA, VICTOR COMPANY OF JAPAN, ) LTD., JVC COMPANY OF AMERICA, ) NOKIA CORPORATION, NOKIA, INC., ) HEWLETT-PACKARD COMPANY, ) EASTMAN KODAK COMPANY, ) ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 25th day of July, 2005, **MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.'S, MATSUSHITA ELECTRIC CORPORATION OF AMERICA'S, VICTOR COMPANY OF JAPAN, LTD.'S AND JVC COMPANY OF AMERICA'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO THEM** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                             **HAND DELIVERY**
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

| | |
|---|---|
| John M. Desmarais, Esquire<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY 10022-4675 | **VIA FEDERAL EXPRESS** |
| George H. Seitz, III, Esquire<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O Box 68<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Ronald J. Schutz, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402 | **VIA FEDERAL EXPRESS** |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Sharon R. Barner, Esquire<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610-4764 | **VIA FEDERAL EXPRESS** |
| Naikang Tsao, Esquire<br>Foley & Lardner LLP<br>150 East Gilman Street<br>Verex Plaza<br>Madison, WI 53703 | **VIA FEDERAL EXPRESS** |
| Bruce Kuyper, Esquire<br>Latham & Watkins LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007 | **VIA FEDERAL EXPRESS** |
| Paul M. Lukoff, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899 | **HAND DELIVERY** |

| | |
|---|---|
| Mark D. Selwyn, Esquire<br>Wilmer, Cutler, Pickering, Hale & Dorr, LLP<br>60 State Street<br>Boston, MA 02109 | VIA FEDERAL EXPRESS |
| William P. DiSalvatore, Esquire<br>Wilmer, Cutler, Pickering, Hale & Dorr, LLP<br>399 Park Avenue<br>New York, NY 10022 | VIA FEDERAL EXPRESS |
| Jack B. Blumenfeld, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | HAND DELIVERY |
| Donald L. Rhoads, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Matsushita Electric Industrial Co., Ltd,. Victor Company of Japan, Ltd., Panasonic Corporation of America, and JVC Company of America*

*Of Counsel:*

Stuart Lubitz
Bruce G. Chapman
David A. Ben-Meir
HOGAN & HARTSON LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
(310) 789-5100

Dated:  July 25, 2005
156799.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| John M. Desmarais, Esquire<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY 10022-4675 | **VIA FEDERAL EXPRESS** |
| George H. Seitz, III, Esquire<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O Box 68<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Ronald J. Schutz, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402 | **VIA FEDERAL EXPRESS** |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Sharon R. Barner, Esquire<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610-4764 | **VIA FEDERAL EXPRESS** |

Naikang Tsao, Esquire                                    VIA FEDERAL EXPRESS
Foley & Lardner LLP
150 East Gilman Street
Verex Plaza
Madison, WI  53703

Bruce Kuyper, Esquire                                    VIA FEDERAL EXPRESS
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071-2007

Paul M. Lukoff, Esquire                                  HAND DELIVERY
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

Mark D. Selwyn, Esquire                                  VIA FEDERAL EXPRESS
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
60 State Street
Boston, MA  02109

William P. DiSalvatore, Esquire                          VIA FEDERAL EXPRESS
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
399 Park Avenue
New York, NY  10022

Jack B. Blumenfeld, Esquire                              HAND DELIVERY
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Donald L. Rhoads, Esquire                                VIA FEDERAL EXPRESS
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036


                                                         /s/ John G. Day
                                                         _____
                                                         John G. Day