IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS,<br>　　　　　　　　　　Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, and EASTMAN KODAK COMPANY,<br>　　　　　　　　　　Defendants. | C. A. No. 04-1436 (JJF) |

## NOTICE OF SERVICE

I hereby certify that on July 25, 2005, a copy of the following was served on the below-listed counsel by hand delivery:

　　　　**DEFENDANT EASTMAN KODAK COMPANY'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS; and**

　　　　**DEFENDANT EASTMAN KODAK COMPANY'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

| | |
|---|---|
| George H. Seitz, III, Esquire<br>Seitz, Van Ogtrop & Green<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br><br>*Attorneys for Plaintiff* | Richard L. Horwitz, Esquire<br>Potter, Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899<br><br>*Attorneys for Defendant,*<br>*Hewlett-Packard Co.* |

19660.2\280398v1

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street
P. O. Box 391
Wilmington, DE 19899

*Attorneys for Defendants,*
*Samsung Electronics Co., Ltd.,*
*Samsung Electronics America, Inc.*
*Samsung Telecom America LLP*
*Nokia Corporation & Nokia, Inc.*

Jack B. Blumfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

*Attorneys for Counter Claimants,,*
*Nokia Corporation & Nokia, Inc.*

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

*Attorneys for Defendants,*
*Matsushita Electric Industrial Co., Ltd.,*
*Victor Company of Japan LTD*
*JVC Company of America*


_____
PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
E-MAILS: PMLukoff@prickett.com
         DEBrand@prickett.com