IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1436 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of **(1) Nokia's Responses to Plaintiff's First Set of Interrogatories to Defendants Nokia Corporation and Nokia Inc. and (2) Nokia's Responses to Plaintiff's First Set of Requests for Documents and Things to Nokia Corporation and Nokia Inc.** were caused to be served on July 25, 2005 upon the following in the manner indicated:

**BY HAND**

| | |
|---|---|
| George H. Seitz, III<br>Patricia Pyles McGonigle<br>Seitz, Van Ogtrop & Green<br>222 Delaware Avenue<br>Suite 1500<br>P.O. Box 68<br>Wilmington, DE  19899 | Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899 |

David E. Moore  
Potter Anderson & Corroon  
1313 N. Market Street  
Wilmington, DE  19801  

Paul M. Lukoff  
Prickett, Jones & Elliott  
1310 King Street  
P.O. Box 1328  
Wilmington, DE  19899  

**BY FEDERAL EXPRESS**

Ronald J. Schutz  
Robins, Kaplan, Miller & Ciresi LLP  
2800 LaSalle Plaza  
800 LaSalle Avenue  
Minneapolis, MN  55402  

Stuart Lubitz  
Bruce G. Chapman  
David A. Ben-Meir  
Hogan & Hartson LLP  
2049 Century Park East, Suite 700  
Los Angeles, CA  90067  

John M. Desmarais  
Gregory S. Arovas  
Thomas D. Pease  
Jordan N. Malz  
Kirkland & Ellis LLP  
153 East 53rd Street  
New York, NY  10022-4765  

William F. Lee  
Donald R. Steinberg  
Mark D. Selwyn  
Joseph F. Haag  
Wilmer Cutler Pickering Hale  
  and Dorr LLP  
60 State Street  
Boston, MA  02109  

William P. DiSalvatore  
Nora Q.E. Passamaneck  
Wilmer Cutler Pickering Hale  
  and Dorr LLP  
399 Park Avenue  
New York, NY  10022  

MORRIS, NICHOLS, ARSHT & TUNNELL  

*/s/ Jack B. Blumenfeld*  
_____  
Jack B. Blumenfeld (# 1014)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899-1347  
(302) 658-9200  
    *Attorneys For Defendants Nokia*  
    *Corporation and Nokia Inc.*

<u>Of Counsel</u>:

John E. Daniel
Donald L. Rhoads
Vito J. DeBari
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100

July 25, 2005
475809

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on July 25, 2005 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>George H. Seitz, III
>Seitz, Van Ogtrop & Green
>
>Patricia Pyles McGonigle
>Seitz, Van Ogtrop & Green
>
>Steven J. Balick
>Ashby & Geddes
>
>John G. Day
>Ashby & Geddes
>
>David E. Moore
>Potter Anderson & Corroon
>
>Paul M. Lukoff
>Prickett, Jones & Elliott

I also certify that copies were caused to be served on July 25, 2005 upon the following in the manner indicated:

**BY HAND**

| | |
|---|---|
| George H. Seitz, III<br>Patricia Pyles McGonigle<br>Seitz, Van Ogtrop & Green<br>222 Delaware Avenue<br>Suite 1500<br>P.O. Box 68<br>Wilmington, DE  19899 | Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899 |

David E. Moore
Potter Anderson & Corroon
1313 N. Market Street
Wilmington, DE  19801

Paul M. Lukoff
Prickett, Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402

Stuart Lubitz
Bruce G. Chapman
David A. Ben-Meir
Hogan & Hartson LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067

John M. Desmarais
Gregory S. Arovas
Thomas D. Pease
Jordan N. Malz
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY  10022-4765

William F. Lee
Donald R. Steinberg
Mark D. Selwyn
Joseph F. Haag
Wilmer Cutler Pickering Hale
   and Dorr LLP
60 State Street
Boston, MA  02109

William P. DiSalvatore
Nora Q.E. Passamaneck
Wilmer Cutler Pickering Hale
   and Dorr LLP
399 Park Avenue
New York, NY  10022

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld