## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1436 JJF |
| Defendants. | ) | |

## NOTICE OF 30(b)(6) DEPOSITION OF PROFESSIONAL SECURITY BUREAU LTD.

TO:     PROFESSIONAL SECURITY BUREAU LTD., 88 Park Avenue, Nutley, New Jersey 07110 with its registered agent at Corporation Trust Company, 820 Bear Tavern Road, West Trenton, New Jersey 08628.

PLEASE TAKE NOTICE that pursuant to Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") will take the deposition of a person or persons designated by Professional Security Bureau Ltd. ("PSB") before a certified court reporter at Rosenberg & Associates, 425 Eagle Rock Avenue, Roseland, New Jersey 07068, or at some other location mutually agreed upon by counsel, commencing December 7, 2005 until adjournment upon completion.  It will be recorded by stenographic means and also may be videotaped.  The deposition shall be taken before an officer qualified to administer oaths under the Federal Rules of Civil Procedure.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), PSB is to designate one or more officers, directors, or managing agents, or persons who consent to testify on PSB's behalf regarding the topics listed in Attachment B to Professional Security Bureau Ltd. Subpoena, which should be interpreted broadly, and with application of the definitions and instructions included in Attachment A to the same subpoena. Failure to designate a person or persons who is prepared to provide a full and complete testimony regarding these topics may be treated as a failure to comply with this deposition notice and may be treated as contempt of court.

Dated: October 28, 2005.                         SEITZ, VAN OGTROP & GREEN

Of Counsel:                                                   /s/ Patricia P. McGonigle
                                                         By:_____
Ronald J. Schutz, Esquire                    George H. Seitz, III, Esquire (No. 667)
Jake M. Holdreith, Esquire                   gseitz@svglaw.com
Becky R. Thorson, Esquire                    James S. Green, Esquire (No. 481)
Carrie M. Lambert, Esquire                   jgreen@svglaw.com
Kimberly G. Miller, Esquire                  Patricia P. McGonigle, Esquire (No. 3126)
ROBINS, KAPLAN, MILLER &                      pmcgonigle@svglaw.com
  CIRESI LLP                                 222 Delaware Avenue, Suite 1500
2800 LaSalle Plaza                           P.O. Box 68
800 LaSalle Avenue                           Wilmington, DE 19899
Minneapolis, MN 55402                        (302) 888-0600
(612) 349-8500

                                             **Attorneys for St. Clair Intellectual Property
                                             Consultants, Inc.**