**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-1436 JJF |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

I, Patricia P. McGonigle, counsel for St. Clair Intellectual Property Consultants, Inc., hereby certify that true and correct copies of the following documents:

**NOTICE OF 30(B)(6) DEPOSITION OF PROFESSIONAL SECURITY BUREAU LTD.**

**SUPOENA DUCES TECUM IN A CIVIL CASE DIRECTED TO PROFESSIONAL SECURITY BUREAU, LTD.**

**PLAINTIFF'S SECOND SET OF REQUESTS FOR DOCUMENTS AND THINGS TO DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, L.P.**

**PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA, L.P.**

**PLAINTIFF'S SECOND SET OF REQUESTS FOR DOCUMENTS AND THINGS TO DEFENDANT EASTMAN KODAK COMPANY**

**PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANT EASTMAN KODAK COMPANY**

**PLAINTIFF'S SECOND SET OF REQUESTS FOR DOCUMENTS AND THINGS TO DEFENDANT HEWLETT-PACKARD COMPANY**

**PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANT HEWLETT-PACKARD COMPANY**

**PLAINTIFF'S SECOND SET OF REQUESTS FOR DOCUMENTS AND THINGS TO DEFENDANTS NOKIA CORPORATION AND NOKIA, INC.**

**PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANTS NOKIA CORPORATION AND NOKIA, INC.**

**PLAINTIFF'S SECOND SET OF REQUESTS FOR DOCUMENTS AND THINGS TO DEFENDANTS MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., AND JVC COMPANY OF AMERICA**

**PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANTS MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., AND JVC COMPANY OF AMERICA**

were served on October 28, 2005 on the listed attorneys of record via Hand Delivery:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Counsel for Hewlett -Packard Co.*

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen E. Keller, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899
*Counsel for Samsung Defendants*

50722 v1

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
*Counsel for Nokia Corporation and Nokia, Inc.*

David E. Brand, Esquire
Paul M. Lukoff, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE  19899
*Counsel for Eastman Kodak Company*

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Counsel to Defendants Matsushita Electric*
*Industrial Co.,Matsushita Electric Corporation*
*of America, Victor Company of Japan, Ltd.,*
*and JVC Company of America*


Dated:  October 28, 2005

                SEITZ, VAN OGTROP & GREEN, P.A.

                  /s/ Patricia P. McGonigle
              By:_____
              James S. Green (DE 0481)
              jgreen@svglaw.com
              George H. Seitz (DE 0667)
              gseitz@svglaw.com
              Patricia P. McGonigle (DE 3126)
              pmcgonigle@svglaw.com
              222 Delaware Avenue, Suite 1500
              P.O. Box 68
              Wilmington, DE 19899
              *Attorneys forSt. Clair Intellectual Property*
              *Consultants, Inc.*

50722 v1

# CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, hereby certify that on October 28, 2005, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of Court using CM/ECF:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Counsel for Hewlett -Packard Co.*

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen E. Keller, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899
*Counsel for Samsung Defendants*

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
*Counsel for Nokia Corporation and Nokia, Inc.*

David E. Brand, Esquire
Paul M. Lukoff, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE  19899
*Counsel for Eastman Kodak Company*

50722 v1

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Counsel to Defendants Matsushita Electric Industrial Co.,*
*Matsushita Electric Corporation of America,*
*Victor Company of Japan, Ltd., and JVC Company of America*


       /s/  Patricia P. McGonigle
       ―――――――――――――――――――
       Patricia P. McGonigle (ID No. 3126)
       pmcgonigle@svglaw.com

50722 v1