IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 04-1436-JJF ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Laurence H. Pretty, Esquire, of Hogan & Hartson LLP to represent Defendants Matsushita Electric Industrial Co., Ltd., Matsushita Corporation Of America (now known as Panasonic Corporation Of America), Victor Company of Japan, Ltd., and JVC Company of America in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is included to cover the annual fees for the attorneys listed above.

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Matsushita Electric Industrial Co., Ltd,. Matsushita Corporation of America (now known as Panasonic Corporation of America), Victor Company of Japan, Ltd., and JVC Company of America*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:                                                  _____
                                                            United States District Judge

163283.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Laurence H. Pretty
HOGAN & HARTSON L.L.P.
500 So. Grand Avenue, Suite 1900,
Los Angeles, CA 90071
213-337-6700

Dated: Nov 4, 2005

111461.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2005, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | HAND DELIVERY |
| John M. Desmarais, Esquire<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY 10022-4675 | VIA FEDERAL EXPRESS |
| George H. Seitz, III, Esquire<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O Box 68<br>Wilmington, DE 19899 | HAND DELIVERY |
| Ronald J. Schutz, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402 | VIA FEDERAL EXPRESS |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 | HAND DELIVERY |
| Sharon R. Barner, Esquire<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610-4764 | VIA FEDERAL EXPRESS |
| Naikang Tsao, Esquire<br>Foley & Lardner LLP<br>150 East Gilman Street<br>Verex Plaza<br>Madison, WI 53703 | VIA FEDERAL EXPRESS |

| | |
|---|---|
| Bruce Kuyper, Esquire<br>Latham & Watkins LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007 | **VIA FEDERAL EXPRESS** |
| Paul M. Lukoff, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Mark D. Selwyn, Esquire<br>Wilmer, Cutler, Pickering, Hale & Dorr, LLP<br>60 State Street<br>Boston, MA 02109 | **VIA FEDERAL EXPRESS** |
| William P. DiSalvatore, Esquire<br>Wilmer, Cutler, Pickering, Hale & Dorr, LLP<br>399 Park Avenue<br>New York, NY 10022 | **VIA FEDERAL EXPRESS** |
| Jack B. Blumenfeld, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Donald L. Rhoads, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | **VIA FEDERAL EXPRESS** |

/s/ *John G. Day*
_____
John G. Day