IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS,
         Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS
AMERICA, L.P., MATSUSHITA ELECTRIC
INDUSTRIAL CO., LTD., MATSUSHITA
ELECTRIC CORPORATION OF AMERICA,
VICTOR COMPANY OF JAPAN, LTD., JVC
COMPANY OF AMERICA, NOKIA
CORPORATION, NOKIA, INC., HEWLETT-
PACKARD COMPANY, and EASTMAN
KODAK COMPANY,
         Defendants.

C. A. No. 04-1436 (JJF)

**NOTICE OF SERVICE**

  I hereby certify that on November 28, 2005, a copy of the following documents were served on the below-listed counsel via Federal Express and U.S. Mail:

  **DEFENDANT EASTMAN KODAK COMPANY'S RESPONSE TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS; and**

  **DEFENDANT EASTMAN KODAK COMPANY'S RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

| | |
|---|---|
| George H. Seitz, III, Esquire<br>Seitz, Van Ogtrop & Green<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899 | Richard L. Horwitz, Esquire<br>Potter, Anderson & Corroon LLP<br>Hercules Plaza<br>P. O. Box 951<br>Wilmington, DE 19899 |
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street<br>P. O. Box 391<br>Wilmington, DE 19899 | Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>P. O. Box 1150<br>Wilmington, DE 19899 |

19660.2\280398v1

| | |
|---|---|
| Jack B. Blumfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899 | John M. Desmarais, Esquire<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY 10022-4675 |
| Ronald J. Schutz, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402 | Sharon R. Barner, Esquire<br>Foley & Lardner LLP<br>321 N. Clark Street, Suite 2800<br>Chicago, IL 60610-4764 |
| Naikan Tsao, Esquire<br>Foley & Lardner LLP<br>150 E. Gilman Street<br>Verex Plaza<br>Madison, WI 53703 | Bruce Kuyper, Esquire<br>Latham & Watkins LLP<br>633 W. Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007 |
| Donald L. Rhoades, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Stuart Lubitz, Esquire<br>David A. Ben-Meir, Esquire<br>Hogan & Hartson LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067 |

_____
PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
E-MAILS: PMLukoff@prickett.com
　　　　　　DEBrand@prickett.com

19660.2\280398v1