IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, <br><br> Defendants. | Civil Action No. 04-1436 JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Samsung's Responses to Plaintiff's Second Set of Requests for Documents and Things to Samsung and (2) Samsung's Responses to Plaintiff's Second Set of Interrogatories to Samsung, were caused to be served on November 28, 2005 upon the following counsel of record in the manner indicated below:

**BY E-MAIL and HAND DELIVERY**

George H. Seitz, III, Esquire
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, Hercules Plaza
Wilmington, DE 19801

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Paul M. Lukoff, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**BY E-MAIL**

Donald L. Rhoads, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Ronald J. Schutz, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Stuart Libitz, Esquire
Bruce G. Chapman, Esquire
David A. Ben-Meir, Esquire
Hogan & Hartson LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Sharon Barner, Esquire
Sheldon Karon, Esquire
Marianne C. Holzhall, Esquire
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610-4764

Bruce Kuyper, Esquire
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007

William F. Lee, Esquire
Donald R. Steinberg, Esquire
Mark D. Selwyn, Esquire
Joseph F. Haag, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

William P. DiSalvatore, Esquire
Nora Q.E. Passamaneck, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

Naikant Tsao, Esquire
Foley & Lardner LLP
150 East Gilman Street
Verex Plaza
Madison, WI 53703

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 28, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

George H. Seitz, III, Esquire
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, Hercules Plaza
Wilmington, DE 19801

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Paul M. Lukoff, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**BY E-MAIL**

Donald L. Rhoads, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Ronald J. Schutz, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Stuart Libitz, Esquire
Bruce G. Chapman, Esquire
David A. Ben-Meir, Esquire
Hogan & Hartson LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067

Sharon Barner, Esquire
Sheldon Karon, Esquire
Marianne C. Holzhall, Esquire
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610-4764

Bruce Kuyper, Esquire
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007

William F. Lee, Esquire
Donald R. Steinberg, Esquire
Mark D. Selwyn, Esquire
Joseph F. Haag, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

William P. DiSalvatore, Esquire
Nora Q.E. Passamaneck, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

Naikant Tsao, Esquire
Foley & Lardner LLP
150 East Gilman Street
Verex Plaza
Madison, WI 53703

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

– and –

John M. Desmarais
Gregory S. Arovas
Thomas D. Pease
Jordan N. Malz
Kirkland & Ellis LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

*Attorneys for Samsung Electronic Co., Ltd.,*
*Samsung Electronics America, Inc., and*
*Samsung Telecommunications America, L.P.*

Dated: November 28, 2005