**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD., )<br>SAMSUNG ELECTRONICS AMERICA, INC. )<br>SAMSUNG TELECOMMUNICATIONS )<br>AMERICA, L.P., MATSUSHITA ELECTRIC )<br>INDUSTRIAL CO., LTD., MATSUSHITA )<br>ELECTRIC CORPORATION OF AMERICA, )<br>VICTOR COMPANY OF JAPAN, LTD., )<br>JVC COMPANY OF AMERICA, )<br>NOKIA CORPORATION, NOKIA, INC., )<br>HEWLETT-PACKARD COMPANY, )<br>EASTMAN KODAK COMPANY, )<br>)<br>Defendants. ) | C. A. No. 04-1436 (JJF)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE**

The undersigned, counsel for Hewlett-Packard Company, hereby certifies that true and correct copies of the following documents were caused to be served on November 28, 2005 on the attorneys of record at the following addresses as indicated:

1. Defendant Hewlett-Packard Company's Responses to Plaintiff's Second Set of Requests For Production of Documents and Things (Nos. 15-30); and

2. Defendant Hewlett-Packard Company's Responses to Plaintiff's Second Set of Interrogatories (No. 3).


**VIA HAND DELIVERY**

George H. Seitz, III  
Seitz, Van Ogtrop & Green, P.A.  
222 Delaware Avenue, Suite 1500  
P.O. Box 68  
Wilmington, DE  19899  

Steven J. Balick  
John G. Day  
Ashby & Geddes  
222 Delaware Avenue, 17th Floor  
Wilmington, DE  19801  

Jack B. Blumenfeld  
Morris, Nichols, Arsht & Tunnell  
1201 N. Market Street  
P. O. Box 1347  
Wilmington, DE  19899  

Josy W. Ingersoll  
Young Conaway Stargatt & Taylor LLP  
1000 West Street, 17th Floor  
P. O. Box 391  
Wilmington, DE  19899  

Paul M. Lukoff  
Prickett Jones & Elliott  
1310 King Street  
P. O. Box 1328  
Wilmington, DE  19899  

**VIA FEDERAL EXPRESS**

Ronald J. Schutz  
Robins, Kaplan, Miller & Ciresi LLP  
2800 LaSalle Plaza  
800 LaSalle Avenue  
Minneapolis, MN  55402  

Stuart Lubitz  
Bruce G. Chapman  
David A. Ben-Meir  
Hogan & Hartson LLP  
2049 Century Park East, Suite 700  
Los Angeles, CA  90067  

John E. Daniel  
Donald L. Rhoads  
Vito J. DeBari  
Kramer Levin Naftalis & Frankel LLP  
1177 Avenue of the Americas  
New York, NY  10036  

John M. Desmarais  
Gregory S. Arovas  
Thomas D. Pease  
Jordan N. Malz  
Kirkland & Ellis LLP  
153 East 53rd Street  
New York, NY  10022-4675  

William F. Lee  
Donald R. Steinberg  
Mark D. Selwyn  
Joseph F. Haag  
Wilmer Cutler Pickering Hale  
     and Dorr LLP  
60 State Street  
Boston, MA  02109  

William P. DiSalvatore  
Nora Q.E. Passamaneck  
Wilmer Cutler Pickering Hale  
     and Dorr LLP  
399 Park Avenue  
New York, NY  10022

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Sharon R. Barner | |
| Sheldon Karon | By: /s/ David E. Moore |
| Marianne C. Holzhall | Richard L. Horwitz (#2246) |
| Foley & Lardner LLP | David E. Moore (#3983) |
| 321 North Clark Street, Suite 2800 | Hercules Plaza, 6th Floor |
| Chicago, Illinois 60610-4764 | 1313 N. Market Street |
| Telephone: (312) 832-4500 | Wilmington, Delaware 19899-0951 |
| | (302) 984-6000 |
| Naikang Tsao | rhorwitz@potteranderson.com |
| Foley & Lardner LLP | dmoore@potteranderson.com |
| 150 East Gilman Street | |
| Verex Plaza | *Attorneys for Defendant* |
| Madison, WI 53703 | *Hewlett-Packard Company* |
| Telephone: (608) 257-5035 | |

Bruce D. Kuyper
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 891-8001

Dated: November 28, 2005

708936

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 28, 2005, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

George H. Seitz, III
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

Josy W. Ingersoll
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899

Paul M. Lukoff
Prickett Jones & Elliott
1310 King Street
P. O. Box 1328
Wilmington, DE 19899

I hereby certify that on November 28, 2005, I have Federal Expressed the attached document to the following non-registered participants:

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Stuart Lubitz
Bruce G. Chapman
David A. Ben-Meir
Hogan & Hartson LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067

| | |
|---|---|
| John E. Daniel<br>Donald L. Rhoads<br>Vito J. DeBari<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 | John M. Desmarais<br>Gregory S. Arovas<br>Thomas D. Pease<br>Jordan N. Malz<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY  10022-4675 |
| William F. Lee<br>Donald R. Steinberg<br>Mark D. Selwyn<br>Joseph F. Haag<br>Wilmer Cutler Pickering Hale<br>    and Dorr LLP<br>60 State Street<br>Boston, MA  02109 | William P. DiSalvatore<br>Nora Q.E. Passamaneck<br>Wilmer Cutler Pickering Hale<br>    and Dorr LLP<br>399 Park Avenue<br>New York, NY  10022 |

　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ David E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　Richard L. Horwitz
　　　　　　　　　　　　　　　　　　　　　　　　David E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　POTTER ANDERSON & CORROON LLP
　　　　　　　　　　　　　　　　　　　　　　　　Hercules Plaza, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　　　1313 North Market Street
　　　　　　　　　　　　　　　　　　　　　　　　P. O. Box 951
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-0951
　　　　　　　　　　　　　　　　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　　　　　　　　　　dmoore@potteranderson.com

678366