**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, )<br><br>Defendants. ) | Civil Action No. 04-1436 JJF<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE**

I, Patricia P. McGonigle, counsel for St. Clair Intellectual Property Consultants, Inc., hereby certify that true and correct copies of ***Plaintiff St. Clair Intellectual Property Consultants, Inc.'s First Supplement to its Initial Disclosures Pursuant to Rule 26(a)(1)*** were served on November 29, 2005 on the listed attorneys of record via Hand Delivery:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Counsel for Hewlett -Packard Co.*

51145 v1

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen E. Keller, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899
*Counsel for Samsung Defendants*


Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
*Counsel for Nokia Corporation and Nokia, Inc.*


David E. Brand, Esquire
Paul M. Lukoff, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE  19899
*Counsel for Eastman Kodak Company*


Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Counsel to Defendants Matsushita Electric*
*Industrial Co., Matsushita Electric Corporation*
*of America, Victor Company of Japan, Ltd.,*
*and JVC Company of America*

51145 v1

        SEITZ, VAN OGTROP & GREEN, P.A.

By: /s/ Patricia P. McGonigle
_____
James S. Green (DE 0481)
jgreen@svglaw.com
George H. Seitz (DE 0667)
gseitz@svglaw.com
Patricia P. McGonigle (DE 3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
*Attorneys for St. Clair Intellectual Property Consultants, Inc.*

51145 v1

# CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, hereby certify that on November 29, 2005, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of Court using CM/ECF:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for Hewlett -Packard Co.*

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen E. Keller, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899
*Counsel for Samsung Defendants*

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
*Counsel for Nokia Corporation and Nokia, Inc.*

David E. Brand, Esquire
Paul M. Lukoff, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
*Counsel for Eastman Kodak Company*

51145 v1

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Counsel to Defendants Matsushita Electric Industrial Co.,*
*Matsushita Electric Corporation of America,*
*Victor Company of Japan, Ltd., and JVC Company of America*


        /s/  Patricia P. McGonigle
        ―――――――――――――――――――
        Patricia P. McGonigle (ID No. 3126)
        pmcgonigle@svglaw.com

51145 v1