## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-1436 JJF |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

### DEFENDANT EASTMAN KODAK COMPANY'S MOTION FOR A PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure Rule 26(c) and the Local Rules of this Court, Defendant Eastman Kodak Company ("Kodak") respectfully moves this Court for a Protective Order holding discovery in abeyance pending determination of the ownership of the asserted patents. The issue of ownership is the subject of an action pending in California Superior Court, *Mirage Sys., Inc. v. Speasl*, Case No. 105 CV 039164 (Cal. Sup. Ct.). The grounds for this Motion are fully set forth in the

accompanying Opening Brief In Support Of Defendant Eastman Kodak Company's Motion For A Protective Order. A proposed Order granting the Motion is attached hereto as Exhibit A.

**Rule 7.1.4 Request For Oral Argument**: Kodak respectfully requests that the Court hear oral argument following completion of the parties' briefing on this motion for a protective order.

**Rule 7.1.1 Certification**: On January 9, 2006, counsel for all of the parties discussed the issue of whether discovery should move forward in this action. Counsel for Kodak explained that discovery should not go forward in light of the California state action of *Mirage Sys., Inc. v. Speasl*, Case No. 105 CV 039164 (Cal. Sup. Ct.). Counsel for St. Clair disagreed, and the parties were unable to find resolution. Kodak therefore brings this motion for a protective order.

PRICKETT, JONES & ELLIOTT, P.A.

_____

William F. Lee
Michael J. Summersgill
Mark D. Selwyn
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Nora Q.E. Passamaneck
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY  1002
(212) 230-8800

Date: January 19, 2006

PAUL M. LUKOFF (I.D. No. 96)
DAVID E. BRAND (I.D. N0 201)
1310 King Street
Wilmington, Delaware  19899
(302) 888-6500

*Attorneys for Defendant,*
*Eastman Kodak Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2006, I electronically filed **DEFENDANT EASTMAN KODAK COMPANY'S MOTION FOR A PROTECTIVE ORDER** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

George H. Seitz, III, Esquire
Seitz, Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street
P. O. Box 391
Wilmington, DE 19899

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
E-MAILS:  PMLukoff@prickett.com
              DEBrand@prickett.com

19660.2\295242v1