# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-1436 JJF |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

Upon consideration of Defendant Eastman Kodak Company's Motion For A Protective Order holding discovery in this action in abeyance due to the fact that the issue of ownership of the asserted patents is the subject of an action pending in California Superior Court, *Mirage Sys., Inc. v. Speasl*, Case No. 105 CV 039164 (Cal. Sup. Ct.):

It is hereby ORDERED this _____ day of _____, 2006 that Defendant Eastman Kodak Company's Motion is GRANTED.

_____
United States District Judge