IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,<br><br>        Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>        Defendants. | Civil Action No. 04-1436 JJF |

**APPENDIX TO
DEFENDANT EASTMAN KODAK COMPANY'S OPENING BRIEF
IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER**

*Attorneys for Defendant Eastman Kodak Company*

| | |
|---|---|
| William F. Lee<br>Mark D. Selwyn<br>Michael J. Summersgill<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>Nora Q.E. Passamaneck<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800 | Paul M. Lukoff (I.D. No. 96)<br>David E. Brand (I.D. No. 201)<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, Delaware 19899<br>(302) 888-6500 |

January 19, 2006

## TABLE OF CONTENTS

**EXHIBITS**

Amended Complaint filed in the California state action of *Mirage Systems, Inc. v. Speasl et al.*, No. 1-05-CV-039164, Cal.Super., Santa Clara ................................................................................................... A

January 3, 2005 Order Re: Motions for Admission Pro Hac Vice/Demurrer, in *Mirage Systems, Inc. v. Speasl et al.*, No. 1-05-CV-039164, Cal.Super., Santa Clara ............................................................ B

Complaint filed in *St. Clair Intellectual Prop. Consultants, Inc. v. Mirage Sys., Inc.*, Civil Action No. 05-273-JFF (D.Del) ........................................... C

Plaintiff's First Set Of Requests For Documents And Things To Eastman Kodak Company served in this action on June 24, 2005 .................... D

Eastman Kodak Company's Response To Plaintiff's First Set Of Requests For Documents And Things served in this action On July 25, 2005 ........................................................................................................ E

December 22, 2005 Letter of Ms. Lambert to Counsel for Eastman Kodak Company .................................................................................. F

*Nichols v. Baptist Memorial Hosp., Inc.*, 2004 WL 2905406 No. 02-2561-MAV (W.D. Tenn. April 2, 2004) ............................................... G

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2006, I electronically filed **DEFENDANT EASTMAN KODAK COMPANY'S APPENDIX TO ITS OPENING BRIEF IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

George H. Seitz, III, Esquire
Seitz, Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street
P. O. Box 391
Wilmington, DE 19899

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

/s/ Paul M. Lukoff
PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
E-MAILS: PMLukoff@prickett.com
         DEBrand@prickett.com