IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>Defendants. | Civil Action No. 04-1436 JJF<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER

The above-entitled matter came on before the Honorable Joseph J. Farnan on _____, 2006 on Plaintiff St. Clair Intellectual Property Consultants, Inc.'s ("St. Clair's") Motion for an Order Compelling Defendant Eastman Kodak Company to Substantively Respond to Plaintiff's Outstanding Discovery Requests and to Move Forward with Ownership-Related Discovery in this Case, dated January 26, 2006. Based upon the motion filed herein and all the files, records, and proceedings herein, and the Court being fully advised,

IT IS HEREBY ORDERED that:

1. St. Clair's Motion for an Order Compelling Defendant Eastman Kodak Company to Substantively Respond to Plaintiff's Outstanding Discovery Requests and to Move Forward with Ownership-Related Discovery in this Case is GRANTED; and

52092v1

2. Defendant Eastman Kodak Company must produce substantive responses to St. Clair's outstanding discovery requests within two weeks of the date of this Order; and

3. Defendant Eastman Kodak Company, along with the other Defendants in this action, must proceed with ownership-related discovery in this case beginning as of the date of this Order.

**SO ORDERED this** \_\_\_\_ **day of** _____**, 2006.**

                                                                   Honorable Joseph J. Farnan
                                                                   United States District Judge
                                                                   District of Delaware