IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-1436 JJF |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**AFFIDAVIT OF PATRICIA P. MCGONIGLE IN SUPPORT OF PLAINTIFF ST. CLAIR'S MOTION FOR AN ORDER COMPELLING DEFENDANT EASTMAN KODAK COMPANY TO SUBSTANTIVELY RESPOND TO PLAINTIFF'S OUTSTANDING DISCOVERY REQUESTS AND TO MOVE FORWARD WITH <u>OWNERSHIP-RELATED DISCOVERY IN THIS CASE</u>**

I, Patricia P. McGonigle, declare as follows:

1. I am an attorney with the law firm of Seitz, Van Ogtrop & Green, counsel representing Plaintiff in the above-captioned action.

2. I am admitted to practice before this Court.

3. This Affidavit is submitted in support of Plaintiff St. Clair's Motion for an Order Compelling Defendant Eastman Kodak Company to Substantively Respond to Plaintiff's Outstanding Discovery Requests and to Move Forward with Ownership-Related Discovery in this Case, dated January 26, 2006.

4. Attached to this Affidavit as **Exhibit 1** is a true and correct copy of a letter from Carrie M. Lambert to Kodak's counsel, dated December 22, 2005.

5. Attached to this Affidavit as **Exhibit 2** is a true and correct copy of a letter from Michael J. Summersgill to Carrie M. Lambert, dated December 30, 2005.

6. Attached to this Affidavit as **Exhibit 3** is a true and correct copy of a letter from Carrie M. Lambert to all Defendants' counsel, dated January 4, 2006.

7. Attached to this Affidavit as **Exhibit 4** is a true and correct copy of an e-mail string between Carrie M. Lambert and Defendants' counsel dated January 6 – January 9, 2006.

8. Attached to this Affidavit as **Exhibit 5** is a true and correct copy of a letter from Carrie M. Lambert to all Defendants' counsel, dated January 9, 2006.

9. Attached to this Affidavit as **Exhibit 6** is a true and correct copy of a letter from Naikang Tsao to Carrie M. Lambert, dated January 10, 2006.

10. Attached to this Affidavit as **Exhibit 7** is a true and correct copy of a letter from Eric J. Ward to Ronald J. Schutz, dated January 13, 2006.

11. Attached to this Affidavit as **Exhibit 8** is a true and correct copy of a letter from Naikang Tsao to Carrie M. Lambert, dated January 18, 2006.

12. Attached to this Affidavit as **Exhibit 9** is a true and correct copy of a letter from Carrie M. Lambert to all Defendants' counsel, dated January 24, 2006.

13. Attached to this Affidavit as **Exhibit 10** is a true and correct copy of a letter from Ronald J. Schutz to Eric J. Ward, dated January 24, 2006.

14. Attached to this Affidavit as **Exhibit 11** is a true and correct copy of a letter from Eric J. Ward to Ronald J. Schutz, dated January 25, 2006.

15.  Attached to this Affidavit as **Exhibit 12** is a true and correct copy of Defendant Eastman Kodak Company's Response to Plaintiff's First Request for Production of Documents dated July 25, 2005.

16.  Attached to this Affidavit as **Exhibit 13** is a true and correct copy of Defendant Eastman Kodak Company's Response to Plaintiff's Second Request for Production of Documents dated November 28, 2005.

17.  Attached to this Affidavit as **Exhibit 14** is a true and correct copy of Defendant Eastman Kodak Company's Response to Plaintiff's First Set of Interrogatories dated July 25, 2005.

18.  Attached to this Affidavit as **Exhibit 15** is a true and correct copy of Defendant Eastman Kodak Company's Response to Plaintiff's Second Set of Interrogatories dated November 28, 2005.

19.  Attached to this Affidavit as **Exhibit 16** is a true and correct copy of a letter from Carrie M. Lambert to all Defendants' counsel, dated January 11, 2006.

Dated: January 26, 2006

By /s/ Patricia P. McGonigle
Patricia P. McGonigle (No. 3126)
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 26th day of January 2006, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Patricia P. McGonigle

Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

51868 v1