IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-1436 JJF |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**PLAINTIFF ST. CLAIR'S MOTION FOR LEAVE TO FILE UNDER SEAL A SUPPLEMENTAL BRIEF AND ATTACHMENT TO PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DEFENDANT EASTMAN KODAK COMPANY TO SUBSTANTIVELY RESPOND TO PLAINTIFF'S OUTSTANDING DISCOVERY REQUESTS AND TO MOVE FORWARD WITH OWNERSHIP-RELATED DISCOVERY IN THIS CASE AND CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") respectfully moves this Court to grant St. Clair's Motion for Leave to File Under Seal a Supplemental Brief and Attachment to Plaintiff's Motion for an Order Compelling Defendant Eastman Kodak Company to Substantively Respond to Plaintiff's Outstanding Discovery Requests and to Move Forward with Ownership-Related Discovery in this Case. The grounds for this Motion are fully set forth in the Memorandum of Law and Affidavit of Patricia J. McGonigle filed herewith.

52095v1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 26, 2006. | SEITZ, VAN OGTROP & GREEN |
|  | /s/ Patricia P. McGonigle |
| Of Counsel: | By: _____ |
| Ronald J. Schutz, Esquire | George H. Seitz, III, Esquire (No. 667) |
| Jake M. Holdreith, Esquire | James S. Green, Esquire (No. 481) |
| Becky R. Thorson, Esquire | Patricia P. McGonigle, Esquire (No. 3126) |
| Carrie M. Lambert, Esquire | 222 Delaware Avenue, Suite 1500 |
| Kimberly G. Miller, Esquire | P.O. Box 68 |
| ROBINS, KAPLAN, MILLER & CIRESI LLP | Wilmington, DE 19899 |
| 2800 LaSalle Plaza | (302) 888-0600 |
| 800 LaSalle Avenue |  |
| Minneapolis, MN 55402 | **Attorneys for St. Clair Intellectual Property Consultants, Inc.** |
| (612) 349-8500 |  |

52095v1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I, Patricia P. McGonigle, Esquire hereby certify that counsel for St. Clair have made reasonable efforts to reach agreement with the opposing attorneys on the matters set forth in the foregoing motion, but were unable to resolve these issues. *See, Memorandum of Law in Support of Motion for an Order Compelling Eastman Kodak Company to Substantively Respond to Plaintiff's Outstanding Discovery Requests and to Move Forward with Ownership-Related Discovery in this Case, footnote 1.* Accordingly, St. Clair requests the Court entertain the foregoing motion at the Court's convenience.

Patricia P. McGonigle (ID #3126)

52098v1

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 26th day of January 2006, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

51868 v1