IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>Defendants. | Civil Action No. 04-1436 JJF<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

The above-entitled matter came on before the Honorable Joseph J. Farnan on _____, 2006 on Plaintiff St. Clair Intellectual Property Consultants, Inc.'s ("St. Clair's") Motion for Leave to File Under Seal a Supplemental Brief and Attachment to Plaintiff's Motion for an Order Compelling Defendant Eastman Kodak Company to Substantively Respond to Plaintiff's Outstanding Discovery Requests and to Move Forward with Ownership-Related Discovery in this Case, dated January 26, 2006. Based upon the motion filed herein and all the files, records, and proceedings herein, and the Court being fully advised,

IT IS HEREBY ORDERED that:

St. Clair's Motion for Leave to File Under Seal a Supplemental Brief and Attachment to Plaintiff's Motion for an Order Compelling Defendant Eastman Kodak Company to

52095v1

Substantively Respond to Plaintiff's Outstanding Discovery Requests and to Move Forward with Ownership-Related Discovery in this Case is GRANTED.

**SO ORDERED this** ____ **day of** _____, **2006.**

_____
Honorable Joseph J. Farnan
United States District Judge
District of Delaware

52095v1