IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>Defendants. | Civil Action No. 04-1436 JJF<br><br>**JURY TRIAL DEMANDED** |

**AFFIDAVIT OF PATRICIA P. MCGONIGLE IN SUPPORT OF PLAINTIFF ST. CLAIR'S MOTION FOR LEAVE TO FILE UNDER SEAL A SUPPLEMENTAL BRIEF AND ATTACHMENT TO PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DEFENDANT EASTMAN KODAK COMPANY TO SUBSTANTIVELY RESPOND TO PLAINTIFF'S OUTSTANDING DISCOVERY REQUESTS AND TO MOVE FORWARD WITH OWNERSHIP-RELATED DISCOVERY IN THIS CASE**

I, Patricia P. McGonigle, declare as follows:

1. I am an attorney with the law firm of Seitz, Van Ogtrop & Green, counsel representing Plaintiff in the above-captioned action.

2. I am admitted to practice before this Court.

3. This Affidavit is submitted in support of Plaintiff St. Clair's Motion for Leave to File Under Seal a Supplemental Brief and Attachment to Plaintiff's Motion for an Order Compelling Defendant Eastman Kodak Company to Substantively Respond to Plaintiff's

Outstanding Discovery Requests and to Move Forward with Ownership-Related Discovery in this Case.

4.   Attached to this Affidavit as **Exhibit 1** is a true and correct copy of a letter from Eric J. Ward to Ronald J. Schutz, dated January 13, 2006.

Dated: January 26, 2006

By /s/ Patricia P. McGonigle
Patricia P. McGonigle (No. 3126)
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

**EXHIBIT 1**

# WARD NORRIS HELLER & REIDY LLP
### ATTORNEYS AT LAW

300 STATE STREET
ROCHESTER, NEW YORK 14614
585.454.0700
Fax: 585.423.5910

Eric J. Ward
(585) 454-0714
ejw@wnhr.com

January 13, 2006

Ronald J. Schutz, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Lani R. Miller, Esq.
O'Melveny & Myers, LLP
1625 Eye Street NW
Washington, D.C. 20006-4001

Re:   *Mirage Systems, Inc. v. St. Clair, et al.*
       Ca. Superior Court (Santa Clara County) *1-05-CV-039164*

Dear Ron and Lani:

I have Ron's letters of January 4 and January 13, 2006. We do not believe that Judge Jacobs-May's comments amount to an order. As an accommodation, however, I enclose the Asset Purchase Agreement between Kodak and Mirage for production in the above-referenced matter (Bates Numbers CA 000001 - CA 000031). We are producing this to you on the condition that the Agreement and the terms therein remain confidential, and limited to use by outside counsel in this action only. In other words, neither the document nor its contents should be disclosed to your clients or any third parties. Ultimately, I expect that there will be a protective order entered in this case, and this Agreement will be subject to that order.

I understand that several current and former of employees of Mirage, the inventor-defendants and the principals of St. Clair have given depositions and/or submitted declarations in actions commenced by St. Clair arising from the various patents that form the basis of this case. In return for our production of the Asset Purchase Agreement, I ask that you forward to me immediately those transcripts, declarations and any documents to which they refer. Thank you for your cooperation.

Very truly yours,

Eric J. Ward

FOUNDING PARTNERS:
*Thomas S. D'Antonio · Meghan M. DiPasquale · Alfred M. Hallenbeck · Cheryl A. Heller · Harold A. Kurland · Michael D. Norris · Thomas E. Reidy · Eric J. Ward*

Ronald J. Schutz, Esq.
Lani R. Miller, Esq.
January 13, 2006
Page 2


EJW/mmc
Enclosure

cc:    Joshua D. Baker, Esq. (without encl.)
        Kenneth L. Nissly, Esq. (without encl.)

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 26th day of January 2006, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

51868 v1