IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>Defendants. | Civil Action No. 04-1436 JJF<br><br>**JURY TRIAL DEMANDED** |

**AFFIDAVIT OF PATRICIA P. MCGONIGLE IN SUPPORT OF PLAINTIFF ST. CLAIR'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT EASTMAN KODAK COMPANY'S MOTION FOR A PROTECTIVE ORDER**

I, Patricia P. McGonigle, declare as follows:

1.   I am an attorney with the law firm of Seitz, Van Ogtrop & Green, counsel representing Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") in the above-captioned action.

2.   I am admitted to practice before this Court.

3.   This Affidavit is submitted in support of Plaintiff St. Clair's Answering Brief in Opposition to Defendant Eastman Kodak Company's Motion for a Protective Order, dated January 26, 2006.

Word 20084867.1

4.  Attached to this Affidavit as **Exhibit 1** is a true and correct copy of a letter from Nora Q.E. Passamaneck to Kimberly G. Miller, dated May 18, 2005, which attaches Kodak's proposed Amended Answer.

5.  Attached to this Affidavit as **Exhibit 2** is a true and correct copy of a letter from Ronald J. Schutz to William P. DiSalvatore, dated June 13, 2005.

6.  Attached to this Affidavit as **Exhibit 3** is a true and correct copy of a letter from Ronald J. Schutz to William P. DiSalvatore, dated June 14, 2005.

7.  Attached to this Affidavit as **Exhibit 4** is a true and correct copy of a letter from Carrie M. Lambert to Nora Q.E. Passamaneck, dated June 30, 2005.

8.  Attached to this Affidavit as **Exhibit 5** is a true and correct copy of a letter from Kimberly G. Miller to William P. DiSalvatore, dated July 8, 2005.

9.  Attached to this Affidavit as **Exhibit 6** is a true and correct copy of a letter from Carrie M. Lambert to Kodak's attorneys, dated December 22, 2005.

10. Attached to this Affidavit as **Exhibit 7** is a true and correct copy of a letter from Carrie M. Lambert to all the Defendants in this action, dated January 24, 2006.

11. Attached to this Affidavit as **Exhibit 8** is a true and correct copy of a letter from Naikang Tsao to Carrie M. Lambert, dated January 10, 2006.

12. Attached to this Affidavit as **Exhibit 9** is a true and correct copy of a letter from Naikang Tsao to Carrie M. Lambert, dated January 18, 2006.

13. Attached to this Affidavit as **Exhibit 10** is a true and correct copy of St. Clair's Patent Purchase Agreement, dated November 1, 1995.

14. Attached to this Affidavit as **Exhibit 11** is a true and correct copy of St. Clair's assignment of the patents-in-suit filed with the U.S. Patent and Trademark Office, dated January 16, 1996.

15. Attached to this Affidavit as **Exhibit 12** is a true and correct copy of the Consulting Agreement and Covenant Not to Sue by and between Canon U.S.A., Inc. and Mirage Systems, Inc., dated April 30, 2004.

16. Attached to this Affidavit as **Exhibit 13** is a true and correct copy of the January 3, 2006 hearing transcript before Judge Jacobs-May in *Mirage v. Speasl, et al.*, Case No. 1-05-CV-039164, in the Superior Court of California in Santa Clara County.

17. Attached to this Affidavit as **Exhibit 14** is a true and correct copy of Judge Jacobs-May's Order in *Mirage v. Speasl, et al.*, Case No. 1-05-CV-039164, in the Superior Court of California in Santa Clara County, dated January 3, 2006.

18. Attached to this Affidavit as **Exhibit 15** is a true and correct copy of the St. Clair's Memorandum of Points and Authorities in Support of its Motion to Sever and to Stay Based on Forum Non Conveniens filed in *Mirage v. Speasl, et al.*, Case No. 1-05-CV-039164, in the Superior Court of California in Santa Clara County, dated January 17, 2006.

19. Attached to this Affidavit as **Exhibit 16** is a true and correct copy of a letter from Ronald J. Schutz to Eric J. Ward, dated January 4, 2006.

20. Attached to this Affidavit as **Exhibit 17** is a true and correct copy of a letter from Ronald J. Schutz to Eric J. Ward, dated January 13, 2006.

21. Attached to this Affidavit as **Exhibit 18** is a true and correct copy of a letter from Ronald J. Schutz to Eric J. Ward, dated January 24, 2006.

22. Attached to this Affidavit as **Exhibit 19** is a true and correct copy of a letter from Eric J. Ward to Ronald J. Schutz and Lani R. Miller, dated January 13, 2006.

23. Attached to this Affidavit as **Exhibit 20** is a true and correct copy of St. Clair's First Set of Requests for Documents and Things to Defendant Eastman Kodak Company, dated June 24, 2005.

24. Attached to this Affidavit as **Exhibit 21** is a true and correct copy of St. Clair's First Set of Interrogatories to Defendant Eastman Kodak Company, dated June 24, 2005.

25. Attached to this Affidavit as **Exhibit 22** is a true and correct copy of the case *Corning, Inc. v. SRU Biosystems, LLC*, No. 03-633 JJF, 2004 U.S. Dist. LEXIS 14831 (D. Del. July 7, 2004) (Farnan, J.).

Dated: January 26, 2006

By _/s/ Patricia P. McGonigle_
Patricia P. McGonigle, Esq. (No. 3126)
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 26th day of January 2006, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Patricia P. McGonigle

---

Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

51868 v1