IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., </br></br> Plaintiff, </br></br> v. </br></br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRONIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 04-1436-JJF </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 30th day of January, 2006, **DEFENDANTS MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.'S, MATSUSHITA CORPORATION OF AMERICA'S (NOW KNOWN AS PANASONIC CORPORATION OF AMERICA), VICTOR COMPANY OF JAPAN, LTD.'S, AND JVC COMPANY OF AMERICA'S FIRST AMENDED RESPONSE TO PLAINTIFF'S SECOND SET OF REQUESTS FOR DOCUMENTS AND THINGS** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                         HAND DELIVERY
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19899

Jordan N. Malz, Esquire                                    <u>VIA FEDERAL EXPRESS</u>
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022-4675

George H. Seitz, III, Esquire                              <u>HAND DELIVERY</u>
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899

Ronald J. Schutz, Esquire                                  <u>VIA FEDERAL EXPRESS</u>
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Richard L. Horwitz, Esquire                                <u>HAND DELIVERY</u>
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

Sharon R. Barner, Esquire                                  <u>VIA FEDERAL EXPRESS</u>
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764

Naikang Tsao, Esquire                                      <u>VIA FEDERAL EXPRESS</u>
Foley & Lardner LLP
150 East Gilman Street
Verex Plaza
Madison, WI 53703

Bruce Kuyper, Esquire                                      <u>VIA FEDERAL EXPRESS</u>
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007

Paul M. Lukoff, Esquire                                    <u>HAND DELIVERY</u>
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899

| | |
|---|---|
| Mark D. Selwyn, Esquire<br>Wilmer, Cutler, Pickering, Hale & Dorr, LLP<br>60 State Street<br>Boston, MA  02109 | VIA FEDERAL EXPRESS |
| Nora Q. E. Passamaneck, Esquire<br>Wilmer, Cutler, Pickering, Hale & Dorr, LLP<br>399 Park Avenue<br>New York, NY  10022 | VIA FEDERAL EXPRESS |
| Jack B. Blumenfeld, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| Donald L. Rhoads, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Matsushita Electric Industrial Co., Ltd,. Matsushita Corporation of America (now known as Panasonic Corporation of America), Victor Company of Japan, Ltd., and JVC Company of America*

*Of Counsel:*

Stuart Lubitz
David A. Ben-Meir
Laurence H. Pretty
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
(310) 785-4600

Dated:  January 30, 2006
156799.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899 | HAND DELIVERY |
| Jordan N. Malz, Esquire<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY  10022-4675 | VIA FEDERAL EXPRESS |
| George H. Seitz, III, Esquire<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE  19899 | HAND DELIVERY |
| Ronald J. Schutz, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402 | VIA FEDERAL EXPRESS |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE  19899 | HAND DELIVERY |
| Sharon R. Barner, Esquire<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL  60610-4764 | VIA FEDERAL EXPRESS |
| Naikang Tsao, Esquire<br>Foley & Lardner LLP<br>150 East Gilman Street<br>Verex Plaza<br>Madison, WI  53703 | VIA FEDERAL EXPRESS |

| | |
|---|---|
| Bruce Kuyper, Esquire<br>Latham & Watkins LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007 | VIA FEDERAL EXPRESS |
| Paul M. Lukoff, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE 19899 | HAND DELIVERY |
| Mark D. Selwyn, Esquire<br>Wilmer, Cutler, Pickering, Hale & Dorr, LLP<br>60 State Street<br>Boston, MA 02109 | VIA FEDERAL EXPRESS |
| Nora Q. E. Passamaneck, Esquire<br>Wilmer, Cutler, Pickering, Hale & Dorr, LLP<br>399 Park Avenue<br>New York, NY 10022 | VIA FEDERAL EXPRESS |
| Jack B. Blumenfeld, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 | HAND DELIVERY |
| Donald L. Rhoads, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | VIA FEDERAL EXPRESS |

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon