IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 04-1436 JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) **Nokia's Supplemental Responses to Plaintiff's First Set of Requests for Documents and Things to Nokia Corporation and Nokia Inc.**; (2) **Nokia's Supplemental Responses to Plaintiff's First Set of Interrogatories to Defendants Nokia Corporation and Nokia Inc.**; (3) **Nokia's Supplemental Responses to Plaintiff's Second Set of Requests for Documents and Things to Nokia Corporation and Nokia Inc.**; and (4) **Nokia's Supplemental Responses to Plaintiff's Second Set of Interrogatories to Defendants Nokia Corporation and Nokia Inc.** were caused to be served on January 30, 2006 upon the following in the manner indicated:

**BY HAND**

| | |
|---|---|
| George H. Seitz, III<br>Patricia Pyles McGonigle<br>Seitz, Van Ogtrop & Green<br>222 Delaware Avenue<br>Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899 | Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 |
| David E. Moore<br>Potter Anderson & Corroon<br>1313 N. Market Street<br>Wilmington, DE 19801 | Paul M. Lukoff<br>Prickett, Jones & Elliott<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899 |
| Josy W. Ingersoll<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | |

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Ronald J. Schutz<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402 | Stuart Lubitz<br>Bruce G. Chapman<br>David A. Ben-Meir<br>Hogan & Hartson LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067 |
| John M. Desmarais<br>Gregory S. Arovas<br>Thomas D. Pease<br>Jordan N. Malz<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY 10022-4765 | William F. Lee<br>Donald R. Steinberg<br>Mark D. Selwyn<br>Joseph F. Haag<br>Wilmer Cutler Pickering Hale<br>  and Dorr LLP<br>60 State Street<br>Boston, MA 02109 |
| Nora Q.E. Passamaneck<br>Wilmer Cutler Pickering Hale<br>  and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022 | Naikang Tsao<br>Foley & Lardner LLP<br>150 East Gillman Street<br>Madison, WI 53701 |

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Jack B. Blumenfeld*
                    Jack B. Blumenfeld (# 1014)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899-1347
                    (302) 658-9200
                        *Attorneys For Defendants Nokia*
                        *Corporation and Nokia Inc.*

OF COUNSEL:

John E. Daniel
Donald L. Rhoads
Vito J. DeBari
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

January 30, 2006