IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C. A. No. 04-1436 (JJF) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Hewlett-Packard Company, hereby certifies that true and correct copies of the following documents were caused to be served on November 28, 2005 on the attorneys of record at the following addresses as indicated:

1. Defendant Hewlett-Packard Company's Supplemental Responses to Plaintiff's First Set of Interrogatories (Nos. 1-2);

2. Defendant Hewlett-Packard Company's Supplemental Responses to Plaintiff's First Set of Requests For Production of Documents and Things (Nos. 1-14);

3. Defendant Hewlett-Packard Company's Supplemental Responses to Plaintiff's Second Set of Interrogatories (No. 3); and

  4.  Defendant Hewlett-Packard Company's Supplemental Responses to Plaintiff's Second Set of Requests For Production of Documents and Things (Nos. 15-30).

**VIA HAND DELIVERY**

George H. Seitz, III
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899

Josy W. Ingersoll
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899

Paul M. Lukoff
Prickett Jones & Elliott
1310 King Street
P. O. Box 1328
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402

Stuart Lubitz
Bruce G. Chapman
David A. Ben-Meir
Hogan & Hartson LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067

John E. Daniel
Donald L. Rhoads
Vito J. DeBari
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

John M. Desmarais
Gregory S. Arovas
Thomas D. Pease
Jordan N. Malz
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY  10022-4675

| | |
|---|---|
| William F. Lee<br>Donald R. Steinberg<br>Mark D. Selwyn<br>Joseph F. Haag<br>Wilmer Cutler Pickering Hale<br>    and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | William P. DiSalvatore<br>Nora Q.E. Passamaneck<br>Wilmer Cutler Pickering Hale<br>    and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022 |

OF COUNSEL:

Sharon R. Barner
Sheldon Karon
Marianne C. Holzhall
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60610-4764
Telephone: (312) 832-4500

Naikang Tsao
Foley & Lardner LLP
150 East Gilman Street
Verex Plaza
Madison, WI 53703
Telephone: (608) 257-5035

Bruce D. Kuyper
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 891-8001

Dated: January 30, 2006
717433 / 28641

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*Hewlett-Packard Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 30, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

George H. Seitz, III
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Josy W. Ingersoll
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Paul M. Lukoff
Prickett Jones & Elliott
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

I hereby certify that on January 30, 2006, I have Federal Expressed the attached document to the following non-registered participants:

Ronald J. Schutz
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Stuart Lubitz
Bruce G. Chapman
David A. Ben-Meir
Hogan & Hartson LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067

John E. Daniel
Donald L. Rhoads
Vito J. DeBari
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

William F. Lee
Donald R. Steinberg
Mark D. Selwyn
Joseph F. Haag
Wilmer Cutler Pickering Hale
    and Dorr LLP
60 State Street
Boston, MA 02109

John M. Desmarais
Gregory S. Arovas
Thomas D. Pease
Jordan N. Malz
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022-4675

William P. DiSalvatore
Nora Q.E. Passamaneck
Wilmer Cutler Pickering Hale
    and Dorr LLP
399 Park Avenue
New York, NY 10022

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

678366