## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-1436 JJF |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Samsung's First Amended Responses to Plaintiff's First Set of Requests for Documents and Things to Samsung, (2) Samsung's First Amended Responses to Plaintiff's Second Set of Requests for Documents and Things to Samsung, (3) Samsung's First Amended Responses to Plaintiff's Second Set of Interrogatories to Samsung, and (4) Samsung's First Amended Responses to Plaintiff's First Set of Interrogatories to Samsung, were caused to be served on January 30, 2006 upon the following counsel of record in the manner indicated below:

### BY E-MAIL & HAND DELIVERY

George H. Seitz, III, Esquire
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE  19801


Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, Hercules Plaza
Wilmington, DE  19801

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

Paul M. Lukoff, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

**BY E-MAIL**

Donald L. Rhoads, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Ronald J. Schutz, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Stuart Libitz, Esquire
Bruce G. Chapman, Esquire
David A. Ben-Meir, Esquire
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067

Sharon Barner, Esquire
Sheldon Karon, Esquire
Marianne C. Holzhall, Esquire
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610-4764

Bruce Kuyper, Esquire
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007

William F. Lee, Esquire
Donald R. Steinberg, Esquire
Mark D. Selwyn, Esquire
Joseph F. Haag, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

William P. DiSalvatore, Esquire
Nora Q.E. Passamaneck, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

Naikant Tsao, Esquire
Foley & Lardner LLP
150 East Gilman Street
Verex Plaza
Madison, WI 53703

PLEASE TAKE FURTHER NOTICE that on January 30, 2006, the undersigned has

electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court

using CM/ECF, which will send notification that such filing is available for viewing and

downloading to the following counsel or record:

George H. Seitz, III, Esquire
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, Hercules Plaza
Wilmington, DE 19801

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Paul M. Lukoff, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Additionally, I further certify that on January 30, 2006, I caused a copy of the foregoing

document to be served by hand delivery on the above-listed counsel of record and on the

following non-registered participants in the manner indicated:

**BY E-MAIL**

Donald L. Rhoads, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Ronald J. Schutz, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Stuart Libitz, Esquire
Bruce G. Chapman, Esquire
David A. Ben-Meir, Esquire
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

Sharon Barner, Esquire
Sheldon Karon, Esquire
Marianne C. Holzhall, Esquire
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago,  IL 60610-4764

Bruce Kuyper, Esquire
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007

William F. Lee, Esquire
Donald R. Steinberg, Esquire
Mark D. Selwyn, Esquire
Joseph F. Haag, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

William P. DiSalvatore, Esquire
Nora Q.E. Passamaneck, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

Naikant Tsao, Esquire
Foley & Lardner LLP
150 East Gilman Street
Verex Plaza
Madison, WI  53703

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
   & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jshaw@ycst.com

– and –

John M. Desmarais
Gregory S. Arovas
Thomas D. Pease
Jordan N. Malz
Kirkland & Ellis LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

*Attorneys for Samsung Electronic Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Telecommunications America, L.P.*

Dated:  January 30, 2006