IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-1436 JJF |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**AFFIDAVIT OF NORA Q.E. PASSAMANECK IN SUPPORT OF DEFENDANT EASTMAN KODAK COMPANY'S REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER, AND ANSWERING BRIEF TO ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS INC.'S MOTION TO COMPEL AND MOTION TO FILE A SUPPLEMENTAL BRIEF**

I, Nora Q.E. Passamaneck, hereby affirm and declare that:

1. I am an attorney at the firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 399 Park Avenue, New York, NY 10022.

2. I submit this Affidavit in Support of Defendant Eastman Kodak Company's Reply In Further Support Of Its Motion For A Protective Order, And Answering Brief To St. Clair Intellectual Property Consultants Inc.'s Motion To Compel And Motion To File A Supplemental Brief.

3. A true and correct copy of a January 26, 2006 letter from Jordan N. Malz to Carrie M. Lambert is attached to this Affidavit as Exhibit 1.

4. A true and correct copy of a January 27, 2006 letter from Ronald J. Schutz to Eric J. Ward is attached to this Affidavit as Exhibit 2.

5. A true and correct copy of the Court Reporter's Transcript of Proceedings, Tuesday, January 3, 2006 in *Mirage Sys., Inc. v. Speasl*, Case No. 105 CV 039164 (Cal. Sup. Ct.) is attached to this Affidavit as Exhibit 3.

6. A true and correct copy of a January 24, 2006 letter from Ronald J. Schutz to Eric J. Ward is attached to this Affidavit as Exhibit 4.

7. A true and correct copy of a January 25, 2006 letter from Eric J. Ward to Ronald J. Schutz is attached to this Affidavit as Exhibit 5.

8. A true and correct copy of an Asset Purchase Agreement between Kodak and Mirage Systems, Inc., dated May 20, 2005, is attached only to the Court's copy of this Affidavit as Exhibit 6. A copy of the Asset Purchase Agreement was provided to counsel for St. Clair Intellectual Property Consultants on January 13, 2006.

Dated: February 2, 2006
New York, NY

_____
Nora Q.E. Passamaneck

Notary Public: _____

My Commission Expires: 07/06/2008

JANINE M. WHITE
Notary Public, State of New York
No. 10WH6112433
Qualified in Manhattan County
Certificate Filed in New York County
Commission Expires: 07/06/2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2006, I electronically filed the **AFFIDAVIT OF NORA Q. E. PASSAMANECK IN SUPPORT OF DEFENDANT EASTMAN KODAK COMPANY'S REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER AND ANSWERING BRIEF IN RESPONSE TO ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.'S MOTION TO COMPEL AND ST. CLAIR'S MOTION TO FILE A SUPPLEMENTAL BRIEF** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

George H. Seitz, III, Esquire
Seitz, Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter, Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street
P. O. Box 391
Wilmington, DE 19899

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

_____
PAUL M. LUKOFF (Bar I.D. #96)
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6500
E-MAILS: PMLukoff@prickett.com
         DEBrand@prickett.com

19660.2\296432v1