# EXHIBIT 6

Case 1:04-cv-01436-JJF    Document 104-4    Filed 02/02/2006    Page 1 of 2

**SEALED DOCUMENT**