IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>Defendants. | Civil Action No. 04-1436 JJF<br><br>**JURY TRIAL DEMANDED** |

**AFFIDAVIT OF PATRICIA P. MCGONIGLE IN FURTHER SUPPORT OF PLAINTIFF ST. CLAIR'S MOTION FOR LEAVE TO FILE UNDER SEAL A SUPPLEMENTAL BRIEF AND ATTACHMENT TO PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DEFENDANT EASTMAN KODAK COMPANY TO SUBSTANTIVELY RESPOND TO PLAINTIFF'S OUTSTANDING DISCOVERY REQUESTS AND TO MOVE FORWARD WITH OWNERSHIP-RELATED DISCOVERY IN THIS CASE**

I, Patricia P. McGonigle, declare as follows:

1. I am an attorney with the law firm of Seitz, Van Ogtrop & Green, counsel representing Plaintiff in the above-captioned action.

2. I am admitted to practice before this Court.

3. This Affidavit is submitted in further support of Plaintiff St. Clair's Motion for Leave to File Under Seal a Supplemental Brief and Attachment to Plaintiff's Motion for an Order Compelling Defendant Eastman Kodak Company to Substantively Respond to Plaintiff's

52374 v1

Outstanding Discovery Requests and to Move Forward with Ownership-Related Discovery in this Case.

4. Attached to this Affidavit as **Exhibit A** is a true and correct copy correspondence from Eric J. Ward to Ronald J. Schutz and Lani R. Miller dated January 13, 2006.

5. Attached to this Affidavit as **Exhibit B** is a true and correct copy of correspondence from Ronald J. Schutz to Eric J. Ward dated January 24, 2006.

6. Attached to this Affidavit as **Exhibit C** is a true and correct copy of correspondence from Eric J. Ward to Ronald J. Schutz dated January 25, 2006.

7. Attached to this Affidavit as **Exhibit D** is a true and correct copy of correspondence from William P. DiSalvatore to Jake M. Holdreith dated December 3, 2004.

8. Attached to this Affidavit as **Exhibit E** is a true and correct copy of correspondence from Becky R. Thorson to William P. DiSalvatore dated December 17, 2004.

Dated: February 9, 2006

By _____
Patricia P. McGonigle (No. 3126)
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 9th day of February 2006, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

51868 v1