# WARD NORRIS HELLER & REIDY LLP
### ATTORNEYS AT LAW

---

**300 STATE STREET**
**ROCHESTER, NEW YORK 14614**
585.454.0700
Fax: 585.423.5910

Eric J. Ward
(585) 454-0714
ejw@wnhr.com

January 13, 2006

Ronald J. Schutz, Esq.                          Lani R. Miller, Esq.
Robins, Kaplan, Miller & Ciresi, LLP            O'Melveny & Myers, LLP
2800 LaSalle Plaza                              1625 Eye Street NW
800 LaSalle Avenue                              Washington, D.C. 20006-4001
Minneapolis, MN 55402-2015

> *Re:*    *Mirage Systems, Inc. v. St. Clair, et al.*
> *Ca. Superior Court (Santa Clara County) 1-05-CV-039164*

Dear Ron and Lani:

I have Ron's letters of January 4 and January 13, 2006. We do not believe that Judge Jacobs-May's comments amount to an order. As an accommodation, however, I enclose the Asset Purchase Agreement between Kodak and Mirage for production in the above-referenced matter (Bates Numbers CA 000001 - CA 000031). We are producing this to you on the condition that the Agreement and the terms therein remain confidential, and limited to use by outside counsel in this action only. In other words, neither the document nor its contents should be disclosed to your clients or any third parties. Ultimately, I expect that there will be a protective order entered in this case, and this Agreement will be subject to that order.

I understand that several current and former of employees of Mirage, the inventor-defendants and the principals of St. Clair have given depositions and/or submitted declarations in actions commenced by St. Clair arising from the various patents that form the basis of this case. In return for our production of the Asset Purchase Agreement, I ask that you forward to me immediately those transcripts, declarations and any documents to which they refer. Thank you for your cooperation.

Very truly yours,

Eric J. Ward

---

**FOUNDING PARTNERS:**
*Thomas S. D'Antonio · Meghan M. DiPasquale · Alfred M. Hallenbeck · Cheryl A. Heller · Harold A. Kurland · Michael D. Norris · Thomas E. Reidy · Eric J. Ward*

Ronald J. Schutz, Esq.
Lani R. Miller, Esq.
January 13, 2006
Page 2


EJW/mmc
Enclosure

cc:     Joshua D. Baker, Esq.  (without encl.)
        Kenneth L. Nissly, Esq.  (without encl.)