01/25/2006 16:53 FAX 585 423 5910     WARD NORRIS HELLER     ☒001

**Ward Norris Heller & Reidy LLP**
300 State Street
Rochester, New York 14614
Telephone: 585-454-0700
Fax: 585-423-5910

# FAX COVER SHEET

| | | | |
|---|---|---|---|
| To: | Ronald J. Schutz, Esq. | Fax No.: | (612) 339-4181 |
| | Lani R. Miller, Esq. | | (202) 383-5414 |
| | Kenneth L. Nissly, Esq. | | (408) 287-8040 |
| | Michael J. Summersgill, Esq. | | (617) 526-5000 |
| | Caroline McIntyre, Esq. | | (408) 297-6000 |

From: Eric J. Ward, Esq.

Client/Matter: *St. Clair v. Samsung, et al.*
Case No. 04-CV-1436-JJF

*Mirage Systems, Inc. v. Speasl, et al.*
Case No. 1-05-CV-039164

Date: January 26, 2006

Number of Pages (including this cover sheet): 3

COMMENTS:

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

PRIVILEGE AND CONFIDENTIALITY NOTICE
THE INFORMATION IN THIS TELECOPY IS INTENDED FOR THE NAMED RECIPIENTS ONLY. IT MAY CONTAIN PRIVILEGED AND CONFIDENTIAL MATTER. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY A COLLECT TELEPHONE CALL TO (585) 454-0700 AND RETURN THE ORIGINAL TO THE SENDER BY MAIL. WE WILL REIMBURSE YOU FOR POSTAGE. DO NOT DISCLOSE THE CONTENTS TO ANYONE. THANK YOU.

01/25/2006 16:53 FAX 585 423 5910          WARD NORRIS HELLER                        ☒002

# WARD NORRIS HELLER & REIDY LLP
### ATTORNEYS AT LAW

300 STATE STREET
ROCHESTER, NEW YORK 14614
585.454.0700
Fax: 585.423.5910

Eric J. Ward
(585) 454-0714
ejw@wnhr.com

January 25, 2006

**VIA FACSIMILE and U.S. MAIL**

Ronald J. Schutz, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

    Re:    *Mirage Systems, Inc. v. St. Clair, et al.*
             Ca. Superior Court (Santa Clara County) 1-05-CV-039164

Dear Ron:

    Thank you for your letter of January 24, 2006.

    Although we disagree with your assertion that Judge Jacobs-May "directed" Kodak to produce the Asset Purchase Agreement, we listened to her recommendation and produced the APA as an accommodation to you. As we noted, we produced that document for the purposes of the California litigation only.

    We moved to stay and also moved for a protective order to stay discovery in *St. Clair v. Samsung* in Delaware. In view of the pendency of these motions, we did not produce the APA in that action. So there is no confusion on the point, we do not consent to the use of the APA in any litigation other than *Mirage v. St. Clair* in California.

    We recognize that our production of the APA was not part of an agreement that St. Clair would, in return, produce certain documents. We were under the impression that, in the spirit of cooperation, and in light of Judge Jacobs-May's comments at the hearing on the demurrers, St. Clair simply would produce materials to which we clearly are entitled, such as transcripts and declarations of current and former Mirage employees, and exhibits relevant to their testimony or declarations. It sounds from your letter as though you are unwilling to provide these materials voluntarily. I am not sure I understand why, but in any event, these documents are responsive to demands we recently served in *Mirage v. St. Clair* in California. Having made the request in the

PAGE 2/3 * RCVD AT 1/25/2006 3:54:35 PM [Central Standard Time] * SVR:MP-RIGHTFAX/4 * DNIS:612 * CSID:585 423 5910 * DURATION (mm-ss):00-50   Reidy · Eric J. Ward

Ronald J. Schutz, Esq.
January 25, 2006
Page 2

California action, we are under no obligation, as you suggest, to make an additional request for the same documents in Delaware. Nor would such a request be appropriate in view of our position that the Delaware actions should be dismissed and/or stayed pending the resolution of the California ownership action.

    As I understand it, it is St. Clair's position that all discovery on ownership should take place in *St. Clair v. Samsung*. This seems to make *St. Clair v. Mirage* in Delaware unnecessary, and consequently, we ask that you voluntarily discontinue that case.

    Thank you for your consideration.

                           Very truly yours,

                           Eric J. Ward

EJW/mmc

cc:    Lani R. Miller, Esq.
        Kenneth L. Nissly, Esq.
        Michael Summersgill, Esq.
        Caroline McIntyre, Esq.