# WILMER CUTLER PICKERING
## HALE AND DORR LLP

**FACSIMILE**

**DATE**
December 3, 2004

**TO**
Jake M. Holdreith
Robins, Kaplan, Miller & Ciresi

**FAX**
fax: 612-339-4181
phone: 612-349-8500

**FROM**
Colin Forbes
+1 212 937 7331

**NUMBER OF PAGES, INCLUDING COVER**
2

399 PARK AVENUE
NEW YORK, NEW YORK 10022
+1 212 230 8800
+1 212 230 8888 fax
wilmerhale.com

**MESSAGE**

This facsimile transmission is confidential and may be privileged. If you are not the intended recipient, please immediately call the sender or, if the sender is not available, call +1 212 937 7300 and destroy all copies of this transmission. If the transmission is incomplete or illegible, please call the sender or, if the sender is not available, call +1 212 937 7300. Thank you.

BALTIMORE   BEIJING   BERLIN   BOSTON   BRUSSELS   LONDON
MUNICH   NEW YORK   NORTHERN VIRGINIA   OXFORD   WALTHAM   WASHINGTON

PAGE 1/2 * RCVD AT 12/3/2004 10:59:16 AM [Central Standard Time] * SVR:MP-RIGHTFAX/2 * DNIS:612 * CSID:212 230 8888 * DURATION (mm-ss):00-44

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

**SUBJECT TO FEDERAL RULE OF EVIDENCE 408**

December 3, 2004

**Via Facsimile**

Jake M. Holdreith, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
Minneapolis, MN 55402-2015

William DiSalvatore

399 PARK AVENUE
NEW YORK, NY 10022
+1 212 937 7202
+1 212 230 8888 fax
william.disalvatore@wilmerhale.com

Re: *St. Clair v. Samsung Electronics, et al.*, Civil Action No. 04-1436 (U.S.D.C., D. Del.)

Dear Jake:

We appreciate the time you and your colleagues took on Wednesday to present the Roberts patents and your views on the previous litigations. As we discussed during the meeting, in order for us to begin to evaluate St. Clair's proposal, we would like to review the following documents: (1) the briefing related to the ownership of the Roberts patents; (2) the briefing and any pleadings related to allegations of inequitable conduct; (3) the briefing related to allegations of laches; (4) the briefing related to marking of patented products; and (5) any foreign patents related to the Roberts patents, together with their file histories. Finally, even though you mentioned that you would likely not rely on documents to prove a conception date earlier than November 20, 1990, we would appreciate the opportunity to review any documents supporting the statements made in the January 29, 2003 declaration of Matthew A. Chikosky in the *St. Clair v. Sony* action.

Thank you in advance for your quick attention to these requests. We look forward to receiving these documents.

Very truly yours,

William DiSalvatore

cc: Heidi S. Martinez, Esq.
Donald R. Steinberg, Esq.
Mark D. Selwyn, Esq.

BALTIMORE  BEIJING  BERLIN  BOSTON  BRUSSELS  LONDON
MUNICH  NEW YORK  NORTHERN VIRGINIA  OXFORD  WALTHAM  WASHINGTON

PAGE 2/2 * RCVD AT 12/3/2004 10:59:16 AM [Central Standard Time] * SVR:MP-RIGHTFAX/2 * DNIS:612 * CSID:212 230 8888 * DURATION (mm-ss):00-44