```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
```

ST. CLAIR INTELLECTUAL PROPERTY       :
CONSULTANTS, INC.,                    :
                                      :
          Plaintiff,                  :
                                      :
     v.                               :Civil Action No. 04-1436-JJF
                                      :
SAMSUNG ELECTRONICS CO., LTD.,        :
SAMSUNG ELECTRONICS AMERICA, INC.,    :
SAMSUNG TELECOMMUNICATIONS            :
AMERICA, L.P., MATSUSHITA ELECTRIC    :
INDUSTRIAL CO., LTD., MATSUSHITA      :
ELECTRIC CORPORATION OF AMERICA,      :
VICTOR COMPANY OF JAPAN, LTD., JVC    :
COMPANY OF AMERICA, NOKIA             :
CORPORATION, NOKIA, INC.,             :
HEWLETT-PACKARD COMPANY, and          :
EASTMAN KODAK COMPANY,                :
                                      :
          Defendants.                 :

## ORDER

WHEREAS, the Court granted Defendants' Joint Motion To Stay Action Pending Resolution Of Patent Ownership Dispute Between Plaintiff And Mirage Systems, Inc. (D.I. 109);

WHEREAS, Defendant Eastman Kodak Company filed a Motion For Protective Order, requesting that the Court hold "discovery in abeyance pending determination of the ownership of the asserted patents" (D.I. 85);

WHEREAS, Plaintiff has filed a Motion To Compel Eastman Kodak Company To Substantively Respond To Plaintiff's Outstanding Discovery Requests And To Move Forward With The Ownership-Related Discovery In This Case And Certification Pursuant To Local Rule 7.1.1 (D.I. 87);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant Eastman Kodak Company's Motion For Protective Order (D.I. 85) is **DENIED AS MOOT**.

2. Plaintiff St. Clair's Motion To Compel Eastman Kodak Company To Substantively Respond To Plaintiff's Outstanding Discovery Requests And To Move Forward With The Ownership-Related Discovery In This Case And Certification Pursuant To Local Rule 7.1.1 (D.I. 87) is **DENIED WITH LEAVE TO RENEW** upon expiration of the stay.

3. Plaintiff St. Clair's Motion For Leave To File Under Seal A Supplemental Brief And Attachment To Plaintiff's Motion For An Order Compelling Defendant Eastman Kodak Company To Substantively Respond To Plaintiff's Outstanding Discovery Requests And To Move Forward With Ownership-Related Discovery In This Case And Certification Pursuant To Local Rule 7.1.1 (D.I. 90) is **DENIED WITH LEAVE TO RENEW** upon expiration of the stay.

February 15, 2006

_____
UNITED STATES DISTRICT JUDGE