IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ST. CLAIR INTELLECTUAL PROPERTY  :
CONSULTANTS, INC.,               :
                                 :
    Plaintiff,                   :
                                 :
                                 : Civil Action NO. 04-1436-JJF
    v.                           :
                                 :
                                 :
SAMSUNG ELECTRONICS CO., LTD.,   :
et al.,                          :
                                 :
    Defendant.                   :

O R D E R

WHEREAS, the above-captioned case has been stayed (D.I. 109) pending resolution of the patent ownership dispute between Eastman Kodak Co. and St. Clair Intellectual Property Consultants, Inc. in <u>Mirage Systems, Inc. v. Speasl</u>, Civil Action No. 05-39164 (Cal. Sup. Ct. April 12, 2005);

NOW THEREFORE, IT IS ORDERED that the above-captioned action is **STAYED** and **CLOSED** administratively.  The parties shall file a Status Report every ninety (90) days from the date of this Order, and the Court will reopen the matter upon the written application of any party.

July 17, 2006
DATE                                            UNITED STATES DISTRICT JUDGE