REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK

TO:  Commissioner of Patents and Trademarks
     Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 04-1436 | 11/09/04 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| St. Clair Property | Samsung Electronics |

| PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  5,138,459 | 08/11/92 | Personal Computer Cameras Inc. |
| 2  6,094,219 | 07/25/00 | St. Clair Intellectual Propert |
| 3  6,233,010 B1 | 05/15/01 | St. Clair Intellectual Prop |
| 4  6,323,899 B1 | 11/27/01 | St. Clair Intellectual Prop |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |

| PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

see attached

PETER T. DALLEO
CLERK                 (BY) DEPUTY CLERK            DATE   JUL 19 2006