

William P. DiSalvatore, Esq.
Wilmer, Cutler, Pickering, Hale and Dorr LLP
339 Park Avenue
New York, NY 10022

```
                                              FILED
                                      CLERK U.S. DISTRICT COURT
                                       DISTRICT OF DELAWARE
         IN THE UNITED STATES DISTRICT COURT
                                      2006 JUL 17 AM 11: 18
            FOR THE DISTRICT OF DELAWARE
```

ST. CLAIR INTELLECTUAL PROPERTY     :
CONSULTANTS, INC.,                  :
                                    :
         Plaintiff,                 :
                                    :
                                    : Civil Action NO. 04-1436-JJF
     v.                             :
                                    :
                                    :
SAMSUNG ELECTRONICS CO., LTD.,      :
et al.,                             :
                                    :
         Defendant.                 :

### O R D E R

WHEREAS, the above-captioned case has been stayed (D.I. 109) pending resolution of the patent ownership dispute between Eastman Kodak Co. and St. Clair Intellectual Property Consultants, Inc. in <u>Mirage Systems, Inc. v. Speasl</u>, Civil Action No. 05-39164 (Cal. Sup. Ct. April 12, 2005);

NOW THEREFORE, IT IS ORDERED that the above-captioned action is **STAYED** and **CLOSED** administratively. The parties shall file a Status Report every ninety (90) days from the date of this Order, and the Court will reopen the matter upon the written application of any party.

July 17, 2006                    [signature]
    DATE                    UNITED STATES DISTRICT JUDGE