IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY and EASTMAN KODAK COMPANY, <br><br> Defendants. | Civil Action No. 04-1436 (JJF) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Prickett Jones & Elliott, P.A. hereby withdraws its appearance as counsel for defendant Eastman Kodak Company in this action.

PLEASE TAKE FURTHER NOTICE that the undersigned law firm of Connolly

Bove Lodge & Hutz LLP hereby enters its appearance as counsel for defendant Eastman Kodak Company in this action.

              PRICKETT JONES & ELLIOTT, P.A.

Dated:  October 17, 2006    By:  /s/ David E. Brand, Esquire
               Paul M. Lukoff, Esquire (#96)
               David E. Brand, Esquire (#201)
               1310 King Street
               P. O. Box 1328
               Wilmington, DE  19899
               Tel: (302) 888-6514
               Fax: (302) 658-8111
               pmlukoff@prickett.com
               debrand@prickett.com

              CONNOLLY BOVE LODGE & HUTZ LLP

Dated:  October 17, 2006    By:  /s/ Collins J. Seitz, Jr.
               Collins J. Seitz, Jr. (#2237)
               The Nemours Building
               1007 North Orange Street
               P. O. Box 2207
               Wilmington, DE  19899
               Telephone:  (302) 658-9141
               Facsimile:   (302) 658-5614
               cseitz@cblh.com

              *Attorneys for Eastman Kodak Company*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on October 17, 2006, a true copy of the foregoing ***NOTICE OF SUBSTITUTION OF COUNSEL*** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (#2237)
cseitz@cblh.com

494026_1