IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1436-JJF |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRONIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**<u>NOTICE OF CHANGE OF FIRM ADDRESS</u>**

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>P.O. Box 1150
>Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

ASHBY & GEDDES

/s/ *Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

*Attorneys for Defendants Matsushita Electric Industrial Co., Ltd., Matsushita Electric Corporation of America, Victor Company of Japan, Ltd., and JVC Company of America*

*Of Counsel:*

Stuart Lubitz
David A. Ben-Meir
Laurence H. Pretty
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
(310) 785-4600

Dated:  December 14, 2006
176083.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899 | **VIA ELECTRONIC MAIL** |
| Jordan N. Malz, Esquire<br>Kirkland & Ellis LLP<br>153 East 53rd Street<br>New York, NY  10022-4675 | **VIA ELECTRONIC MAIL** |
| George H. Seitz, III, Esquire<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE  19899 | **VIA ELECTRONIC MAIL** |
| Ronald J. Schutz, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402 | **VIA ELECTRONIC MAIL** |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE  19899 | **VIA ELECTRONIC MAIL** |
| Sharon R. Barner, Esquire<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL  60610-4764 | **VIA ELECTRONIC MAIL** |

Naikang Tsao, Esquire                                                VIA ELECTRONIC MAIL
Foley & Lardner LLP
150 East Gilman Street
Verex Plaza
Madison, WI  53703

Collins J. Seitz, Jr., Esquire                                       VIA ELECTRONIC MAIL
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

Mark D. Selwyn, Esquire                                              VIA ELECTRONIC MAIL
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
60 State Street
Boston, MA  02109

Nora Q. E. Passamaneck, Esquire                                      VIA ELECTRONIC MAIL
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
399 Park Avenue
New York, NY  10022

Jack B. Blumenfeld, Esquire                                          VIA ELECTRONIC MAIL
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899

Donald L. Rhoads, Esquire                                            VIA ELECTRONIC MAIL
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036


                                        */s/ Steven J. Balick*
                                        _____
                                        Steven J. Balick