IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-1436 JJF |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

On February 14, 2006, the Court stayed this Action pending resolution of the patent ownership dispute between Eastman Kodak Company and St. Clair Intellectual Property Consultants, Inc. in *Eastman Kodak Company v. Speasl et al.*, Civil Action No. 05-391164 (Cal. Sup. Ct. April 12, 2005) (the "California Action"). Pursuant to the Court's July 17, 2006 Order requiring a Status Report every ninety (90) days, the parties jointly notify the Court that the California Action is still pending. St. Clair filed a motion for summary judgment, and Defendants jointly filed a motion for judgment on the pleadings, which were both heard on January 11, 2007. Discovery is proceeding and a trial date has not yet been set.

                                                CONNOLLY BOVE LODGE & HUTZ LLP

                                                */s/ Collins J. Seitz, Jr.*
                                                Collins J. Seitz, Jr. (#2237)
                                                1007 North Orange Street
                                                P.O. Box 2207
                                                Wilmington, DE 19899
                                                (302) 658-9141
                                                cseitz@cblh.com

OF COUNSEL:                                  *Attorneys for Defendant*
                                                *Eastman Kodak Company*

William F. Lee
Michael J. Summersgill
Mark D. Selwyn
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Nora Q.E. Passamaneck
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

DATED: January 16, 2007

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 16, 2007, a true copy of the foregoing Joint Status Report was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (#2237)
cseitz@cblh.com