IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-1436 JJF |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## MOTION TO STAY THE CASE PURSUANT TO 28 U.S.C. § 1659

On January 19, 2007, St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed a complaint before the United States International Trade Commission ("ITC") under Section 337 of the Tariff Act of 1930 (Investigation No. 337-TA-593), accusing Eastman Kodak Company ("Kodak") of infringing the patents-at-issue in this action (in addition to one other patent).

Pursuant to 28 U.S.C. § 1659, Kodak hereby moves the Court for a stay of proceedings in the present action against Kodak until the determination of the ITC investigation becomes final. While this action is already stayed, 28 U.S.C. § 1659 requires Kodak to request this stay within 30 days after it was named as a respondent in the ITC investigation. A proposed Order granting the Motion is attached hereto as Exhibit A.

| | |
|---|---|
| OF COUNSEL: | CONNOLLY BOVE LODGE & HUTZ LLP |
| William F. Lee<br>Michael J. Summersgill<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 |     */s/ Collins J. Seitz, Jr.*<br>Collins J. Seitz, Jr. (#2237)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>cseitz@cblh.com |
| Nora Q.E. Passamaneck<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800 | *Attorneys for Defendant Eastman Kodak Company* |

DATE:   March 16, 2007

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on March 16, 2007, a true copy of the foregoing MOTION TO STAY THE CASE PURSUANT TO 28 U.S.C. § 1659 was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (#2237)
cseitz@cblh.com