IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-1436 JJF |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

### Rule 7.1.1 Statement

On March 15-16, 2007, counsel for Eastman Kodak Company ("Kodak") discussed with St. Clair Intellectual Property Consultants, Inc. ("St. Clair") whether it would stipulate to Kodak's Motion to Stay Case Pursuant to 28 U.S.C. § 1659. Kodak explained that the stay provision of section 1659 is mandatory, and that Kodak must move to stay this Action within 30 days of it being named a respondent in the ITC proceeding filed by St. Clair. Despite efforts to find resolution, St. Clair would not stipulate to Kodak's Motion.

| | |
|---|---|
| OF COUNSEL: | CONNOLLY BOVE LODGE & HUTZ LLP |
| William F. Lee<br>Michael J. Summersgill<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000 | _/s/ Collins J. Seitz, Jr._<br>Collins J. Seitz, Jr. (#2237)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>cseitz@cblh.com |
| Nora Q.E. Passamaneck<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY  10022<br>(212) 230-8800 | **_Attorneys for Defendant Eastman Kodak Company_** |

DATE:   March 16, 2007

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on March 16, 2007, a true copy of the foregoing RULE 7.1.1 STATEMENT was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (#2237)
cseitz@cblh.com