# SEITZ, VAN OGTROP & GREEN, P.A.
### ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

(302) 888-0600
FAX: (302) 888-0606

Writer's Direct Dial: (302) 888-7602
Writer's E-Mail Address: gseitz@svglaw.com

March 16, 2007

BY ELECTRONIC FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street, Lock Box 27
Wilmington, DE 19801

  Re: *St. Clair v. Samsung, et al.*,
    Civil Action No. 04-1436-JJF

Dear Judge Farnan:

  Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") writes in regard to Defendant Eastman Kodak Company's ("Kodak") Motion to Stay Case Pursuant to 28 U.S.C. § 1659, which was filed this afternoon. St. Clair opposes Kodak's motion and will submit an answering brief pursuant to this Court's local rules.

                Respectfully submitted,

                GEORGE H. SEITZ, III
                (DE BAR NO.: 667)

cc: Clerk of Court
   Richard L. Horwitz, Esquire (via electronic filing)
   David E. Moore, Esquire (via electronic filing)
   Steven J. Balick, Esquire (via electronic filing)
   John G. Day, Esquire (via electronic filing)
   Tiffany Geyer Lydon, Esquire (via electronic filing)

52154 v1

Jack B. Blumenfeld, Esquire (via electronic filing)
Josy W. Ingersoll, Esquire (via electronic filing)
John W. Shaw, Esquire (via electronic filing)
Karen E. Keller, Esquire (via electronic filing)
Paul M. Lukoff, Esquire (via electronic filing)
David E. Brand, Esquire (via electronic filing)
Ronald J. Schultz, Esquire (via electronic filing)
Ms. Sharon George (via federal express)