IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-1436 JJF |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ) | |

**DECLARATION OF PATRICIA P. MCGONIGLE IN SUPPORT OF PLAINTIFF ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT KODAK'S MOTION TO STAY CASE PURSUANT TO 28 U.S.C. § 1659**

I, Patricia P. McGonigle, declare as follows:

1. I am an attorney with the law firm of Seitz, Van Ogtrop & Green, counsel representing Plaintiff in the above-captioned action.

2. I am admitted to practice before this Court.

3. This Declaration is submitted in support of Plaintiff's Answering Brief in Opposition to Defendant Kodak's Motion to Stay Case Pursuant to 28 U.S.C. § 1659, filed contemporaneously with this Court on March 30, 2007.

58591v1

4. Attached to this Declaration as **Exhibit A** is a true and correct copy of the Asset Purchase Agreement between Eastman Kodak Company and Mirage Systems, Inc., dated May 20, 2005. This exhibit is being filed under seal and is attached to the Court's copy of this Declaration only.

5. Attached to this Declaration as **Exhibit B** is a true and correct copy of St. Clair's Complaint Under Section 337 of the Tariff Act of 1930, As Amended, from *In the Matter of Certain Digital Cameras and Component Parts Thereof*, Inv. No. 337-TA-593, dated January 19, 2007.

6. Attached to this Declaration as **Exhibit C** is a true and correct copy of the Public Version of Eastman Kodak Company's Response to the Complaint and Notice of Investigation, from *In the Matter of Certain Digital Cameras and Component Parts Thereof*, Inv. No. 337-TA-593, dated March 12, 2007.

7. Attached to this Declaration as **Exhibit D** is a true and correct copy of Eastman Kodak Company's Disclosure of Trade Secret Pursuant to Cal. Civ. Proc. Code § 2019.210, from *Kodak v. Speasl*, Case No. 1-05-CV-039164 (Cal. Sup. Ct.), dated June 8, 2006.

8. Attached to this Declaration as **Exhibit E** is a true and correct copy of a hearing transcript from *Kodak v. Speasl*, Case No. 1-05-CV-039164 (Cal. Sup. Ct.), held on August 18, 2006.

9. Attached to this Declaration as **Exhibit F** is a true and correct copy of an excerpt of the transcript from the March 14, 2007 deposition of Kenneth L. Ford, from *Kodak v. Speasl*, Case No. 1-05-CV-039164 (Cal. Sup. Ct.). This exhibit is being filed under seal and is attached to the Court's copy of this Declaration only.

I declare under penalty of perjury under the laws of the State of Delaware and of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: March 30, 2007

/s/ Patricia P. McGonigle
Patricia P. McGonigle, Esquire (No. 3126)
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

ATTORNEYS FOR PLAINTIFF
ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on March 30, 2007, I caused the foregoing *Declaration of Patricia P. McGonigle in Support of Plaintiff St. Clair Intellectual Property Consultant, Inc.'s Answering Brief in Opposition to Defendant Kodak's Motion to Stay Case Pursuant to 28 U.S.C. §1659* to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all counsel of record.

_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@syglaw.com