# EXHIBIT D

JUN-08-06   03:11PM   FROM-Bergeson, LLP                     408-297-6000        T-155  P.003/007  F-485

DANIEL J. BERGESON, SBN 105439, dbergeson@be-law.com
CAROLINE McINTYRE, SBN 159005, cmcintyre@be-law.com
MARC G. VAN NIEKERK, SBN 201329, mvanniekerk@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff and Cross-Defendant
EASTMAN KODAK COMPANY
and Cross-Defendants
MIRAGE SYSTEMS, INC, GEORGE J. MOUSSALLY
and KENNETH L. FORD

SUPERIOR COURT STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>  Plaintiff,<br>vs.<br><br>JERRY A. SPEASL, an individual, MARC K. ROBERTS, an individual, MATTHEW K. CHIKOSKY, an individual, ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation, and DOES 1-50,<br><br>  Defendants.<br><br>AND RELATED CROSS ACTIONS | CASE NO. 1-05-CV039164<br><br>DISCLOSURE OF TRADE SECRET PURSUANT TO CAL. CIV. PROC. CODE § 2019.210<br><br>Complaint Filed:  April 12, 2005<br>Trial Date:         None Yet |

DISCLOSURE OF TRADE SECRET PURSUANT TO CAL. CIV. PROC. CODE § 2019.210                                  Case No. 1-05-CV03916

PAGE 9/13 * RCVD AT 6/8/2006 5:14:05 PM [Central Daylight Time] * SVR:MP-RIGHTFAX/4 * DNIS:612 * CSID:408 297 6000 * DURATION (mm-ss):03-38

Plaintiff Eastman Kodak Company ("Kodak") hereby states, pursuant to Cal. Civ. Proc. Code § 2019.210, that defendants Jerry Speasl, Marc Roberts and Matthew Chikosky misappropriated the following trade secret from their employer, Mirage Systems, Inc.:

1. The concept of a digital camera that can format data into one of a plurality of file formats which can be used in multiple applications.

Dated: June 8, 2006

BERGESON, LLP

By: _____

MARC G. VAN NIEKERK
Attorneys for Plaintiff