**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-1436 JJF ) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**APPLICATION BY PLAINTIFF ST. CLAIR INTELLECTUAL
PROPERTY CONSULTANTS, INC. FOR ORAL ARGUMENT**

Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair"), by and through its undersigned counsel, hereby applies for oral argument pursuant to Local Rule 7.1.4 on Defendant Eastman Kodak Company's ("Kodak's") Motion to Stay the Case Pursuant to 28 U.S.C. § 1659. In support of this application, Plaintiff avers that the issues presented in Kodak's motion and St. Clair's opposition thereto, both legal and factual, are sufficiently complex that oral argument would assist the Court in deciding the matters presented.

**WHEREFORE,** St. Clair respectfully requests that the Court schedule oral argument on Kodak's Motion to Stay the Case Pursuant to § 1659 at the Court's convenience.

MP3 20220511.1

Dated: April 10, 2007

SEITZ, VAN OGTROP & GREEN, P.A.

George H. Seitz, III (No. 667)
Patricia P. McGonigle, Esquire (No. 3126)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

OF COUNSEL:
Ronald J. Schutz
Jake M. Holdreith
Becky R. Thorson
Carrie M. Lambert
Kimberly G. Miller
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 La Salle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.

MP3 20220511.1

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on April 10, 2007, I caused the foregoing *Application by Plaintiff St. Clair Intellectual Property Consultant, Inc. for Oral Argument* to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all counsel of record.

Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

MP3 20220511.1