**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-1436 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, please withdraw the appearance of Nora Q.E. Passamaneck,

of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022,

as counsel for Defendant Eastman Kodak Company in this matter.

OF COUNSEL:

William F. Lee
Michael J. Summersgill
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

DATE: July 11, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Collins J. Seitz, Jr._

Collins J. Seitz, Jr. (#2237)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
cseitz@cblh.com

*Attorneys for Defendant Eastman Kodak Company*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 11, 2007, a copy of the foregoing

***NOTICE OF WITHDRAWAL OF COUNSEL*** was electronically filed with the Clerk of the

Court using CM/ECF which will send notification of such filing to counsel of record.

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (#2237)
cseitz@cblh.com