IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>            Plaintiff<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, L.P., SAMSUNG TELECOMMUNICA-TIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORA-TION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>            Defendants. | Civil Action No. 04-1436 JJF |

## JOINT STATUS REPORT

On February 14, 2006, the Court stayed this Action pending resolution of the patent ownership dispute between Eastman Kodak Company ("Kodak") and St. Clair Intellectual Property Consultants, Inc. ("St. Clair") in *Eastman Kodak Company v. Speasl et al.*, Civil Action No. 05-039164 (Cal. Sup. Ct. April 12, 2005) (the "California Action"). Pursuant to the Court's July 17, 2006 Order requiring a Status Report every ninety (90) days about the California Action, the parties jointly notify the Court that the California Action is still pending. Discovery is ongoing. A trial date has not yet been set, but a trial setting conference has been scheduled for September 18, 2007, and the court has indicated that it will provide the parties a trial date in early 2008.

On January 19, 2007, St. Clair filed an action in the United States International Trade Commission ("ITC") asserting that Kodak infringes U.S. Patent Nos. 5,138,459, 6,094,219, 6,233,010, 6,323,899, and 6,496,222. On February 22, 2007, Kodak moved to stay St. Clair's ITC case pending the determination of ownership of the patents by the court in the California Action. On May 11, 2007, the Administrative Law Judge issued an order staying the ITC action pending resolution of ownership in the California Action. St. Clair filed a petition for review on May 18, 2007, requesting that the Commission review and lift the stay. On June 20, 2007, the Commission stated that it would not consider St. Clair's petition. The ITC action remains stayed.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (#2237)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
cseitz@cblh.com

*Attorneys for Defendant Eastman Kodak Company*

OF COUNSEL:

William F. Lee
Michael J. Summersgill
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

DATE: July 16, 2007

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on July 16, 2007, a copy of the foregoing JOINT STATUS REPORT was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

                                            */s/ Collins J. Seitz, Jr.*
                                            Collins J. Seitz, Jr. (#2237)
                                            cseitz@cblh.com