IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | : : : : : | Civil Action No. 04-1436 JJF |
| Plaintiff, | : : | |
| v. | : : : | |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, L.P. SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | : : : : : : : : : : : : : : | |
| Defendants. | : : | |

## JOINT STATUS REPORT

On February 14, 2006, the Court stayed this Action pending resolution of the patent ownership dispute between Eastman Kodak Company ("Kodak") and St. Clair Intellectual Property Consultants, Inc. ("St. Clair") in *Eastman Kodak Company v. Speasl et al.*, Civil Action No. 05-039164 (Cal. Sup. Ct. April 12, 2005) (the "California Action"). Pursuant to the Court's July 17, 2006 Order requiring a Status Report every ninety (90) days, the parties submit this joint report.

On September 18, 2007, the California State Court set the California Action for trial beginning on January 7, 2008.  The trial is now in progress.

On January 19, 2007, St. Clair filed an action in the United States International Trade Commission ("ITC") asserting that Kodak infringes U.S. Patent Nos. 5,138,459, 6,094,219, 6,233,010, 6,323,899, and 6,496,222.  On February 22, 2007, Kodak moved to stay St. Clair's ITC case pending the determination of ownership of the patents by the court in the California Action.  On May 11, 2007, the Administrative Law Judge issued Order No. 7 staying the ITC action pending resolution of ownership in the California Action.  The ITC action remains stayed.

CONNOLLY BOVE LODGE & HUTZ LLP


/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (#2237)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
cseitz@cblh.com

*Attorneys for Defendant Eastman Kodak Company*


OF COUNSEL:

William F. Lee
Michael J. Summersgill
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000


DATE: January 14, 2008