IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-1436 JJF |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**PLAINTIFF ST. CLAIR'S MOTION TO LIFT THE STAY IN LITIGATION AS TO DEFENDANTS SAMSUNG, MATSUSHITA, NOKIA, AND HEWLETT-PACKARD AND CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") respectfully moves this Court for an Order lifting the stay in litigation as to Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, L.P., Matsushita Electric Industrial Co., Ltd., Matsushita Electric Corporation of America, Victor Company of Japan, Nokia Corporation, Nokia, Inc., and Hewlett-Packard Company (collectively, the "Non-Kodak Defendants"). In support hereof, St. Clair avers as follows:

1.  On February 14, 2006, this Court stayed the above-captioned action pending resolution of the patent ownership dispute between St. Clair and Eastman Kodak Company

("Kodak") in *Eastman Kodak Co. v. Speasl*, Case No. 05-39164 (Cal. Sup. Ct.) (formerly styled *Mirage Sys., Inc. v. Speasl*). (D.I. 109, 110.)

2. The California Court commenced trial proceedings in the *Eastman Kodak Co. v. Speasl* case in January 2008, the action then settled, and the parties have signed a memorandum of understanding, which is binding under California law. *See*, Joint Status Report, attached hereto as Exhibit "A". The memorandum of understanding provides for the resolution of all claims between St. Clair and Kodak regarding the Roberts Patents, including, but not limited to, the claims asserted in this matter. (*Id.*) The parties are now engaged in drafting the final settlement agreements and licenses. (*Id.*)

3. Pursuant to Local Rule 7.1.2, St. Clair waives its right to file an opening brief in support of this motion. St. Clair reserves the right to file a reply brief, however, should any of the Defendants file an answering brief in opposition to St. Clair's motion.

**NOW, THEREFORE**, St. Clair respectfully requests that this Court immediately lift the stay in litigation as to the Non-Kodak Defendants. St. Clair asks that the litigation remain stayed as to Defendant Kodak until the settlement and licensing documents are finalized. Once the settlement documents are finalized, St. Clair will make an appropriate application to this Court to dismiss Kodak from the litigation.

Dated: March 3, 2008                          SEITZ, VAN OGTROP & GREEN

                                              /s/ *Patricia P. McGonigle*
                                              _____
                                              George H. Seitz, III (No. 667)
                                              gseitz@svglaw.com
                                              Patricia P. McGonigle, Esquire (No. 3126)
                                              pmcgonigle@svglaw.com
                                              222 Delaware Avenue, Suite 1500
                                              P.O. Box 68
                                              Wilmington, DE 19899
                                              (302) 888-0600

OF COUNSEL:
Ronald J. Schutz
Becky R. Thorson
Annie Huang
David B. Zucco
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 La Salle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF**
**ST. CLAIR INTELLECTUAL PROPERTY**
**CONSULTANTS, INC.**

## CERTIFICATION PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Pursuant to Delaware Local Rule 7.1.1, counsel for Plaintiff St. Clair has consulted with counsel for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, L.P., Matsushita Electric Industrial Co., Ltd., Matsushita Electric Corporation of America, Victor Company of Japan, Nokia Corporation, Nokia, Inc., and Hewlett-Packard Company concerning the subject matter of this motion. As of the filing of the Motion, all Defendants have not consented to the relief sought by this Motion. Accordingly, the Motion is deemed opposed, and Plaintiff requests that the Court entertain the Motion on the date noticed.

Patricia P. McGonigle, Esq. (No. 3126)
pmcgonigle@svglaw.com

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 3rd day of March, 2008, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**PLAINTIFF ST. CLAIR'S MOTION TO LIFT STAY IN LITIGATION AS TO DEFENDANTS SAMSUNG, MATSUSHITA, NOKIA AND HEWLETT-PACKARD AND CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

51827 v1