IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>Defendants. | Civil Action No. 04-1436 JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

TO:   All Parties and Counsel Appearing on the Attached Certificate of Service

PLEASE TAKE NOTICE that Plaintiff St. Clair Intellectual Property Consultants, Inc. seeks to present its *Motion to Lift the Stay in Litigation as to Defendants Samsung, Matsushita, Nokia and Hewlett-Packard* to the Court on Friday, **April 11, 2008 at 10:00 a.m.**

Dated: March 3, 2008

SEITZ, VAN OGTROP & GREEN

/s/ Patricia P. McGonigle
_____
George H. Seitz, III (No. 667)
gseitz@svglaw.com
Patricia P. McGonigle, Esquire (No. 3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
- and -

OF COUNSEL:
Ronald J. Schutz
Becky R. Thorson
Annie Huang
David B. Zucco
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 La Salle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF
ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.**