# Exhibit "A"

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.

Before the Honorable Paul J. Luckern
Administrative Law Judge

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| CERTAIN DIGITAL CAMERAS AND ) | Inv. No. 337-TA-593 |
| COMPONENT PARTS THEREOF ) | |
| ) | |

## JOINT STATUS REPORT

Complainant St. Clair Intellectual Property Consultants, Inc. ("St. Clair") and Respondent Eastman Kodak Company ("Kodak") recognize that the Administrative Law Judge's initial determination in this Investigation is due February 21, 2008 and respectfully submit this report regarding the status of *Eastman Kodak Co. v. Speasl et al.*, No. 1-05-cv-039164, which is pending in the California Superior Court ("the California Action").

The California Court commenced trial proceedings in the California Action in January, 2008, the action then settled, and the parties have signed a memorandum of understanding, which is binding under California law. The memorandum of understanding between the parties in the California Action provides for the resolution of all claims between the parties regarding the Roberts Patents, including, but not limited to, the claims asserted in the matter before the International Trade Commission. The parties are now engaged in drafting the final settlement agreements and licenses. Although the parties are working to finalize the settlement and licensing documents as soon as possible, there is a possibility that the papers will not be finalized prior to February 21, 2008. Accordingly, the parties respectfully request that this Investigation remain stayed until the parties can submit a further status report to inform the ALJ of any subsequent developments when settlement and licensing documents are finalized.

Respectfully submitted,

*/s/ Michael D. Esch*

William F. Lee
Michael J. Summersgill
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Michael D. Esch
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel: (202) 663-6420
Fax: (202) 663-6363

S. Calvin Walden
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Eric J. Ward
WARD NORRIS HELLER & REIDY LLP
300 State Street
Rochester, NY 14614
Tel: (585) 454-0700
Fax: (585) 423-5910

*Counsel for Respondent Eastman Kodak Company*

*/s/ David B. Zucco/BY PERMISSION*

Louis S. Mastriani
Ian A. Taronji
Adduci Mastriani & Schaumberg LLP
1200 Seventeenth Street, N.W., Fifth Floor
Washington, D.C. 20036
(202) 467-6300

Ronald J. Schutz (PTO No. 32491; MN Bar No. 4130849)
Becky R. Thorson (MN Bar No. 254861)
Carrie M. Lambert (MN Bar No. 314067)
Bruce D. Manning (MN Bar No. 0312289)
David B. Zucco (MN Bar No. 0339799)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

*Counsel for Complainant St. Clair Intellectual Property Consultants, Inc.*

DATED: February 14, 2008

*In the Matter of CERTAIN DIGITAL CAMERAS AND COMPONENT PARTS THEREOF,*
Inv. No. 337-TA-593

U.S. International Trade Commission; Before the Honorable Paul J. Luckern

### CERTIFICATE OF SERVICE

I, Michael D. Esch, hereby certify that copies of the foregoing **JOINT STATUS REPORT** were filed with the Commission Secretary and served upon the following parties as indicated below on this 14th day of February, 2008.

The Honorable Marilyn R. Abbott
Secretary
U.S. International Trade Commission
500 E Street, S.W., Room 112
Washington, DC 20436
**(VIA ELECTRONIC FILING)**

David O. Lloyd, Esq.
Investigative Attorney
U.S. International Trade Commission
500 E Street, S.W., Room 401-M
Washington, DC 20436
**(VIA HAND DELIVERY AND ELECTRONIC MAIL (pdf copy))**

**On Behalf of Complainant:**
Ronald J. Schutz, Esq.
Becky Thorson, Esq.
Carrie Lambert, Esq.
Bruce Manning, Esq.
David Zucco, Esq.
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
**(VIA ELECTRONIC MAIL (pdf copy))**

Hon. Paul J. Luckern
Administrative Law Judge
U.S. International Trade Commission
500 E Street, S.W., Suite 317
Washington, DC 20436
**(VIA HAND DELIVERY – 2 copies)**

Louis Mastriani, Esq.
Ian Taronji, Esq.
Adduci, Mastriani & Schaumberg, L.L.P.
1200 Seventeenth Street, NW
Washington, DC 20036
**(VIA HAND DELIVERY AND ELECTRONIC MAIL (pdf copy))**

_____
Michael D. Esch

USIDOCS 6052137v3