# EXHIBIT A

```
 1          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2               IN AND FOR THE COUNTY OF SANTA CLARA
 3          BEFORE THE HONORABLE JAMES C. EMERSON, JUDGE
 4                            DEPARTMENT 19
 5                              ---o0o---
 6
 7
 8                                      )
    EASTMAN KODAK COMPANY,              )
 9                    Plaintiffs,)
                                        )
10                                      )
    vs.                                 )   CASE NO.1-05-CV-039164
11                                      )
    SPEASL,                             )
12                                      )
                                        )
13                    Defendants.)
    _____/
14
                                ---o0o---
15

16              REPORTER'S TRANSCRIPT OF PROCEEDINGS
                         MARCH 13TH, 2008
17

18

19  A P P E A R A N C E S:

20
    FOR THE PLAINTIFFS:            MICHAEL SUMMERSGILL
21                                 ATTORNEY AT LAW

22                                 AARON JACOBS
                                   ATTORNEY AT LAW
23
    FOR THE DEFENDANTS:            RANDAL EDWARDS
24                                 ATTORNEY AT LAW

25                                 JAMES MOORE
                                   ATTORNEY AT LAW
26
                                   BECKY THORNTON
27                                 ATTORNEY AT LAW

28  OFFICIAL COURT REPORTER:       ALICIA PLANCARTE
                                   CSR# 12161
```

```
 1   SAN JOSE, CALIFORNIA                    MARCH 13TH, 2008
 2
 3                    P R O C E E D I N G S
 4
 5            THE COURT:  Line 14 Kodak versus Speasl.
 6            MR. SUMMERSGILL:  Good morning, your Honor.
 7            Michael Summersgill and Aaron Jacobs on
 8   behalf of Kodak, Mirage, Moussally and Ford.
 9            MR. EDWARDS:  Good morning, your Honor.
10            Randal Edwards on behalf of Marc Roberts,
11   Jerry Speasl, Mat Chikosky.
12            MS. THORNTON:  Good morning, your Honor.
13   Becky Thornton on behalf of St. Clair Intellectual
14   Property Consultants.
15            MR. MOORE:  Good morning, your Honor.  James
16   Moore, local counsel for defendant St. Clair.
17            THE COURT:  Good morning.
18            What's the status of this case?
19            MR. SUMMERSGILL:  Your Honor, this is a
20   dispute over the ownership of patents.  It was mediated
21   on January 15th.  We reached an agreement to settle it
22   and sign a memorandum of understanding with the intent
23   that we would then negotiate a full settlement
24   agreements.  We've been working on that.  We are not
25   there yet.  We think that Kodak, Mirage, Ford and
26   Moussally would like this case to remain open in case
27   the settlement falls apart.  And we need to come back
28   and either litigate the terms of the MOU or ownership.
```

```
 1                    THE COURT:  Was this the case that was
 2    assigned to trial to Judge Kleinberg?
 3                    MR. SUMMERSGILL:  Yes, your Honor.
 4                    MR. EDWARDS:  Yes, your Honor.
 5                    MS. THORNTON:  Yes, your Honor.
 6                    THE COURT:  And you went outside and
 7    resolved it on the eve of trial?
 8                    MR. EDWARDS:  Yes, your Honor.  We mediated
 9    it in front of Magistrate Judge Infante.  And as
10    Mr. Summersgill indicated there's a memo of
11    understanding that's actually agreed to be an
12    enforceable agreement.  The parties have been working
13    on additional documentation, but we have an enforceable
14    agreement at this point.
15                    THE COURT:  All right.
16                    MR. SUMMERSGILL:  And if I can just address
17    the enforceable agreement.  We agreed that the
18    memorandum of understanding is enforceable, but it's
19    the whole memorandum of understanding that's
20    enforceable.  Some of the terms that are fundamental to
21    Kodak and Mirage are -- have not yet been agreed to by
22    the other side so we need more time to kind of work
23    this.
24                    THE COURT:  How much time do you need?
25                    MR. SUMMERSGILL:  I'd like to try and keep
26    it moving along.  I guess I would suggest 30 days.
27                    THE COURT:  Is that too short?  Little
28    happens in 30 days.  I'm glad to do it 30 days, but
```

```
 1   that's just been my experience.
 2              MR. SUMMERSGILL:  I -- we had an all day
 3   marathon negotiation session yesterday.  I think we are
 4   making some progress.  I'd like to keep the pressure on
 5   both sides.
 6              THE COURT:  Okay.  Fair enough.
 7              MS. THORNTON:  Your Honor, I just -- I
 8   represent St. Clair.  And the distinction here is that
 9   we do have a memorandum of understanding.  We do have a
10   binding agreement.  And so St. Clair believes this
11   matter should be dismissed.  If there's a dispute about
12   the memorandum of understanding for additional terms
13   that were negotiated --
14              THE COURT:  Well, we are not going to do
15   that on this calendar.  I invite you to file any
16   motions.  I don't know if I should do this, but I
17   invite you to file any motions that are appropriate.
18   I'll certainly review those.
19              MS. THORNTON:  Thank you, your Honor.
20              THE COURT:  So let's keep it on a fast
21   track, I like that idea.  And I would encourage you to
22   continue to work hard on this case as I know you have.
23              April 10th at ten o'clock?
24              MR. EDWARDS:  Your Honor, if we could move
25   it one week.  I'm actually scheduled to be out of the
26   country that week.
27              THE COURT:  Sure.  17th, is that acceptable?
28              MR. SUMMERSGILL:  Yes, it is.
```

```
 1                THE COURT:  All right.  That will be the
 2   order.
 3                MR. MOORE:  Also, your Honor, just point of
 4   information, do you require local counsel to appear at
 5   all hearings or is lead counsel --
 6                THE COURT:  You know, we get a lot of
 7   appearances on Court Call.  This is pretty much is
 8   exactly what it says, a status hearing calendar.  If
 9   someone has the power to report that's fine with me.
10                MR. MOORE:  Okay.  Thank you.
11                THE COURT:  Thank you all.
12                MR. SUMMERSGILL:  Thank you, your Honor.
13
14
15                (Whereupon, the proceedings concluded.)
16
17
18
19
20
21
22
23
24
25
26
27
28
```

```
 1   STATE OF CALIFORNIA      )
                              )
 2   COUNTY OF SANTA CLARA    )

 3

 4          I, Alicia Plancarte, Certified Shorthand Reporter,
 5   do hereby certify:
 6          That I am the reporter, duly appointed and sworn,
 7   who reported the above and foregoing proceedings at the
 8   time and place therein stated;
 9          That I reported the said proceedings; and that the
10   foregoing pages are a full, true, complete and correct
11   transcript of my shorthand notes taken at said time and
12   place to the best of my ability.
13          I further certify that I have complied with CCP
14   237 (A) (2) in that all personal juror identifying
15   information has been redacted, if applicable.
16
17          DATED:  This _____ day of _____, 2008
18
19
20
21
22                              _____
                                ALICIA PLANCARTE
23                              CERTIFIED SHORTHAND REPORTER
                                NO. 12161
24
25
26
27
28
```