## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 27th day of March, 2008, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**PLAINTIFF ST. CLAIR'S REPLY IN SUPPORT OF ITS MOTION TO LIFT STAY IN LITIGATION AS TO DEFENDANTS SAMSUNG, MATSUSHITA, NOKIA AND HEWLETT-PACKARD**

/s/  Patricia P. McGonigle
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

64237 v1