**CERTIFICATE OF SERVICE**

     I, Patricia P. McGonigle, Esquire, hereby certify that on this 14th day of April 2008, I electronically filed the foregoing *Plaintiff St. Clair's Status Report* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.


                               /s/ Patricia P. McGonigle
                               _____
                               Patricia P. McGonigle (ID No. 3126)
                               pmcgonigle@svglaw.com

64508 v1