```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE

ST. CLAIR INTELLECTUAL PROPERTY  :
CONSULTANTS, INC.,               :
                                 :
         Plaintiff,              :
                                 :
     v.                          :  Civil Action No. 04-1436-JJF
                                 :
SAMSUNG ELECTRONICS CO., LTD.,   :
et al.,                          :
                                 :
         Defendants.             :
```

**O R D E R**

WHEREAS, Eastman Kodak Company ("Kodak") filed a Motion To Stay The Case Pursuant To 28 U.S.C. § 1659 (D.I. 119) requesting the Court to stay the above-captioned action pending resolution of a complaint filed by Plaintiffs before the United States International Trade Commission ("ITC") under Section 337 of the Tariff Act of 1930;

WHEREAS, this action is already subject to a stay imposed by the Court pending resolution of related litigation in California, and the Court may continue that stay should additional circumstances warrant, including but not limited to any ITC litigation that may remain pending;

WHEREAS, the Court has denied with leave to renew in ninety (90) days a Motion To Lift The Stay filed by Plaintiffs, and if the Motion To Lift Stay is renewed, the Court will consider all issues relevant to continuation of the stay that the parties seek to raise, including the impact of any outstanding ITC litigation, in the context of supplemental letter memoranda as contemplated

by the Court at the April 11, 2008 Motion Hearing;

NOW THEREFORE, IT IS HEREBY ORDERED that Kodak's Motion To Stay The Case Pursuant To 28 U.S.C. § 1659 is **DENIED** with leave to renew in the manner set forth above.

April 23, 2008
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE