# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, )<br>)<br>Defendants. ) | Civil Action No. 04-1436 JJF |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, please withdraw the appearance of Caren K. Khoo, previously associated with Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, as counsel for Defendant Eastman Kodak Company in this matter.

| | |
|---|---|
| OF COUNSEL: | CONNOLLY BOVE LODGE & HUTZ LLP |
| William F. Lee<br>Michael J. Summersgill<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000 | */s/ Collins J. Seitz, Jr.*<br>Collins J. Seitz, Jr. (#2237)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>cseitz@cblh.com |
| | *Attorneys for Defendant Eastman Kodak Company* |
| DATE: May 8, 2008 | |

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on May 8, 2008, a true copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (#2237)
cseitz@cblh.com