### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG )<br>ELECTRONICS AMERICA, INC., SAMSUNG )<br>TELECOMMUNICATIONS AMERICA, L.P., )<br>MATSUSHITA ELECTRIC INDUSTRIAL CO., )<br>LTD., MATSUSHITA ELECTRIC CORPORATION )<br>OF AMERICA, VICTOR COMPANY OF JAPAN, )<br>LTD., JVC COMPANY OF AMERICA, NOKIA )<br>CORPORATION, NOKIA, INC., HEWLETT- )<br>PACKARD COMPANY, EASTMAN KODAK )<br>COMPANY, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-1436 JJF |

### STIPULATION AND ORDER

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") and Defendant Eastman Kodak Company ("Kodak"), having entered into a settlement agreement and each having executed it and the exhibits thereto, hereby stipulate to:

(1) Dismissal with prejudice of all of St. Clair's claims against Kodak in this action; and

(2) Dismissal with prejudice of all of Kodak's counterclaims in this action.

Each party will bear its own costs and attorneys' fees.

| | |
|---|---|
| ____*/s/ Patricia P. McGonigle*____ | ____*/s/ Collins J. Seitz, Jr.*____ |
| George H. Seitz, III (No. 667) | Collins J. Seitz, Jr. (#2237) |
| Patricia P. McGonigle, Esquire (No. 3126) | CONNOLLY BOVE LODGE & HUTZ LLP |
| SEITZ, VAN OGTROP & GREEN | 1007 North Orange Street |
| 222 Delaware Avenue, Suite 1500 | P.O. Box 2207 |
| P.O. Box 68 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9141 |
| (302) 888-0600 | cseitz@cblh.com |
| gseitz@svglaw.com | |
| pmcgonigle@svglaw.com | OF COUNSEL: |
| | Michael J. Summersgill |
| OF COUNSEL: | WILMER CUTLER PICKERING |
| Ronald J. Schutz | HALE AND DORR LLP |
| Jake M. Holdreith | 60 State Street |
| Becky R. Thorson | Boston, MA  02109 |
| Carrie M. Lambert | (617) 526-6000 |
| Kimberly G. Miller | |
| ROBINS, KAPLAN, MILLER & CIRESI L.L.P. | **ATTORNEYS FOR DEFENDANT EASTMAN KODAK COMPANY** |
| 2800 La Salle Plaza | |
| 800 LaSalle Avenue | |
| Minneapolis, MN 55402 | Dated:  May 16, 2008 |
| (612) 349-8500 | |

**ATTORNEYS FOR PLAINTIFF
ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.**

Dated:  May 16, 2008

SO ORDERED this ____ day of _____, 2008

_____
United States District Judge

2

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on May 16, 2008, a copy of the foregoing STIPULATION AND ORDER was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

                                          */s/ Collins J. Seitz, Jr.*
                                        Collins J. Seitz, Jr. (#2237)
                                        cseitz@cblh.com