## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ST. CLAIR INTELLECTUAL PROPERTY          )
CONSULTANTS, INC.                        )
                                         )
                Plaintiff,               )
                                         )
        v.                               )        Civil Action No. 04-1436 JJF
                                         )
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG   )
ELECTRONICS AMERICA, INC., SAMSUNG       )
TELECOMMUNICATIONS AMERICA, L.P.,        )
MATSUSHITA ELECTRIC INDUSTRIAL CO.,      )
LTD., MATSUSHITA ELECTRIC CORPORATION    )
OF AMERICA, VICTOR COMPANY OF JAPAN,     )
LTD., JVC COMPANY OF AMERICA, NOKIA      )
CORPORATION, NOKIA, INC., HEWLETT-       )
PACKARD COMPANY, EASTMAN KODAK           )
COMPANY,                                 )
                                         )
                Defendants.              )
                                         )

### STIPULATION AND ORDER

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff St. Clair Intellectual Property Consultants, Inc.

("St. Clair") and Defendant Eastman Kodak Company ("Kodak"), having entered into a

settlement agreement and each having executed it and the exhibits thereto, hereby stipulate to:

(1) Dismissal with prejudice of all of St. Clair's claims against Kodak in this action; and

(2) Dismissal with prejudice of all of Kodak's counterclaims in this action.

Each party will bear its own costs and attorneys' fees.

_/s/ Patricia P. McGonigle_
George H. Seitz, III (No.66 7)
Patricia P. McGonigle, Esquire (No. 3126)
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
gseitz@svglaw.com
pmcgonigle@svglaw.com

OF COUNSEL:
Ronald J. Schutz
Jake M. Holdreith
Becky R. Thorson
Carrie M. Lambert
Kimberly G. Miller
ROBINS, KAPLAN, MILLER & CIRESI
L.L.P.
2800 La Salle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF**
**ST.C LAIR INTELLECTUAL PROPERTY**
**CONSULTANTS, INC.**

Dated: May 16, 2008

_/s/ Collins J.S eitz, Jr._
Collins J. Seitz, Jr. (#2237)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
cseitz@cblh.com

OF COUNSEL:
Michael J. Summersgill
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

**ATTORNEYS FOR DEFENDANT**
**EASTMAN KODAK COMPANY**

Dated: May 16, 2008

SO ORDERED this _18_ day of _May_ , 2008

_Joseph J. Farnan Jr._
United States District Judge

2