## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG )<br>ELECTRONICS AMERICA, INC., SAMSUNG )<br>TELECOMMUNICATIONS AMERICA, L.P., )<br>MATSUSHITA ELECTRIC INDUSTRIAL CO., )<br>LTD., MATSUSHITA ELECTRIC CORPORATION )<br>OF AMERICA, VICTOR COMPANY OF JAPAN, )<br>LTD., JVC COMPANY OF AMERICA, NOKIA )<br>CORPORATION, NOKIA, INC., HEWLETT- )<br>PACKARD COMPANY, EASTMAN KODAK )<br>COMPANY, )<br>)<br>Defendants. ) | Civil Action No. 04-1436 JJF<br><br>**JURY TRIAL DEMANDED** |

### RE-NOTICE OF MOTION

TO:   All Parties and Counsel Appearing on the Attached Certificate of Service

PLEASE TAKE NOTICE that Plaintiff St. Clair Intellectual Property Consultants, Inc. hereby renews its *Motion to Lift the Stay in Litigation as to Defendants Samsung, Matsushita, Nokia and Hewlett-Packard* (the "Motion") and seeks to present the Motion to the Court on Friday, **July 11, 2008 at 10:00 a.m.**

Dated:  June 6, 2008

SEITZ, VAN OGTROP & GREEN

/s/ Patricia P. McGonigle
_____
George H. Seitz, III (No. 667)
gseitz@svglaw.com
Patricia P. McGonigle, Esquire (No. 3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
- and -

65384v1

OF COUNSEL:
Ronald J. Schutz
Becky R. Thorson
Annie Huang
David B. Zucco
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 La Salle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF
ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.**