## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 6th day of June, 2008, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

## RE-NOTICE OF MOTION

/s/  Patricia P. McGonigle

_____

Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

65387 v1