IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG )<br>ELECTRONICS AMERICA, INC., SAMSUNG )<br>TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA )<br>ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA )<br>ELECTRIC CORPORATION OF AMERICA, VICTOR )<br>COMPANY OF JAPAN, LTD., JVC COMPANY OF )<br>AMERICA, NOKIA CORPORATION, NOKIA, INC., )<br>HEWLETT-PACKARD COMPANY, EASTMAN KODAK )<br>COMPANY, )<br>)<br>Defendants. )<br>)<br>)<br>) | Civil Action No. 04-1436 JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, please withdraw the appearance of Kimberly G. Miller of Robins, Kaplan, Miller and Ciresi, L.L.P., as counsel for Plaintiff St. Clair Intellectual Property Consultants, Inc. in the above-captioned case.

SEITZ, VAN OGTROP & GREEN

By: *[signature]*
George H. Seitz, III, Esquire (No. 667)
James S. Green, Esquire (No. 481)
Patricia P. McGonigle, Esquire (No. 3126)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

**ATTORNEYS FOR ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.**

OF COUNSEL:
Ronald J. Schultz, Esq.
Becky R. Thorson, Esq.
Annie Huang, Esq.
David B. Zucco, Esq.
Busola A. Akinwale, Esq.
Seth A. Northrop, Esq.
ROBINS, KAPLAN, MILLER &
CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Dated: July 9, 2008

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 9th day of July, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

65817 v1