IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY<br>CONSULTANTS, INC.<br><br>          Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG<br>ELECTRONICS AMERICA, INC., SAMSUNG<br>TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA<br>ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA<br>ELECTRIC CORPORATION OF AMERICA, VICTOR<br>COMPANY OF JAPAN, LTD., JVC COMPANY OF<br>AMERICA, NOKIA CORPORATION, NOKIA, INC.,<br>HEWLETT-PACKARD COMPANY, EASTMAN KODAK<br>COMPANY,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-1436 JJF<br>)<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Busola A. Akinwale, Esquire and Seth A. Northrop, Esquire to represent Plaintiff St. Clair Intellectual Property Consultants, Inc. in the above matter.

                                                SEITZ, VAN OGTROP & GREEN

                                                By: _/s/ Patricia P. McGonigle_
                                                George H. Seitz, III, Esquire (No. 667)
                                                James S. Green, Esquire (No. 481)
                                                Patricia P. McGonigle, Esquire (No. 3126)
                                                222 Delaware Avenue, Suite 1500
                                                P.O. Box 68
                                                Wilmington, DE 19899
                                                (302) 888-0600

                                                Attorneys for St. Clair Intellectual Property
                                                Consultants, Inc.

Dated: _July 9_, 2008

80147115.1

1

**ORDER GRANTING MOTION**

        IT IS HEREBY ORDERED that counsel's motion for admission <u>pro hac vice</u> is GRANTED.

Dated: _____, 2008          _____
                                                                           United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

Dated: __June 30__, 2008

_____
Busola A. Akinwale, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I futher certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

Dated: _June 30_, 2008

_____SN_____
Seth A. Northrop, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

## **CERTIFICATE OF SERVICE**

I, Patricia P. McGonigle, Esquire, hereby certify that on this 9th day of July, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Patricia P. McGonigle
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

65817 v1