IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,<br><br>               Plaintiff,<br><br>               v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1436 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert F. Perry, Alexas D. Skucas and Allison H. Altersohn of King & Spalding LLP, 1185 Avenue of the Americas, New York, NY 10036-4003 to represent defendants Nokia Corporation and Nokia, Inc. in this matter.

                                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                          */s/ Julia Heaney*
                                                          Jack B. Blumenfeld (#1014)
                                                           Julia Heaney (#3052)
                                                           1201 North Market Street
                                                          P.O. Box 1347
                                                          Wilmington, DE  19899-1347
                                                         (302) 658-9200
                                                          jheaney@mnat.com
                                                              *Attorneys for Defendants Nokia
                                                              Corporation and Nokia Inc.*

July 23, 2008
2417934

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Northern, Southern and Eastern Districts of New York, District of New Jersey, and the Northern District of California, as well as the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Robert F. Perry
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

DATE: July 21, 2008

950928_1.DOC

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Southern and Eastern Districts of New York and the District of New Jersey, as well as the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Alexas D. Skucas
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

DATE: July 21, 2008

950925_1.DOC

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Southern and Eastern Districts of New York and the District of New Jersey, as well as the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Allison H. Altersohn
Allison H. Altersohn
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

DATE: July 21, 2008

950923_1.DOC

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 23, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

George H. Seitz, III
Patricia Pyles McGonigle
Seitz, Van Ogtrop & Green

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon

Karen E. Keller
Young Conaway Stargatt & Taylor LLP

Steven J. Balick
John G. Day
Ashby & Geddes

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz LLP

and that copies were caused to be served upon the following individuals in the manner indicated:

**BY E-MAIL**

George H. Seitz, III
Patricia Pyles McGonigle
Seitz, Van Ogtrop & Green
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE  19899

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon
1313 N. Market Street
Wilmington, DE  19801

Karen E. Keller
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

Bruce D. Kuyper
Latham & Watkins, LLP
355 South Grand Avenue
Los Angeles CA 90071-1560

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

William F. Lee
Mark D. Selwyn
Wilmer Cutler Pickering Hale
   and Dorr LLP
60 State Street
Boston, MA  02109

Sharon Barner
Foley & Lardner LLP
321 North Clark
Suite 2800
Chicago, IL 60654

| | |
|---|---|
| Ronald J. Schutz<br>Becky R. Thorson<br>Jake M. Holdreith<br>Annie Huange<br>David B. Zucco<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402 | Naikang Tsao<br>Foley & Lardner LLP<br>150 East Gilman Street<br>Verex Plaza<br>Madison, WI 53703 |

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)
jheaney@mnat.com

- 2 -