IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., HEWLETT-PACKARD COMPANY, EASTMAN KODAK COMPANY, <br><br> Defendants. | C.A. No. 04-1436 (JJF) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearances of Donald L. Rhoads, Vito J. DeBari and Mark A. Baghdassarian of KRAMER LEVIN NAFTALIS & FRANKEL LLP for defendants Nokia Corporation and Nokia, Inc. (collectively, "Nokia"). Nokia will continue to be represented by MORRIS, NICHOLS, ARSHT & TUNNELL LLP and KING & SPALDING.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (# 1014)
Julia Heaney (# 3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
   *Attorneys For Defendants Nokia Corporation and Nokia Inc.*

July 25, 2008

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 25, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

George H. Seitz, III
Patricia Pyles McGonigle
Seitz, Van Ogtrop & Green

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon

Karen E. Keller
Young Conaway Stargatt & Taylor LLP

Steven J. Balick
John G. Day
Ashby & Geddes

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz LLP

and that copies were caused to be served upon the following individuals in the manner indicated:

**BY E-MAIL**

George H. Seitz, III
Patricia Pyles McGonigle
Seitz, Van Ogtrop & Green
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE  19899

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon
1313 N. Market Street
Wilmington, DE  19801

Karen E. Keller
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

William F. Lee
Mark D. Selwyn
Wilmer Cutler Pickering Hale
  and Dorr LLP
60 State Street
Boston, MA  02109

Ronald J. Schutz
Becky R. Thorson
Jake M. Holdreith
Annie Huange
David B. Zucco
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402

Bruce D. Kuyper
Latham & Watkins, LLP
355 South Grand Avenue
Los Angeles CA 90071-1560

Sharon Barner
Foley & Lardner LLP
321 North Clark
Suite 2800
Chicago, IL 60654

Naikang Tsao
Foley & Lardner LLP
150 East Gilman Street
Verex Plaza
Madison, WI 53703

_____
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com