IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1436-JJF-LPS |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-403-JJF-LPS |
| SIEMENS AG, ET AL., | ) ) ) | |
| Defendants. | ) ) ) | |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-404-JJF-LPS |
| LG ELECTRONICS, INC., ET AL., | ) ) ) | |
| Defendants | ) ) ) | |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 08-371-JJF-LPS |
| v. | ) ) | |
| RESEARCH IN MOTION LTD., ET AL., | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 19, 2008 copies of DEFENDANTS' FIRST SET OF COMMON INTERROGATORIES TO PLAINTIFF ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS [NO. 1-22] were served upon the following counsel of record in the manner indicated:

### BY E-MAIL & HAND DELIVERY

George H. Seitz, III, Esquire
Patricia Pyles McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
*gseitz@svglaw.com*
*pmcgonigle@svglaw.com*

*Attorneys for Plaintiff St. Clair
Intellectual Property Consultants, Inc.*

Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*cottrell@rlf.com*
*shandler@rlf.com*

*Attorneys for Plaintiff St. Clair Intellectual
Property Consultants, Inc.*

### BY E-MAIL & FEDERAL EXPRESS

Annie Huang, Esquire
Becky R. Thorson, Esquire
Ronald J. Schutz, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
*ahuang@rkmc.com*
*brthorson@krmc.com*
*rjschutz@rkmc.com*

*Attorneys for Plaintiff St. Clair Intellectual
Property Consultants Inc.*

**BY E-MAIL** (C.A. No. 08-373)

John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*jday@ashby-geddes.com*
*tlydon@ashby-geddes.com*

*Attorneys for Defendants Fujifilm Holdings Corporation, FUJIFILM Corporation, Fuji Photo Film Co. Ltd., Fuji Photo Film USA Inc., Fujifilm USA Inc., and Fujifilm America Inc.*

PLEASE TAKE FURTHER NOTICE that on December 22, 2008, this Notice of Service was electronically filed with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

George H. Seitz, III, Esquire
Patricia Pyles McGonigle, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
*gseitz@svglaw.com*
*pmcgonigle@svglaw.com*

*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.*

Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*cottrell@rlf.com*
*shandler@rlf.com*

*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.*

(Civ. A. No. 04-1436-JJF-LPS):

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*jbbefiling@mnat.com*
*jhefiling@mnat.com*
*Attorneys for Defendants Nokia Corporation and Nokia Inc.*

Richard L. Horwitz, Esquire
David Ellis Moore, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
*rhorwitz@potteranderson.com*
*dmoore@potteranderson.com*
*Attorneys for Defendant Hewlett-Packard Co.*

3

Collins J. Seitz, Jr., Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
cseitz@cblh.com
*Attorneys for Defendant Eastman Kodak Co.*

John G. Day, Esquire
Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
sbalick@ashby-geddes.com
*Attorneys for Defendants Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of America Victor Company of Japan LTD, and JVC Company of America*

(Civ. A. No. 06-404-JJF-LPS):

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
*Attorneys for Sanyo Electric Co. LTD., Sanyo North America Corporation, Concord Camera Corp., Aiptek International, Inc., Aiptek, Inc., High Tech Computer Corp., HTC(BVI) Corp, HTC USA Inc.*

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19899
jshaw@ycst.com
kkeller@ycst.com
*Attorneys for Defendant Kyocera Wireless, Corp.*

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
jbbefiling@mnat.com
*Attorneys for Petters Group Worldwide LLC, Polaroid Consumer Electronics, LLC, Polaroid Holding Company, Polaroid Corporation*

Melanie K. Sharp, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19899
msharp@ycst.com
*Attorneys for Deutsche Telekom, AG, T-Mobile International AG & Co. KG, T-Mobile USA Inc.*

(Civ. A. No. 06-403-JJF-LPS):

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mbgefiling@mnat.com
*Attorneys for Defendants UTStarcom Inc. and Sprint Nextel Corporation*

Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
mneiderman@duanemorris.com
*Attorneys for Defendant Audiovox Communications Corporation and Audiovox Electronics Corporation*

John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
*Attorneys for Defendants Vodafone Group Plc and Cellco Partnership*

Dominick T. Gattuso, Esquire
Kurt M. Heyman, Esquire
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
dgattuso@proctorheyman.com
kheyman@proctorheyman.com
*Attorneys for Defendants Cingular Wireless L.L.C., Cingular Wireless Corporation and New Cingular Wireless Services Inc.*

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
*Attorneys for Defendant Verizon Communications Inc.*

(Civ. A. No. 08-371-JJF-LPS):

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jbbefiling@mnat.com
*Attorneys for Defendant General Imaging Co.*

Collins J. Seitz, Jr., Esquire
Kevin F. Brady, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
cseitz@cblh.com
kbrady@cblh.com
*Attorneys for Defendants Research in Motion LTD. and Research In Motion Corp.*

(Civ. A. No. 08-373-JJF-LPS):

John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
*Attorneys for Defendants Fujifilm Holdings Corporation, FUJIFILM Corporation, Fuji Photo Film Co. Ltd., Fuji Photo Film USA Inc., Fujifilm USA Inc., and Fujifilm America Inc.*

In addition, copies of this Notice of Service were served by e-mail on the above counsel and on the following in the manner indicated.

**BY E-MAIL**

Annie Huang, Esquire
Becky R. Thorson, Esquire
Ronald J. Schutz, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
*ahuang@rkmc.com*
*brthorson@krmc.com*
*rjschutz@rkmc.com*

*Attorneys for Plaintiff St. Clair Intellectual Property Consultants Inc.*

                                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                  /s/ Megan C. Haney
                                  Josy W. Ingersoll (No. 1088)
                                  John W. Shaw (No. 3362)
                                  Andrew A. Lundgren (No. 4429)
                                  Megan C. Haney (No. 5016)
                                  The Brandywine Building, 17th Floor
                                  1000 West Street
                                  Wilmington, DE 19801
                                  302-571-6600
                                  *mhaney@ycst.com*

                                  *Attorneys for Defendants*
                                  *Samsung Electronics Co., Ltd.*
                                  *Samsung Electronics America, Inc.*
                                  *Samsung Telecommunications America, L.P.*