**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

---

ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.,

     Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD.,
ET AL.,

     Defendants.

: 
: 
: 
: 
: 
:  C.A. No. 04-1436-JJF-LPS
: 
: 
: 
: 
: 

---

ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.,

     Plaintiff,

v.

SIEMENS AG, ET AL.,

     Defendants.

: 
: 
: 
: 
: 
:  C.A. No. 06-403-JJF-LPS
: 
: 
: 
: 

---

ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.,

     Plaintiff,

v.

PALM, INC., ET AL.,

     Defendants.

: 
: 
: 
: 
: 
:  C.A. No. 06-404-JJF-LPS
: 
: 
: 
: 

---

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   C.A. No. 08-371-JJF-LPS |
| | : |
| RESEARCH IN MOTION LTD., ET AL., | : |
| | : |
| Defendants. | : |

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   C.A. No. 08-373-JJF-LPS |
| | : |
| FUJIFILM HOLDINGS CORPORATION, ET AL., | : |
| | : |
| Defendants. | : |

## STIPULATION TO MODIFY RULE 16 SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the dates of certain events in the Rule 16 Scheduling Order entered on November 25, 2008 (D.I. 166, 04-1436; D.I. 68, 06-403; D.I. 71, 06-404; D.I. 44, 08-371; D.I. 26, 08-373), be modified as follows:

(1)    Discovery Cut Off (¶ 4(g)). All discovery in these cases shall be initiated so that it will be completed on or before December 18, 2009.

(2)    Disclosure of Expert Testimony (¶ 4(h)). For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before January 11, 2010. The supplemental disclosure to contradict or rebut evidence

RLF1-3418625-2

on the same matter identified by another party is due on or before: <u>February 12, 2010</u>. Expert discovery, including all depositions, shall be completed by: <u>March 12, 2010</u>.

(3)     <u>Case Dispositive Motions</u> (¶ 11).  For all case dispositive motions, an opening brief, affidavits, if any, in support of the motion shall be served or filed on or before: <u>April 2, 2010</u>.

(4)     <u>Pretrial Conference</u> (¶ 18).  On <u>July 23, 2010</u>, the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at 10:00 a.m.  The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before <u>June 23, 2010</u>.

(5)     Trial (¶ 21).  Depending on the number of Defendants that remain at the time of trial in these matters, the number of trials, trial days, and the time allocated for parties to present their cases, will be determined at a time closer to trial, but no later than at the pre-trial conference.  Defendants reserve their rights to seek separate trials.

Trial will begin at 9:30 a.m. on: <u>September 7, 2010</u> before Judge Farnan.  Subsequent trial days will begin at 9:00 a.m.

RLF1-3418625-2

SEITZ, VAN OGTROP & GREEN, P.A.

RICHARDS LAYTON & FINGER


 /s/ Patricia P. McGonigle
George H. Seitz, III. (# 667)
gseitz@svglaw.com
Patricia P. McGonigle (# 3126)
pmcgonigle@svglaw.com
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

*Attorneys for Plaintiff St. Clair Intellectual
Property Consultants, Inc. in the 04-1436
and 06-403 cases*

 /s/ Chad M. Shandler
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Michelle E. Whalen (#5246)
whalen@rlf.com
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiff St. Clair Intellectual
Property Consultants, Inc. in the 06-404,
08-371, and 08-373 cases*

*Of Counsel:*

Ronald J. Schutz
Becky R. Thorson
Carrie M. Lambert
Annie Huang
Seth A. Northrop
ROBINS, KAPLAN, MILLER
    & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

*Attorneys for Plaintiff St. Clair Intellectual
Property Consultants, Inc.*

4

ASHBY & GEDDES

_/s/ John G. Day_
Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Of Counsel:*

Richard de Bodo
David A. Ben-Meir
Christopher P. Broderick
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600

*Attorneys for Panasonic Corporation,
Panasonic Corporation of North America
Victor Company of Japan, Ltd., and JVC
Company of America*

MORRIS, NICHOLS ARSHT & TUNNELL
LLP

_/s/ Jack B. Blumenfeld_
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Of Counsel:*

Robert F. Perry
Allison H. Altersohn
Alexas D. Skucas
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

*Attorneys for Defendants Nokia Corp. and
Nokia Inc.*

5

POTTER ANDERSON & CORROON LLP

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6050
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Of Counsel:*

Sharon R. Barner
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
(312) 832-4500

Naikang Tsao
FOLEY & LARDNER LLP
150 East Gilman Street
Madison, WI 53703
(608) 257-5035

*Attorneys for Defendant Hewlett-Packard Co.*

WOMBLE CARLYLE SANDRIDGE & RICE PLLC

/s/ Gerard M. O'Rourke
Gerard M. O'Rourke (#3265)
Stephen J. MacKenzie (#4791)
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
(302) 252-4320
gorourke@wcsr.com

*Attorneys for Defendants Siemens Corp. and Siemens AG*

DUANE MORRIS LLP

WOMBLE CARLYLE SANDRIDGE & RICE PLLC

 */s/ Matt Neiderman*
Matt Neiderman (#4018)
1100 North Market Street
Suite 1200
Wilmington, DE  19801
(302) 657-4900
mneiderman@duanemorris.com

 */s/ Gerard M. O'Rourke*
Gerard M. O'Rourke (#3265)
Stephen J. MacKenzie (#4791)
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
(302) 252-4320
gorourke@wcsr.com

*Of Counsel:*

*Attorneys for Defendants BenQ America
Corporation and BenQ Corporation*

D. Joseph English
Ryan Hardee
DUANE MORRIS LLP
505 9th Street, NW
Suite 1000
Washington, DC  20004

*Attorneys for Defendants Audiovox
Communications Corporation and Audiovox
Corporation*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Andrew C. Mayo
Julie Heaney (#3052)
Andrew C. Mayo (#5207)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jheaney@mnat.com
amayo@mnat.com

*Of Counsel:*

JoAnna M. Esty
Tamany Vinson Bentz
VENABLE LLP
575  7th Street NW
Washington, DC  20004

*Attorneys for UTStarcom Inc.*

PARKOWSKI, GUREKE & SWAYZE, P.A.

 /s/ Michael W. Arrington
Michael W. Arrington (#3603)
800 King Street, Suite 203
Wilmington, DE 19801
(302) 594-3333
marrington@pgslegal.com

*Of Counsel:*

Hae-Chan Park
hpark@park-law.com
Jiri F. Smetana
jsmetana@park-law.com
H.C. PARK & ASSOCIATES, PLC
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
(703) 288-5105

*Attorneys for Defendants Pantech Wireless, Inc., Pantech & Curitel Communications, Inc., and Pantech Co., Ltd.*

GIBBONS P.C.                                ASHBY & GEDDES


 /s/ William R. Firth, III                       /s/ John G. Day
William R. Firth, III (#4356)               Steven J. Balick (#2114)
1000 N. West Street, Suite 1206             John G. Day (#2403)
Wilmington, DE 19801                        Tiffany Geyer Lydon (#3950)
(302) 295-4961                              500 Delaware Avenue, 8th Floor
WFirth@gibbonslaw.com                       P.O. Box 1150
                                            Wilmington, DE  19899
*Attorneys for Defendant Personal*          sbalick@ashby-geddes.com
*Communications Devices, LLC*               jday@ashby-geddes.com
                                            tlydon@ashby-geddes.com

                                            *Of Counsel:*

                                            Richard de Bodo
                                            Robert J. Benson
                                            Huan-Yi Lin
                                            Hogan & Hartson
                                            1999 Avenue of the Stars, Suite 1400
                                            Los Angeles, CA  90067
                                            (31) 785-4600

                                            *Attorneys for Defendants Aiptek International*
                                            *Inc., and Aiptek Inc.*

RLF1-3418625-2

WOMBLE CARLYLE SANDRIDGE & RICE
PLLC

ASHBY & GEDDES

_/s/ Gerard M. O'Rourke_

Gerard M. O'Rourke (#3265)
Stephen J. MacKenzie (#4791)
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
(302) 252-4320
gorourke@wcsr.com

_Attorneys for Defendant Concord Camera Corp._

_/s/ John G. Day_

Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

_Of Counsel:_

Richard de Bodo
Robert J. Benson
Huan-Yi Lin
Hogan & Hartson
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
(31) 785-4600

_Attorneys for Defendants HTC Corporation,
Corp., HTC (BVI) Corp. and HTC America, Inc._

RLF1-3418625-2

ASHBY & GEDDES

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP


 */s/ John G. Day*

Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Of Counsel:*

Richard de Bodo
David H. Ben-Meir
Rachel M. Capoccia
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067
(310) 785-4600

*Attorneys for Defendants Sanyo Electric Co.,
Ltd. and Sanyo North America Corporation*

 */s/ Megan C. Haney*

John W. Shaw (#3362)
Karen E. Keller (#4489)
Megan C. Haney (#5016)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
mhaney@ycst.com

*Of Counsel:*

MORRISON & FOERSTER LLP
David C. Doyle
M. Andrew Woodmansee
Gregory W. Reilly
12531 High Bluff Drive, Suite 100
San Diego, CA  92130
(858) 720-5100

*Attorneys for Defendants Kyocera Wireless
Corp. and Kyocera Communications, Inc.*

RLF1-3418625-2

YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP

CONNOLLY, BOVE, LODGE & HUTZ


*/s/ Megan C. Haney*
John W. Shaw (#3362)
Karen E. Keller (#4489)
Megan C. Haney (#5016)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
mhaney@ycst.com

*/s/ Kevin F. Brady*
Collins J. Seitz, Jr. (#2237)
Kevin F. Brady (#2248)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
cseitz@cblh.com
kbrady@cblh.com

*Of Counsel:*

MORRISON & FOERSTER LLP
David C. Doyle
M. Andrew Woodmansee
Gregory W. Reilly
12531 High Bluff Drive, Suite 100
San Diego, CA  92130
(858) 720-5100

*Of Counsel:*

Dominic Massa
Christopher R. Noyes
WilmerHale
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Defendant Palm, Inc.*

*Attorneys for Defendants Research In Motion,
Ltd. and Research in Motion Corp.*

12

MORRIS, NICHOLS ARSHT & TUNNELL LLP

ASHBY & GEDDES

 /s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com

*Of Counsel:*

Joseph R. Re
Jon W. Gurka
J. David Evered
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
(949) 760-0404

*Attorneys for Defendant General Imaging Co.*

 /s/ John G. Day
Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Of Counsel::*

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
(202) 339-8436

*Attorneys for Defendants Fujifilm Holdings Corporation, Fujifilm Corporation, Fuji Photo Film Co., Ltd., Fuji Photo Film U.S.A., Fujifilm U.S.A., Inc., and Fujifilm America, Inc.*

SO ORDERED this _____ day of _____ 2009.

_____
United States Magistrate Judge

RLF1-3418625-2