IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-1436-JJF-LPS |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | : | |
| Defendants. | : | |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-403-JJF-LPS |
| SIEMENS AG, ET AL., | : | |
| Defendants. | : | |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-404-JJF-LPS |
| PALM, INC., ET AL., | : | |
| Defendants. | : | |

RLF1-3418625-2

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESEARCH IN MOTION LTD., ET AL., <br><br> Defendants. | C.A. No. 08-371-JJF-LPS |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUJIFILM HOLDINGS CORPORATION, ET AL., <br><br> Defendants. | C.A. No. 08-373-JJF-LPS |

## STIPULATION TO MODIFY RULE 16 SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the dates of certain events in the Rule 16 Scheduling Order entered on November 25, 2008 (D.I. 166, 04-1436; D.I. 68, 06-403; D.I. 71, 06-404; D.I. 44, 08-371; D.I. 26, 08-373), be modified as follows:

(1) Discovery Cut Off (¶ 4(g)). All discovery in these cases shall be initiated so that it will be completed on or before December 18, 2009.

(2) Disclosure of Expert Testimony (¶ 4(h)). For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before January 11, 2010. The supplemental disclosure to contradict or rebut evidence

on the same matter identified by another party is due on or before: February 12, 2010. Expert discovery, including all depositions, shall be completed by: March 12, 2010.

(3) Case Dispositive Motions (¶ 11). For all case dispositive motions, an opening brief, affidavits, if any, in support of the motion shall be served or filed on or before: April 2, 2010.

(4) Pretrial Conference (¶ 18). On July 23, 2010, the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at 10:00 a.m. The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before June 23, 2010.

(5) Trial (¶ 21). Depending on the number of Defendants that remain at the time of trial in these matters, the number of trials, trial days, and the time allocated for parties to present their cases, will be determined at a time closer to trial, but no later than at the pre-trial conference. Defendants reserve their rights to seek separate trials.

Trial will begin at 9:30 a.m. on: September 7, 2010 before Judge Farnan. Subsequent trial days will begin at 9:00 a.m.

| SEITZ, VAN OGTROP & GREEN, P.A. | RICHARDS LAYTON & FINGER |
|---|---|
| */s/ Patricia P. McGonigle* <br> George H. Seitz, III. (# 667) <br> gseitz@svglaw.com <br> Patricia P. McGonigle (# 3126) <br> pmcgonigle@svglaw.com <br> SEITZ, VAN OGTROP & GREEN <br> 222 Delaware Avenue, Suite 1500 <br> P.O. Box 68 <br> Wilmington, DE 19899 <br> (302) 888-0600 <br><br> *Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc. in the 04-1436 and 06-403 cases* | */s/ Chad M. Shandler* <br> Frederick L. Cottrell, III (#2555) <br> cottrell@rlf.com <br> Chad M. Shandler (#3796) <br> shandler@rlf.com <br> Michelle E. Whalen (#5246) <br> whalen@rlf.com <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br><br> *Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc. in the 06-404, 08-371, and 08-373 cases* <br><br> *Of Counsel:* <br><br> Ronald J. Schutz <br> Becky R. Thorson <br> Carrie M. Lambert <br> Annie Huang <br> Seth A. Northrop <br> ROBINS, KAPLAN, MILLER <br>   & CIRESI L.L.P. <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN 55402 <br> (612) 349-8500 <br><br> *Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.* |

| ASHBY & GEDDES | MORRIS, NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| /s/ John G. Day | /s/ Jack B. Blumenfeld |
| Steven J. Balick (#2114) | Jack B. Blumenfeld (#1014) |
| John G. Day (#2403) | Julia Heaney (#3052) |
| Tiffany Geyer Lydon (#3950) | 1201 North Market Street |
| 500 Delaware Avenue, 8th Floor | P.O. Box 1347 |
| P.O. Box 1150 | Wilmington, DE 19899-1347 |
| Wilmington, DE 19899 | (302) 658-9200 |
| sbalick@ashby-geddes.com | jblumenfeld@mnat.com |
| jday@ashby-geddes.com | jheaney@mnat.com |
| tlydon@ashby-geddes.com | |

*Of Counsel:*

Richard de Bodo
David A. Ben-Meir
Christopher P. Broderick
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600

*Attorneys for Panasonic Corporation,
Panasonic Corporation of North America
Victor Company of Japan, Ltd., and JVC
Company of America*

*Of Counsel:*

Robert F. Perry
Allison H. Altersohn
Alexas D. Skucas
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

*Attorneys for Defendants Nokia Corp. and Nokia Inc.*

| POTTER ANDERSON & CORROON LLP | WOMBLE CARLYLE SANDRIDGE & RICE PLLC |
|---|---|
| /s/ Richard L. Horwitz | /s/ Gerard M. O'Rourke |
| Richard L. Horwitz (#2246) | Gerard M. O'Rourke (#3265) |
| David E. Moore (#3983) | Stephen J. MacKenzie (#4791) |
| 1313 N. Market Street | 222 Delaware Avenue |
| P.O. Box 951 | Suite 1501 |
| Wilmington, DE 19899-0951 | Wilmington, DE 19801 |
| (302) 984-6050 | (302) 252-4320 |
| rhorwitz@potteranderson.com | gorourke@wcsr.com |
| dmoore@potteranderson.com | |

*Of Counsel:*

*Attorneys for Defendants Siemens Corp. and Siemens AG*

Sharon R. Barner
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
(312) 832-4500

Naikang Tsao
FOLEY & LARDNER LLP
150 East Gilman Street
Madison, WI 53703
(608) 257-5035

*Attorneys for Defendant Hewlett-Packard Co.*

| DUANE MORRIS LLP | WOMBLE CARLYLE SANDRIDGE & RICE PLLC |
|---|---|
| */s/ Matt Neiderman* | */s/ Gerard M. O'Rourke* |
| Matt Neiderman (#4018) | Gerard M. O'Rourke (#3265) |
| 1100 North Market Street | Stephen J. MacKenzie (#4791) |
| Suite 1200 | 222 Delaware Avenue |
| Wilmington, DE 19801 | Suite 1501 |
| (302) 657-4900 | Wilmington, DE 19801 |
| mneiderman@duanemorris.com | (302) 252-4320 |
| | gorourke@wcsr.com |
| *Of Counsel:* | |
| | *Attorneys for Defendants BenQ America* |
| D. Joseph English | *Corporation and BenQ Corporation* |
| Ryan Hardee | |
| DUANE MORRIS LLP | |
| 505 9th Street, NW | |
| Suite 1000 | |
| Washington, DC 20004 | |

*Attorneys for Defendants Audiovox Communications Corporation and Audiovox Corporation*

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PARKOWSKI, GUREKE & SWAYZE, P.A. |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Michael W. Arrington* |
| Julie Heaney (#3052) | Michael W. Arrington (#3603) |
| Andrew C. Mayo (#5207) | 800 King Street, Suite 203 |
| 1201 N. Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 594-3333 |
| Wilmington, DE 19899-1347 | marrington@pgslegal.com |
| (302) 658-9200 | |
| jheaney@mnat.com | *Of Counsel:* |
| amayo@mnat.com | |
| | Hae-Chan Park |
| *Of Counsel:* | hpark@park-law.com |
| | Jiri F. Smetana |
| JoAnna M. Esty | jsmetana@park-law.com |
| Tamany Vinson Bentz | H.C. PARK & ASSOCIATES, PLC |
| VENABLE LLP | 8500 Leesburg Pike, Suite 7500 |
| 575 7th Street NW | Vienna, VA 22182 |
| Washington, DC 20004 | (703) 288-5105 |
| *Attorneys for UTStarcom Inc.* | *Attorneys for Defendants Pantech Wireless, Inc., Pantech & Curitel Communications, Inc., and Pantech Co., Ltd.* |

| GIBBONS P.C. | ASHBY & GEDDES |
|---|---|
| */s/ William R. Firth, III*<br>William R. Firth, III (#4356)<br>1000 N. West Street, Suite 1206<br>Wilmington, DE 19801<br>(302) 295-4961<br>WFirth@gibbonslaw.com<br><br>*Attorneys for Defendant Personal Communications Devices, LLC* | */s/ John G. Day*<br>Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Of Counsel:*<br><br>Richard de Bodo<br>Robert J. Benson<br>Huan-Yi Lin<br>Hogan & Hartson<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>(31) 785-4600<br><br>*Attorneys for Defendants Aiptek International Inc., and Aiptek Inc.* |

9

| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | ASHBY & GEDDES |
|---|---|
| /s/ Gerard M. O'Rourke | /s/ John G. Day |

<table>
<tr><td>

Gerard M. O'Rourke (#3265)  
Stephen J. MacKenzie (#4791)  
222 Delaware Avenue  
Suite 1501  
Wilmington, DE 19801  
(302) 252-4320  
gorourke@wcsr.com  

*Attorneys for Defendant Concord Camera Corp.*

</td><td>

Steven J. Balick (#2114)  
John G. Day (#2403)  
Tiffany Geyer Lydon (#3950)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com  
tlydon@ashby-geddes.com  

*Of Counsel:*

Richard de Bodo  
Robert J. Benson  
Huan-Yi Lin  
Hogan & Hartson  
1999 Avenue of the Stars, Suite 1400  
Los Angeles, CA 90067  
(31) 785-4600  

*Attorneys for Defendants HTC Corporation, Corp., HTC (BVI) Corp. and HTC America, Inc.*

</td></tr>
</table>

| ASHBY & GEDDES | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| */s/ John G. Day* | */s/ Megan C. Haney* |
| Steven J. Balick (#2114) | John W. Shaw (#3362) |
| John G. Day (#2403) | Karen E. Keller (#4489) |
| Tiffany Geyer Lydon (#3950) | Megan C. Haney (#5016) |
| 500 Delaware Avenue, 8th Floor | 1000 West Street, 17th Floor |
| P.O. Box 1150 | P.O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0391 |
| sbalick@ashby-geddes.com | (302) 571-6600 |
| jday@ashby-geddes.com | mhaney@ycst.com |
| tlydon@ashby-geddes.com | |

*Of Counsel:* (Ashby & Geddes)

Richard de Bodo
David H. Ben-Meir
Rachel M. Capoccia
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600

*Attorneys for Defendants Sanyo Electric Co., Ltd. and Sanyo North America Corporation*

*Of Counsel:* (Young Conaway)

MORRISON & FOERSTER LLP
David C. Doyle
M. Andrew Woodmansee
Gregory W. Reilly
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
(858) 720-5100

*Attorneys for Defendants Kyocera Wireless Corp. and Kyocera Communications, Inc.*

11

RLF1-3418625-2

| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | CONNOLLY, BOVE, LODGE & HUTZ |
|---|---|
| */s/ Megan C. Haney* | */s/ Kevin F. Brady* |
| John W. Shaw (#3362) | Collins J. Seitz, Jr. (#2237) |
| Karen E. Keller (#4489) | Kevin F. Brady (#2248) |
| Megan C. Haney (#5016) | The Nemours Building |
| 1000 West Street, 17th Floor | 1007 North Orange Street |
| P.O. Box 391 | P.O. Box 2207 |
| Wilmington, DE 19899-0391 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9141 |
| mhaney@ycst.com | cseitz@cblh.com |
| | kbrady@cblh.com |
| *Of Counsel:* | *Of Counsel:* |
| MORRISON & FOERSTER LLP | Dominic Massa |
| David C. Doyle | Christopher R. Noyes |
| M. Andrew Woodmansee | WilmerHale |
| Gregory W. Reilly | 60 State Street |
| 12531 High Bluff Drive, Suite 100 | Boston, MA 02109 |
| San Diego, CA 92130 | (617) 526-6000 |
| (858) 720-5100 | |
| *Attorneys for Defendant Palm, Inc.* | *Attorneys for Defendants Research In Motion, Ltd. and Research in Motion Corp.* |

| MORRIS, NICHOLS ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ John G. Day* |
| Jack B. Blumenfeld (#1014) | Steven J. Balick (#2114) |
| Julia Heaney (#3052) | John G. Day (#2403) |
| 1201 North Market Street | Tiffany Geyer Lydon (#3950) |
| P.O. Box 1347 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19899-1347 | P.O. Box 1150 |
| (302) 658-9200 | Wilmington, DE 19899 |
| jheaney@mnat.com | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| *Of Counsel:* | tlydon@ashby-geddes.com |
| Joseph R. Re | *Of Counsel::* |
| Jon W. Gurka | |
| J. David Evered | Steven J. Routh |
| Knobbe, Martens, Olson & Bear, LLP | Sten A. Jensen |
| 2040 Main Street, Fourteenth Floor | Orrick, Herrington & Sutcliffe LLP |
| Irvine, CA 92614 | Columbia Center |
| (949) 760-0404 | 1152 15th Street, N.W. |
| | Washington, DC 20005-1706 |
| *Attorneys for Defendant General Imaging Co.* | (202) 339-8436 |

*Attorneys for Defendants Fujifilm Holdings Corporation, Fujifilm Corporation, Fuji Photo Film Co., Ltd., Fuji Photo Film U.S.A., Fujifilm U.S.A., Inc., and Fujifilm America, Inc.*

SO ORDERED this 29th day of July 2009.

_____
United States Magistrate Judge