IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> SAMSUNG ELECTRONICS CO., LTD., : <br> ET AL., : <br> : <br> Defendants. : | C.A. No. 04-1436-JJF-LPS |

## STIPULATION TO MODIFY RULE 16 SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the dates of certain events in the Rule 16 Scheduling Order entered on November 25, 2008, (D.I. 166, 04-1436; D.I. 68, 06-403; D.I. 71, 06-404; D.I. 44, 08-371; D.I. 26, 08-373), be modified as follows:

> Request for Admission (¶ 4(e)). Plaintiff and each Defendant Party shall be limited to: one hundred (100) requests for admission. Notwithstanding the foregoing, there is no limitation on the number of requests for admission that a document is (i) authentic; (ii) is a business record; or (iii) otherwise meets a condition for admissibility in evidence, and such requests for admission may be served upon any party up to thirty days after the close of discovery, or on or before January 19, 2010. If a party believes that any requests served upon it are oppressive, unnecessary, or duplicative of other discovery, it may for good cause shown seek a protective order from the Court.

Except as otherwise provided herein, all provisions of the Scheduling Order shall remain in effect.

DATED: November 13, 2009.

SO ORDERED this ____ day of _____ 2009.

_____
United States Magistrate Judge

AGREED TO AS TO FORM:

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Patricia P. McGonigle

_____
George H. Seitz, III. (# 667)
gseitz@svglaw.com
Patricia P. McGonigle, Esq. (# 3126)
pmcgonigle@svglaw.com
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc. in the 04-1436 and 06-403 cases*

*Of Counsel:*

Ronald J. Schutz, Esq.
Becky R. Thorson, Esq.
Carrie M. Lambert, Esq.
Annie Huang, Esq.
Seth A. Northrop, Esq.
ROBINS, KAPLAN, MILLER
　& CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.*


ASHBY & GEDDES

/s/ Tiffany Geyer Lydon
_____
Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Of Counsel:*
Richard de Bodo
David A. Ben-Meir
Christopher P. Broderick
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600

*Attorneys for Panasonic Corporation, Panasonic Corporation of North America Victor Company of Japan, Ltd., and JVC Company of America*

MORRIS, NICHOLS ARSHT & TUNNELL LLP

/s/ Julia Heaney
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com

*Of Counsel:*

Robert F. Perry
Allison H. Altersohn
Alexas D. Skucas
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

*Attorneys for Defendants Nokia Corp. and Nokia Inc.*

# CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 13th day of November, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Patricia P. McGonigle

Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

73631 v1