**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : : : | |
| Plaintiff, | : : | **C.A. No. 04-1436-JJF-LPS** |
| v. | : : | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : : : | |
| Plaintiff, | : : | **C.A. No. 06-403-JJF-LPS** |
| v. | : : | |
| SIEMENS AG, ET AL., | : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : : : | |
| Plaintiff, | : : | **C.A. No. 06-404-JJF-LPS** |
| v. | : : | |
| PALM, INC., ET AL., | : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : : : | |
| Plaintiff, | : : | **C.A. No. 08-371-JJF-LPS** |
| v. | : : | |
| RESEARCH IN MOTION LTD., ET AL., | : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : : : | |
| Plaintiff, | : : | **C.A. No. 08-373-JJF-LPS** |
| v. | : : | |
| FUJIFILM HOLDINGS CORPORATION, ET AL., | : : : : | |
| Defendants. | : | |

## **STIPULATION TO MODIFY RULE 16 SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the dates certain events in the Rule 16 Scheduling Order entered on November 25, 2008, (D.I. 166, 04-1436; D.I.68, 06-403; D.I. 71, 06-404; D.I. 44, 08-371; D.I. 26, 08-373), be modified as follows:

> Discovery Cut Off (¶ 4(g)). All discovery in these cases shall be initiated so that it will be completed on or before December 18, 2009, except that written responses and objections to discovery served by any party on November 13 or 14, 2009, shall be served on or before December 22, 2009. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

2

Except as otherwise provided herein, all provisions of the Scheduling Order shall remain in effect.

DATED: December 14, 2009.

SO ORDERED this ____ day of _____ 2009.

_____
United States Magistrate Judge

AGREED TO AS TO FORM:

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Patricia P. McGonigle
_____
George H. Seitz, III. (# 667)
gseitz@svglaw.com
Patricia P. McGonigle, Esq. (# 3126)
pmcgonigle@svglaw.com
SEITZ, VAN OGTROP & GREEN
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc. in the 04-1436 and 06-403 cases*

RICHARDS LAYTON & FINGER

/s/ Laura D. Hatcher
_____
Frederick L. Cottrell, III, Esq. (#2555)
cottrell@rlf.com
Chad M. Shandler, Esq. (#3796)
shandler@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc. in the 06-404, 08-371, and 08-373* cases

*Of Counsel:*

Ronald J. Schutz, Esq.
Becky R. Thorson, Esq.
Carrie M. Lambert, Esq.
Annie Huang, Esq.
Seth A. Northrop, Esq.
ROBINS, KAPLAN, MILLER
    & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.*

ASHBY & GEDDES

/s/ John G. Day
_____
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
Caroline Hong (#5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Of Counsel:*

Richard de Bodo
David A. Ben-Meir
Christopher P. Broderick
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600

*Attorneys for Panasonic Corporation, Panasonic Corporation of North America Victor Company of Japan, Ltd., and JVC Company of America*

MORRIS, NICHOLS ARSHT & TUNNELL LLP

/s/ Julia Heaney
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com

*Of Counsel:*

Robert F. Perry
Allison H. Altersohn
Alexas D. Skucas
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

*Attorneys for Defendants Nokia Corp. and Nokia Inc.*

POTTER ANDERSON & CORROON LLP

/s/ David E. Moore

Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6050
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Of Counsel:*

Charlene M. Morrow
FENWICK & WEST LLP
801 California Stree
Mountain View, CA 94041
(650) 988-8500

Heather N. Mewes
David D. Schumann
Bryan A. Kohm
Jeffrey V. Lasker
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

Naikang Tsao
FOLEY & LARDNER LLP
150 East Gilman Street
Madison, WI 53703
(608) 257-5035

Kimberly K. Dodd
Kevin J. Malaney
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5306

*Attorneys for Defendant Hewlett-Packard Co.*

PARKOWSKI, GUREKE & SWAYZE, P.A.

/s/ Michael W. Arrington
_____
Michael W. Arrington (#3603)
800 King Street, Suite 203
Wilmington, DE 19801
(302) 594-3333
marrington@pgslegal.com

*Of Counsel:*

Hae-Chan Park
hpark@park-law.com
Jiri F. Smetana
jsmetana@park-law.com
H.C. PARK & ASSOCIATES, PLC
8500 Leesburg Pike, Suite 7500
Vienna, VA 22182
(703) 288-5105

*Attorneys for Defendants Pantech Wireless, Inc., Pantech & Curitel Communications, Inc., and Pantech Co., Ltd.*

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
_____
John W. Shaw (#3362)
Karen E. Keller (#4489)
Megan C. Haney (#5016)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
mhaney@ycst.com

*Of Counsel:*

MORRISON & FOERSTER LLP
David C. Doyle
M. Andrew Woodmansee
Gregory W. Reilly
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
(858) 720-5100

*Attorneys for Defendant Palm, Inc.*

ASHBY & GEDDES

/s/ John G. Day

---

John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
Caroline Hong (#5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com


*Of Counsel:*:

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
(202) 339-8436

*Attorneys for Defendants Fujifilm Holdings Corporation, Fujifilm Corporation, Fuji Photo Film Co., Ltd., Fuji Photo Film U.S.A., Fujifilm U.S.A., Inc., and Fujifilm America, Inc.*

ASHBY & GEDDES

/s/ John G. Day
_____
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
Caroline Hong (#5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Of Counsel:*

Richard de Bodo
Robert J. Benson
Huan-Yi Lin
Hogan & Hartson
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(31) 785-4600

*Attorneys for Defendants HTC Corp., HTC (BVI) Corp. and HTC America, Inc.*

CONNOLLY, BOVE, LODGE & HUTZ

/s/ Kevin F. Brady
_____
Collins J. Seitz, Jr. (#2237)
Kevin F. Brady (#2248)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
cseitz@cblh.com
kbrady@cblh.com

*Of Counsel:*

Dominic Massa
Christopher R. Noyes
WilmerHale
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Defendants Research In Motion, Ltd. and Research in Motion Corp.*