IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., ) ) ) | |
| Plaintiff, ) ) | C.A. No. 04-1436-JJF-LPS |
| vs. ) ) | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., *et al.*, ) ) ) | |
| Defendants. ) | |

**DEFENDANT HEWLETT-PACKARD COMPANY'S STATEMENT CERTIFYING THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT WITH REGARD TO THE FACTS SET FORTH IN DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON WILLFULNESS AND INDUCEMENT**

Through its undersigned counsel, Defendant Hewlett-Packard Company ("HP") certifies that no genuine issues of material fact exist with regard to the facts argued in support of its Motion for Partial Summary Judgment on Willfulness and Inducement.

OF COUNSEL:

Charlene M. Morrow
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500

Heather N. Mewes
David D. Schumann
Bryan A. Kohm
Jeffrey V. Lasker
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE 19899-0951
   Tel: (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Defendant Hewlett-Packard Company*

Dated: April 12, 2010
961350 / 28641

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 12, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on April 12, 2010, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| George H. Seitz, III | Ronald J. Schutz |
| James S. Green | Jake M. Holdreith |
| Patricia Pyles McGonigle | Becky R. Thorson |
| Jared T. Green | Annie Huang |
| SEITZ, VAN OGTROP & GREEN, P.A. | Seth A. Northrop |
| 222 Delaware Avenue, Suite 1500 | Carrie M. Lambert |
| P.O. Box 68 | Andrea L. Gothing |
| Wilmington, DE 19899 | Tara F. Harkins |
| gseitz@svglaw.com | Trevor J. Foster |
| jgreen@svglaw.com | Brock J. Specht |
| pmcgonigle@svglaw.com | Lars P. Taavola |
| jtgreen@svglaw.com | ROBINS, KAPLAN, MILLER & CIRESI LLP |
| | 2800 LaSalle Plaza |
| | 800 LaSalle Avenue |
| | Minneapolis, MN 55402 |
| | StClairServiceList@rkmc.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

961457 / 28641