## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) |
| Plaintiff, | ) ) C.A. No. 04-1436-JJF-LPS |
| vs. | ) ) **JURY TRIAL DEMANDED** ) |
| SAMSUNG ELECTRONICS CO., *et al.*, | ) ) |
| Defendants. | ) |

### DEFENDANT HEWLETT-PACKARD COMPANY'S STATEMENT CERTIFYING THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT WITH REGARD TO THE FACTS SET FORTH IN DEFENDANT'S <u>MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT</u>

Through its undersigned counsel, Defendant HEWLETT-PACKARD COMPANY ("HP") certifies that no genuine issues of material fact exist with regard to the facts argued in support of its Motion for Summary Judgment of Non-Infringement.

OF COUNSEL:

Charlene M. Morrow
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500

Heather N. Mewes
David D. Schumann
Bryan A. Kohm
Jeffrey V. Lasker
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300

Dated: April 12, 2010
961402 / 28641

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant
Hewlett-Packard Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 12, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on April 12, 2010, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| George H. Seitz, III | Ronald J. Schutz |
| James S. Green | Jake M. Holdreith |
| Patricia Pyles McGonigle | Becky R. Thorson |
| Jared T. Green | Annie Huang |
| SEITZ, VAN OGTROP & GREEN, P.A. | Seth A. Northrop |
| 222 Delaware Avenue, Suite 1500 | Carrie M. Lambert |
| P.O. Box 68 | Andrea L. Gothing |
| Wilmington, DE 19899 | Tara F. Harkins |
| gseitz@svglaw.com | Trevor J. Foster |
| jgreen@svglaw.com | Brock J. Specht |
| pmcgonigle@svglaw.com | Lars P. Taavola |
| jtgreen@svglaw.com | ROBINS, KAPLAN, MILLER & CIRESI LLP |
| | 2800 LaSalle Plaza |
| | 800 LaSalle Avenue |
| | Minneapolis, MN 55402 |
| | StClairServiceList@rkmc.com |

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

961457 / 28641