IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1436-JJF-LPS |
| v. | ) ) ) | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | ) ) ) ) | |
| Defendants. | ) ) | |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-403-JJF-LPS |
| v. | ) ) ) | |
| SIEMENS AG ET AL., | ) ) ) | |
| Defendants. | ) ) | |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-404-JJF-LPS |
| v. | ) ) ) | |
| LG ELECTRONICS, INC., ET AL., | ) ) ) | |
| Defendants. | ) ) | |

| | )|
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) |
| Plaintiff, | ) ) C.A. No. 08-371-JJF-LPS |
| v. | ) ) ) |
| RESEARCH IN MOTION LTD., ET AL., | ) ) ) |
| Defendants. | ) ) |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) ) |
| Plaintiff, | ) ) C.A. No. 08-373-JJF-LPS |
| v. | ) ) ) |
| SIEMENS AG ET AL., | ) ) ) |
| Defendants. | ) ) ) |

## **ORDER**

IT IS HEREBY ORDERED this ___29th___ day of ___April___, 2010, that: (1) on or before May, 6, 2010, all parties responding to motions for summary judgment shall file and serve either (a) an answering brief in accordance with the requirements of FRCP 56 or (b) a certified statement of disputed facts in accordance with the terms of the Court's November 25, 2010 Scheduling Order (D.I. 71 in C.A. No. 06-404); (2) Defendants shall be permitted to file a joint response to Plaintiff's Motion for Summary Judgment of No Unclean Hands (D.I. 556 in C.A. No. 06-404) on or before May 6, 2010; and (3) all replies to Summary Judgment responses shall be filed and served on or before May 24, 2010.

_____
United States Magistrate Judge