IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.P., MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA ELECTRIC CORPORATION OF AMERICA, VICTOR COMPANY OF JAPAN, LTD., JVC COMPANY OF AMERICA, NOKIA CORPORATION, NOKIA, INC., and HEWLETT-PACKARD COMPANY,<br><br>Defendants. | Civil Action No. 04-1436-JJF-LPS<br><br>JURY TRIAL DEMANDED<br><br><br><br>REDACTED<br>PUBLIC VERSION |

### DECLARATION OF JARED T. GREEN IN SUPPORT OF PLAINTIFF ST. CLAIR'S COUNTER-STATEMENT CERTIFYING THAT GENUINE ISSUES OF MATERIAL FACT EXIST PRECLUDING DEFENDANT HEWLETT-PACKARD COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES

I, Jared T. Green, declare as follows:

1. I am an attorney with the law firm of Seitz, Van Ogtrop & Green, counsel representing Plaintiff in the above-captioned action.

2. I am admitted to practice before this Court.

3. I submit this Declaration in support of Plaintiff's Counter-Statement Certifying that Genuine Issues of Material Fact Exist Precluding Defendant Hewlett-Packard Company's Motion for Partial Summary Judgment on Damages.

4. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the deposition transcript of Jerry Speasl, dated December 10, 2009. FILED UNDER SEAL

5. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition transcript of Jerry Speasl, dated December 11, 2009. FILED UNDER SEAL

6. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the deposition transcript of John D. Meyer, dated December 14, 2009. FILED UNDER SEAL

7. Attached hereto as **Exhibit 4** is a true and correct copy of notes from the personal file of Jerry Speasl bearing Plaintiff St. Clair's Bates numbers STCLR 029174 - STCLR 029175. FILED UNDER SEAL

8. Attached hereto as **Exhibit 5** is a true and correct copy of a voicemail transcription bearing Plaintiff St. Clair's Bates numbers STCLR 098511 - STCLR 098512. FILED UNDER SEAL

9. Attached hereto as **Exhibit 6** is a true and correct copy of a letter from Joseph W. Conroy, Fenwick & West, to Marc K. Roberts, Personal Computer Cameras, Inc., dated January 15, 1993, bearing Plaintiff St. Clair's Bates numbers STCLR 299071 - STCLR 299072. FILED UNDER SEAL

10. Attached hereto as **Exhibit 7** is a true and correct copy of a Personal Computer Cameras, Inc., Memo, dated April 22, 1993, bearing Plaintiff St. Clair's Bates numbers STCLR 016124 - STCLR 016125. FILED UNDER SEAL

11. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the *St. Clair v. Canon, et al.* trial testimony of Edmund Chung, dated September 28, 2004.

12. Attached hereto as **Exhibit 9** is a true and correct copy of a letter from Thomas W. Baumgarten, St. Clair Intellectual Property Consultants, Inc., to Peter Tong, Hewlett-Packard Co., dated April 17, 1993, bearing Plaintiff St. Clair's Bates numbers STCLR 008839. FILED UNDER SEAL

13. Attached hereto as **Exhibit 10** is a true and correct copy of Exhibit 1 to Hewlett-Packard Co.'s Response to St. Clair's Third Set of Interrogatories, dated November 13, 2009. FILED UNDER SEAL

14. Attached hereto as **Exhibit 11** is a true and correct copy of a letter from Edmund M. Chung, St. Clair Intellectual Property Consultants, Inc., to Stephen P. Fox, Hewlett-Packard Co., dated January 26, 2004, bearing Plaintiff St. Clair's Bates numbers STCLR 001983 – STCLR 001984. **FILED UNDER SEAL**

15. Attached hereto as **Exhibit 12** is a true and correct copy of Hewlett-Packard Co.'s "Competitive Landscape Projections" bearing Defendant Hewlett-Packard Co.'s Bates number HPSTC0110568. **FILED UNDER SEAL**

16. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of the deposition transcript of Scott Niedringhaus, dated December 7, 2009. **FILED UNDER SEAL**

17. Attached hereto as **Exhibit 14** is a true and correct copy of a letter from Patrick J. Murphy, Hewlett-Packard Co., to Edmund M. Chung, St. Clair Intellectual Property Consultants, Inc., dated February 11, 2004, bearing Plaintiff St. Clair's Bates number STCLR 064012. **FILED UNDER SEAL**

18. Attached hereto as **Exhibit 15** is a true and correct copy of a letter from Yong K. Cho, St. Clair Intellectual Property Consultants, Inc., to Patrick J. Murphy, Hewlett-Packard Co., dated September 21, 2004, bearing Plaintiff St. Clair's Bates numbers STCLR 100631 – STCLR 100632. **FILED UNDER SEAL**

19. Attached hereto as **Exhibit 16** is a true and correct copy of the Expert Report of Michael Wagner, dated January 11, 2010. **FILED UNDER SEAL**

I declare under penalty of perjury of the State of Delaware that the foregoing is true and correct. Executed this 6th day of May, 2010 in Wilmington, Delaware.

_____
Jared T. Green (No. 5179)

## CERTIFICATE OF SERVICE

I, Jared T. Green, Esquire, hereby certify that on this 13th day of May 2010, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ *Jared T. Green*
_____
Jared T. Green (ID No. 5179)
jtgreen@svglaw.com

76195 v1