## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1436-JJF-LPS |
| vs. | ) ) | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., *et al.*, | ) ) ) | |
| Defendants. | ) | |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Virginia K. DeMarchi of Fenwick & West LLP, 801 California Street, Mountain

View, California 94041 to represent defendant Hewlett-Packard in this matter.

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
     Richard L. Horwitz  (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19899-0951
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

*Attorneys for Defendant*
*Hewlett-Packard Company*

Dated:  June 3, 2010
969091 / 28641

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____       _____
                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐      has been paid to the Clerk of the Court

☒      will be submitted to the Clerk's Office upon the filing of this motion

Date: May 28, 2010           Signed: */s/ Virginia K. DeMarchi*
                                 Virginia K. DeMarchi
                                 FENWICK & WEST LLP
                                 801 California Street
                                 Mountain View, CA  94041
                                 (650) 988-8500
                                 vdemarchi@fenwick.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 3, 2010, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I hereby certify that on June 3, 2010, the attached document was electronically mailed to

the following person(s)

George H. Seitz, III
James S. Green
Patricia Pyles McGonigle
Jared T. Green
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
gseitz@svglaw.com
jgreen@svglaw.com
pmcgonigle@svglaw.com
jtgreen@svglaw.com

Ronald J. Schutz
Jake M. Holdreith
Becky R. Thorson
Annie Huang
Seth A. Northrop
Carrie M. Lambert
Andrea L. Gothing
Tara F. Harkins
Trevor J. Foster
Brock J. Specht
Lars P. Taavola
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
StClairServiceList@rkmc.com

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Richard de Bodo
Christopher P. Broderick
Andrew V. Devkar
HOGAN & LOVELLS
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
richard.debodo@hoganlovells.com
christopher.broderick@hoganlovells.com
andrew.devkar@hoganlovells.com

Jack B. Blumenfeld
Julia Heaney
Andrew C. Mayo
MORRIS, NICHOLS, ARSHT &
TUNNELL
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
jheaney@mnat.com
amayo@mnat.com

Robert F. Perry
Alexas D. Skucas
Allison H. Altersohn
Susan A. Kim
Daniel C. Miller
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036-4003
rperry@kslaw.com
askucas@kslaw.com
aaltersohn@kslaw.com
skim@kslaw.com
dmiller@kslaw.com


/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

678366 / 28641