IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. Act. No. 04-1436-JJF-LPS |
| | : | |
| MATSUSHITA ELECTRONIC INDUSTRIAL CO., LTD., et al., | : | |
| | : | |
| Defendants. | : | |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-403-JJF-LPS |
| | : | |
| VERIZON COMMUNICATIONS, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-404-JJF-LPS |
| | : | |
| PALM, INC., et al., | : | |
| | : | |
| Defendants. | : | |

```
ST. CLAIR INTELLECTUAL PROPERTY   :
CONSULTANTS, INC.,                :
                                  :
              Plaintiff,          :
                                  :
        v.                        :   Civ. Act. No. 08-371-JJF-LPS
                                  :
RESEARCH IN MOTION, LTD.,         :
et al.,                           :
                                  :
              Defendants.         :
_____:_____
ST. CLAIR INTELLECTUAL PROPERTY   :
CONSULTANTS, INC.,                :
                                  :
              Plaintiff,          :
                                  :
        v.                        :   Civ. Act. No. 08-373-JJF-LPS
                                  :
FUJIFILM HOLDINGS CORPORATION,    :
et al.,                           :
                                  :
              Defendants.         :
```

## O R D E R

WHEREAS, Magistrate Judge Stark issued a Report and Recommendation On Motion To Certify Interlocutory Appeal dated March 29, 2010 (C.A. 04-1436-JJF-LPS D.I. 761; C.A. 06-403-JJF-LPS D.I. 391; C.A. 06-404-JJF-LPS D.I. 528; C.A. 08-371-JJF-LPS D.I. 342; C.A. 08-373-JJF-LPS D.I. 256), in which he denied Defendants' Motion To Stay, and recommended that the Court certify the claim construction in this case for interlocutory appeal pursuant to 28 U.S.C. § 1292(b);

WHEREAS, Plaintiff St. Clair Intellectual Property Consultants, Inc. objects to Judge Stark's Report and Recommendation (C.A. 04-1436-JJF-LPS D.I. 825; C.A. 06-403-JJF-LPS D.I. 393; C.A. 06-404-JJF-LPS D.I. 574; C.A. 08-371-JJF-LPS

D.I. 363; C.A. 08-373-JJF-LPS D.I. 266);

WHEREAS, the Court agrees with and adopts the conclusions and rationale provided by Judge Stark in his Report and Recommendation;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Judge Stark's Report and Recommendation On Motion To Certify Interlocutory Appeal (C.A. 04-1436-JJF-LPS D.I. 761; C.A. 06-403-JJF-LPS D.I. 391; C.A. 06-404-JJF-LPS D.I. 528; C.A. 08-371-JJF-LPS D.I. 342; C.A. 08-373-JJF-LPS D.I. 256) is **ADOPTED**.

2. Defendants' Motion To Certify Claim Construction Order For Interlocutory Appeal Pursuant To 28 U.S.C. 1292(b) (C.A. 04-1436-JJF-LPS D.I. 645; C.A. 06-403-JJF-LPS D.I. 331; C.A. 06-404-JJF-LPS D.I. 413; C.A. 08-371-JJF-LPS D.I. 269; C.A. 08-373-JJF-LPS D.I. 187) is **GRANTED**.

July 20, 2010
DATE

UNITED STATES DISTRICT COURT