**SEITZ, VAN OGTROP & GREEN PA**
ATTORNEYS AND COUNSELORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. MCGONIGLE
KEVIN A. GUERKE
JARED T. GREEN

(302) 888-0600
FAX: (302) 888-0606

Writer's Direct Dial: (302) 888-7605
Writer's E-Mail Address: pmcgonigle@svglaw.com

April 1, 2011

**VIA E-FILING AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

   Re: *St. Clair v. Samsung Electronics Co., et al.* (C.A. No. 04-1436-LPS)
      *St. Clair v. Siemens AG., et al.* (C.A. No. 06-403-LPS)

Dear Judge Stark:

  Pursuant to Your Honor's Order during the February 28, 2011 status teleconference, enclosed please find a copy of the Order issued by the Federal Circuit on March 29, 2011, denying St. Clair's petition for panel rehearing and rehearing *en banc*.

  Counsel remains available to discuss this matter at Your Honor's convenience.

Respectfully submitted,

*/s/ Patricia P. McGonigle*
Patricia P. McGonigle (DE3126)

cc: Clerk of Court (via *e-filing*)
   Counsel of Record (via *e-filing*)

NOTE:  This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### ORDER

A combined petition for panel rehearing and for rehearing en banc having been filed by the Cross-Appellant, and a response thereto having been invited by the court and filed by the Appellants, and the petition for rehearing and response, having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc and response having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for panel rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate of the court will issue on April 5, 2011.

FOR THE COURT,

/s/ Jan Horbaly
Jan Horbaly
Clerk

Dated: 03/29/2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 29 2011

JAN HORBALY
CLERK

cc:   Steven J. Routh
      Ronald J. Schutz

ST. CLAIR PROPERTY V CANON INC, 2009-1052, 2010-1137,-1140
(DCT - 03-CV-241)