IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., : <br><br> Plaintiff, : <br><br> v. : <br><br> SAMSUNG ELECTRONICS CO., LTD., ET AL., : <br><br> Defendants. : | C.A. No. 04-1436-JJF-LPS |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., : <br><br> Plaintiff, : <br><br> v. : <br><br> PALM, INC., ET AL., : <br><br> Defendants. : | C.A. No. 06-404-JJF-LPS |

## STIPULATION TO EXTEND PAGE LIMITS

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, and subject to the approval of the Court, that Plaintiff's Answering Brief(s) in Opposition to Defendants' Motions for Summary Judgment shall not exceed 25 pages, and that Defendants' Reply Brief(s) may not exceed 15 pages. The extension of pages shall not affect any deadlines as set forth in the Stipulation and Order Regarding Briefing Schedule (D.I. 1066 in 1:04-cv-01436-LPS, D.I. 770 in 1:06-cv-00404-LPS, and D.I. 480 in 1:08-cv-00371-LPS), as modified.

81666v1

**SO ORDERED** this _____ day of _____, 2011.

_____
U.S.D.J.

AGREED TO AS TO FORM:

          SEITZ, VAN OGTROP & GREEN, P.A.

          */s/ Patricia P. McGonigle*

          _____
          George H. Seitz, III. (# 667)
          gseitz@svglaw.com
          Patricia P. McGonigle (# 3126)
          pmcgonigle@svglaw.com
          SEITZ, VAN OGTROP & GREEN
          222 Delaware Avenue, Suite 1500
          P.O. Box 68
          Wilmington, DE 19899
          (302) 888-0600

          *Attorneys for Plaintiff St. Clair Intellectual*
          *Property Consultants, Inc. in the 04-1436 case*

RICHARDS LAYTON & FINGER

*/s/ Laura D. Hatcher*

---

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Laura Hatcher (#5098)
hatcher@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc. in the 06-404 and 08-371*

*Of Counsel:*

R. Terrance Rader, Esquire
Glenn E. Forbis, Esquire
Rader, Fishman & Grauer, PLLC
39533 Woodward Avenue
Bloomfield Hills, MI 48304
Tel: (248) 594-0600
Fax: (248) 594-0610
rtr@raderfishman.com

*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.*

RLF1 4661458v. 1

MORRIS, NICHOLS ARSHT & TUNNELL LLP

/s/ *Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com

*Of Counsel:*

Robert F. Perry
Allison H. Altersohn
Alexas D. Skucas
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

*Attorneys for Defendants Nokia Corp. and Nokia Inc.*

POTTER ANDERSON & CORROON LLP

/s/ *Richard L. Horwitz*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6050
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Of Counsel:*
Bryan A. Kohm
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

*Attorneys for Defendant Hewlett-Packard Co.*

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*

John W. Shaw (#3362)
Karen E. Keller (#4489)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

*Of Counsel:*
MORRISON & FOERSTER LLP
David C. Doyle
M. Andrew Woodmansee
Gregory W. Reilly
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
(858) 720-5100

*Attorneys for Defendant Palm, Inc., Kyocera Wireless Corporation and Kyocera Communications, Inc.*

5

ASHBY & GEDDES

*/s/ John G. Day*
_____
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
Caroline Hong (#5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
chong@ashby-geddes.com

*Of Counsel:*

Huan –Yi Lin, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
(310) 734-3200

Thomas G. Pasternak, Esq.
Steptoe & Johnson LLP
115 South LaSalle Street, Suite 3100
Chicago, IL 60603
(312) 577-1300

*Attorneys for Defendants HTC Corporation, H.T.C. (B.V.I.) Corporation, and HTC America, Inc.*

Dated: July 11, 2011