# Seitz, Van Ogtrop & Green, P.A.

### ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE
JARED T. GREEN

(302) 888-0600
FAX: (302) 888-0606

Writer's Direct Dial: (302) 888-7605
Writer's E-Mail Address: pmcgonigle@svglaw.com

November 3, 2011

**VIA E-FILING AND HAND DELIVERY**
The Honorable Leonard P. Stark
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:   **St. Clair v. Samsung et al. – C.A. No. 04-1436-LPS**
**St. Clair v. LG, Palm et al. – C.A. No. 06-404-LPS**
**St. Clair v. RIM et al. – C.A. No. 08-371-LPS**

Dear Judge Stark:

There was considerable discussion by defense counsel during Monday's oral argument on defendants' motions for summary judgment and St. Clair's motion for leave to supplement expert reports as to the Roberts patents requirement of one-to-one correspondence between a particular data format and a particular computer architecture (the "1:1 Correspondence Criteria"), and whether the defendants' accused devices satisfy this claim requirement.   The 1:1 Correspondence Criteria was not raised in defendants' moving papers and first appeared in the reply brief filed by the Research in Motion defendants, essentially as a new basis upon which summary judgment should be granted (*e.g.,* even if St. Clair is permitted to assert an alternate theory of infringement, RIM is entitled to summary judgment).

Since defendants did not raise the 1:1 Correspondence Criteria in their moving papers, and the issue was initially raised, without substantive support, in RIM's reply brief, the first substantive consideration of the 1:1 Correspondence Criteria came during oral argument *vis-à-vis* RIM's PowerPoint presentation.   Notwithstanding the foregoing procedural posture, if, in its deliberations on the pending motions, the Court intends to reach the substantive factual issue of whether the defendants' devices satisfy the 1:1 Correspondence Criteria, St. Clair should be afforded a full and fair opportunity to respond to defendants' argument, and respectfully requests the opportunity to file a 3-page letter brief with supporting expert testimony limited to this issue.

#83039 v1

The Honorable Leonard P. Stark
November 3, 2011
Page 2


Obviously, if the Court does not intend to decide whether defendants' devices meet the 1:1 Correspondence Criteria, St. Clair does not need to file a supplemental brief.

St. Clair has conferred with defense counsel, who advised that they oppose the requested relief.

Counsel is available at the Court's convenience to discuss this application.

Respectfully submitted,

/s/ *Patricia P. McGonigle*

PATRICIA P. MCGONIGLE (DE3126)

cc:  Clerk of Court (via *e-filing*)
     Counsel of Record (via *e-filing*)

80613 v1