IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-1436-LPS |
| | : | |
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD; MATSUSHITA ELECTRIC CORPORATION OF AMERICA; JVC AMERICAS CORPORATION; NOKIA CORPORATION; NOKIA, INC.; HEWLETT-PACKARD COMPANY, | : | |
| | : | |
| Defendants. | : | |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-404-LPS |
| | : | |
| PALM, INC.; KYOCERA WIRELESS CORPORATION; KYOCERA COMMUNICATIONS, INC.; VIVITAR CORPORATION; PETTERS GROUP WORLDWIDE, L.L.C.; POLAROID CONSUMER ELECTRONICS, L.L.C.; POLAROID HOLDING COMPANY; POLAROID CORP.; HTC CORPORATION; H.T.C. (B.V.I..) CORP.; HTC AMERICA, INC., | : | |
| | : | |
| Defendants. | : | |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 08-371-LPS |
| | : | |
| RESEARCH IN MOTION LTD.; | : | |

| | |
|---|---|
| RESEARCH IN MOTION CORP., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this 23rd day of March 2012:

For the reasons set forth in the Memorandum Opinion issued this same date,

**IT IS HEREBY ORDERED** that:

1. St. Clair's Motion to Supplement (C.A. No. 04-1436 D.I. 1086; C.A. No. 06-404 D.I. 792; C.A. No. 08-371 D.I. 487) is **DENIED**.

2. Defendants' Motions for Summary Judgment of Non-Infringement (C.A. No. 04-1436 D.I. 1071, 1072; C.A. No. 06-404 D.I. 775, 778, 781; C.A. No. 08-371 D.I. 482) are **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE